**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-2381

WALTER CHARNOFF

        Plaintiff,

v.

NANCY LOVING, ARTPORT LLC, ARTSUITE NY, and STUDIO 41, LLC

        Defendants.

---

## NOTICE OF REMOVAL

---

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1332, Defendants Nancy Loving, ArtPort, LLC, Artsuite, NY, and Studio 41, LLC ("Defendants") hereby remove this action from the Boulder County District Court to the United States District Court for the District of Colorado. In support of this Notice of Removal, Defendant states as follows:

    1.    On June 20, 2019, Plaintiff filed a Complaint in the Boulder County District Court against Nancy Loving and Artsuite NY and, on July 26, 2019, filed an Amended Complaint against the same defendants plus ArtPort LLC and Studio 41, case no 2019cv30609 ("State Court Action"). Plaintiff served the Complaint on Defendant Studio 41, LLC on July 31, 2019 and on Nancy Loving, ArtPort LLC and Artsuite NY on August 9, 2019. A true and correct copy of all state court filings to date are attached as Exhibit

1, including the Civil Case Cover Sheet, Complaint, Summonses, and Amended Complaint.

2. This removal is timely under 28 U.S.C. § 1446(b).

3. This Court has diversity jurisdiction over this matter. First, the amount in controversy is alleged to exceed $75,000, exclusive on interest and costs. Plaintiff's claims for relief are based on payment of at least $186,000 for art, now alleged to be valued at over $400,000, that Defendants allegedly improperly took from him. Complaint ¶¶ 55, 58, 60, 63, 70, 77, 78, Section V.

4. Secondly, the dispute is between citizens of different States. *See* 28 U.S.C. § 1332(a)(1) & (c)(1); *Nance v. Certain Underwriters at Lloyds*, 393 F. Supp. 2d 1115, 1120 (D.N.M. 2005) ("[A] determination of the existence of diversity jurisdiction is made based on the allegations set forth in a complaint or notice of removal") (citing *Whitelock v. Leatherman*, 460 F.2d 507, 514 (10th Cir. 1972)). Plaintiff is a citizen of Colorado and Defendants are citizens of New York or Delaware. Complaint ¶¶ 1-5.

5. Accordingly, this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332, and this action may be removed to this Court under 28 U.S.C. 1441.

6. Defendant will provide written notice of this Notice of Removal to all adverse parties and will file a copy of this Notice with the Clerk of the Boulder County District Court.

WHEREFORE, Defendants notify this Court, Plaintiff, and the Boulder County District Court that this action has been removed to the United States District Court for the District of Colorado.

Dated:  August 21, 2019.

        Shoemaker Ghiselli + Schwartz, LLC

        */s/  Liza Getches*
        Elizabeth H. Getches
        Cynthia A. Mitchell
        SHOEMAKER GHISELLI + SCHWARTZ LLC
        1811 Pearl Street
        Boulder, CO  80302
        Telephone:  (303) 530-3452
        FAX:  (303) 530-4071
        Email:  lgetches@sgslitigation.com
        *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2019, a true and accurate copy of the foregoing **NOTICE OF REMOVAL** was filed and served via ECF on the following:

Ian T. Hicks, Reg. No. 39332
The Law Office of Ian T. Hicks LLC
6000 East Evans Avenue, Building 1, Suite 360
Denver, Colorado, 80222
Telephone: (720) 216-1511
Facsimile: (303) 648-4169
E-mail: ian@ithlaw.com

        *s/ Sarah Lee*