IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02381-MEH

WALTER CHARNOFF,

    Plaintiff,

v.

NANCY LOVING,
ARTPORT, LLC,
ARTSUITE NY, and
STUDIO 41, LLC,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 8, 2019.**

    Before the Court is Plaintiff's Emergency Motion for Preservation Order (ECF 24). Defendants shall file a response to the Motion on or before October 9, 2019 at 12:00 p.m.

    This matter was directly assigned to a United States Magistrate Judge. At this time consent has not yet been achieved. *See* ECF 6. Because this Motion may be construed as a request for injunctive relief, the Court informs the parties that the case may be reassigned to a District Judge for resolution.