IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 19-cv-2381-MEH | Date: October 28, 2019 |
| Courtroom Deputy: Christopher Thompson | FTR: A501 |

*Parties:*  *Counsel:*

WALTER CHARNOFF,                                   Ian Hicks

    Plaintiff,

v.

NANCY LOVING,                                      Elizabeth Getches
ARTPORT, LLC,
ARTSUITE NY,
STUDIO 41, LLC,

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**      1:38 p.m.

Court calls case.   Appearances of counsel.   Parties argue current pending motions.

**ORDERED:**   ECF 23 Plaintiff's Motion for Leave to File Surreply re ECF 20 Reply to Response to ECF 11 Motion to Dismiss is **GRANTED**.

ECF 24 Plaintiff's Emergency Motion for Preservation Order is **GRANTED IN PART** as stated on the record.

**Court in recess:**      2:18 p.m.            Hearing concluded.
Total in-court time:   00:40

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.