IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 19-cv-02381-LTB-MEH

WALTER CHARNOFF,

       Plaintiff,

v.

NANCY LOVING,
ARTPORT, LLC,
ARTSUITE NY, and
STUDIO 41, LLC,

       Defendants.
_____

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**
_____

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge **Michael E. Hegarty** is designated to conduct proceedings in this civil action as follows:

- (X) Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

- (X) Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

- (X) At the discretion of the Magistrate Judge, convene such neutral evaluation and/or settlement conferences and direct related procedures as may facilitate resolution of this case without the necessity of a motion or prior authorization of the undersigned judge.

- (X) Hear and determine pretrial matters, including discovery and other non-dispositive motions.

- ( ) Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

  (X)  Conduct a pretrial conference and enter a pretrial order.

  IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

  IT IS FURTHER ORDERED that a copy of this court's pretrial and trial procedures can be found at www.cod.uscourts.gov.

                BY THE COURT:


                s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: November 1, 2019