IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 19-cv-02381-LTB-MEH

WALTER CHARNOFF,

    Plaintiff,

v.

NANCY LOVING,
ARTPORT, LLC,
ARTSUITE NY, and
STUDIO 41, LLC,

    Defendants.
_____

## ORDER
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on November 6, 2019 (Doc 44). The parties have failed to file specific written objections to the Magistrate Judge's recommendation and are therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (Doc 11) is denied.

                BY THE COURT:

                s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: November 22, 2019