IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  19-cv-02381-LTB-MEH

WALTER CHARNOFF,

       Plaintiff,

v.

NANCY LOVING d/b/a ARTSUITE NY,
ART PORT LLC.,
STUDIO 41, LLC.,
ALICIA ST. PIERRE,
MARTIN ST. PIERRE,
ISP HOLDINGS, INC., and
DAVID HINKELMAN,

       Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      This will confirm that this matter is set for trial to a jury for five (5) days commencing **February 1, 2021 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  A trial preparation conference is set **January 8, 2021 at 9:00 a.m.**



Dated:   January 15, 2020
_____