IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02831-LTB-MEH

Walter Charnoff,

    Plaintiff,

v.

Nancy Loving d/b/a Artsuite NY, Art Port, LLC, Studio 41, LLC, David Hinkelman, Martin St. Pierre, Alicia St. Pierre, and ISP Holdings, Inc.,

    Defendants.

## AFFIDAVIT OF ALICIA ST. PIERRE

I Alicia St. Pierre, being duly sworn, state as follows:

1. I am over the age of eighteen. I have personal knowledge of the matters below, and I would testify thereto if called on to do so.

2. I live at 11 Lambs Lane, Cresskill, New Jersey 07626.

3. I own my house with my husband, Martin St. Pierre.

4. We have owned this house since 2011 and I have no present intent to live elsewhere.

5. I have a New Jersey drivers' license.

6. I had never been to Colorado.

7. I do not recall ever communicating with anyone in Colorado regarding any business matters.

8. I have never filed taxes in Colorado.

9. I do not have any bank accounts in Colorado.

10. I am one of the two owners of ISP Holdings, Inc. ("ISP"). My husband Martin is the other owner.

11. ISP makes various passive investments.

12. I do not personally own any share of Art Port, Artsuite NY, or Studio 41, LLC ("Studio 41").

13. I have never held any management positions with Art Port, Artsuite NY, or Studio 41.

14. I have never been employed by Art Port, Artsuite NY, or Studio 41.

15. I have never signed any contracts with Art Port, Artsuite NY, or Studio 41.

16. I have never exercised any control over the business practices of Art Port, Artsuite NY, or Studio 41.

17. I have never directed Art Port, Artsuite NY, or Studio 41 or any of their owners, employees, or contractors to take any actions or to refrain from taking any actions vis-à-vis the sale of art.

18. I have no authority to direct Art Port, Artsuite NY, or Studio 41 to sell or refuse to sell any artwork.

19. I have no authority to direct Art Port, Artsuite NY, or Studio 41 to ship or to refuse to ship any artwork.

20. I have known Nancy Loving since 2013.

21. I only became aware of the sale of artwork by Art Port to Plaintiff Walter Charnoff via Ms. Loving after Mr. Charnoff filed this lawsuit.

22. I have never communicated directly with Mr. Charnoff.

23. The first time I spoke with Ms. Loving regarding the art sold to Mr. Charnoff was after this lawsuit was filed and my communications with Ms. Loving related solely to ISP's investment in Art Port.

24. I never instructed Ms. Loving or Art Port to delay shipping the art to Mr. Charnoff.

25. I do not personally have any business relationship with Ms. Loving.

26. I know Defendant David Hinkelman as one of the owners of Art Port.

27. I do not personally have any business relationship with Mr. Hinkelman.

28. I have never instructed Art Port, Artsuite, Studio 41, Ms. Loving or Mr. Hinkelman to refuse to perform any contract with Mr. Charnoff or anyone else and I do not have the authority to do so.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 9 March, 2020.

_____
Alicia St. Pierre

STATE OF NEW JERSEY )
) ss.
COUNTY OF Bergen )

SUBSCRIBED, SWORN TO and Acknowledged before me this 9 day of March 2020, by Alicia St. Pierre, personally known to and appearing before me.

Witness my hand and official seal.

My commission expires Perpetual.

_____
Notary Public

**Melissa Suarez, Esq.**
Attorney at Law, NJ
Notary Public - Perpetual