

**From:** Walter Charnoff <archive.walter.charnoff@gmail.com>
**Date:** 9/6/2019
**To:** wcharnoff@icloud.com
**Subject: Fwd: Deck**


---------- Forwarded message ---------
From: **Eric Workman** <eric@investability.com>
Date: Sun, Mar 8, 2015 at 6:01 PM
Subject: Re: Deck
To: David <dhink@earthlink.net>
Cc: Wally Charnoff <wally@investability.com>


I'll have a turn sent out tomorrow late afternoon. Let's set a call for Tuesday late am. Does that work?

Sent from my iPhone

> On Mar 8, 2015, at 11:34 AM, David <dhink@earthlink.net> wrote:
>
> Eric
> Can you let me know when you have some availability tomorrow or Tuesday. Looking to have Wally in NYC the 16th and 17th for meetings with potential funding partners.
>
> Will look to schedule a second call with you and Wally for Wednesday morning. Possibly involve Doug- this will allow all to provide thoughts around how to cover salient points that will be important to address in deck.
>
> Hope you enough the weekend.
>
> Best
>
> David
>
> Sent from my iPhone
>
>> On Feb 23, 2015, at 8:34 PM, David <dhink@earthlink.net> wrote:
>>
>> Wally

EXHIBIT 1

1

>> Am here
>> Give me a call please
>>
>> Sent from my iPhone
>>
>>> On Feb 22, 2015, at 10:37 PM, david <dhink@earthlink.net> wrote:
>>>
>>> Wally,
>>>
>>> I fly down to Dallas mid day tomorrow. As discussed I will meet you in your meeting space around 6 with dinner to follow.
>>>
>>> I had a good call Thursday with the guy that runs the new PE fund for Soros. He is very interested. And would like to meet with you the first week of March. I think we should have you come to NYC that week. Meet with Fortress, Soros and  Cerberus/First Key.
>>>
>>> Best,
>>>
>>> David
>>>
>>>
>>> -----Original Message-----
>>>> From: david <dhink@earthlink.net>
>>>> Sent: Feb 19, 2015 3:57 PM
>>>> To: david <dhink@earthlink.net>, Eric Workman <eric@investability.com>
>>>> Cc: Wally Charnoff <wally@investability.com>
>>>> Subject: Re: Hinkelman offer letter
>>>>
>>>> Wally and Eric,
>>>>
>>>> I also now need a pass to the MBA if you guys can provide one. I should be set up as working for Fortress. I have 3 independent meetings, Atisource, Auction.com and a guy that worked for Waypoint. I will probably go to a couple of Slonakers meetings and a couple of meetings with Chris King at Nationstar. Can you and Eric get on a call with me tomorrow to discus schedule?
>>>>
>>>> David
>>>>
>>>>
>>>> -----Original Message-----
>>>>> From: david <dhink@earthlink.net>
>>>>> Sent: Feb 17, 2015 4:38 PM
>>>>> To: david <dhink@earthlink.net>, Eric Workman <eric@investability.com>
>>>>> Cc: Wally Charnoff <wally@investability.com>
>>>>> Subject: Re: Hinkelman offer letter
>>>>>
>>>>> Wally,
>>>>>
>>>>> Hope you had a great trip to Florida with your family.
>>>>>
>>>>> I reviewed the offer letter and is what we agreed on. Thanks. Need further discussion around role and title, office, expenses and what you think will be needed for time in Denver and on the road. I will do what is necessary to get the job done. Lots of synergistic opportunities unfolding that we will discuss

2

in Dallas.
>>>>> I arrive at the MBA Monday afternoon. Can we plan on a dinner with you and Eric? 8pm or later is best. Please include anyone else there from your team that would be relevant. I would also like to carve out at least an hour with you alone on Monday or Tuesday. Can do late Monday after dinner or anytime Tuesday including very early. I am scheduled on a flight out at 8pm.
>>>>>
>>>>> Best,
>>>>>
>>>>> David
>>>>>
>>>>>
>>>>>
>>>>>
>>>>> -----Original Message-----
>>>>>> From: david <dhink@earthlink.net>
>>>>>> Sent: Feb 15, 2015 1:33 AM
>>>>>> To: Eric Workman <eric@investability.com>
>>>>>> Cc: Wally Charnoff <wally@investability.com>
>>>>>> Subject: Re: Hinkelman offer letter
>>>>>>
>>>>>> Thanks guys. Will review and revert back to you.
>>>>>>
>>>>>>
>>>>>> -----Original Message-----
>>>>>>> From: Eric Workman <eric@investability.com>
>>>>>>> Sent: Feb 14, 2015 6:30 PM
>>>>>>> To: David Hinkleman <dhink@earthlink.net>
>>>>>>> Cc: Wally Charnoff <wally@investability.com>
>>>>>>> Subject: Hinkelman offer letter
>>>>>>>
>>>>>>> Dave,
>>>>>>> Attached is your offer letter along with the Investability employee handbook and the form employment agreement utilized for Executives.
>>>>>>> Please review and send along comments.
>>>>>>> All the best
>>>>>>>
>>>>>>> Eric Workman
>>>>>>> President
>>>>>>> (C): 720-695-7308
>>>>>>> eric@investability.com
>>>>>>> www.investability.com
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

>>>>>>>
>>>>>>> Begin forwarded message:
>>>>>>>
>>>>>>>

4