

**From:** Nancy Loving <nycloving@gmail.com>
**Date:** 5/13/2016
**To:** wally@investibility.com,wally@rentrange.com,wcharnoff@icloud.com
**Cc:** David Hinkelman <david@liftstrategicpartners.com>
**Subject: Harold Garde**

Hi Wally,

I have created a new selection of work for you to view including *Round Heads* and *Blue Bowl*.  I am working on getting Harold to West Palm for the evening on Wednesday.  I hope this works out as I know he would love to see you.
I look forward to all of us getting together and catching up!
Let me know what you are most interested in and lets discuss tomorrow.
Best,
Nancy


Nancy Loving
Director ArtSuite Gallery
ArtPort LLC
New York, NY 10006
917.703.7172
www.artsuite.ny.com

EXHIBIT 2