

**From:** walter Charnoff <wcharnoff@icloud.com>
**Date:** June 24, 2016 at 9:40:23 PM MDT
**To:** w David Hinkelman <davidhinkelman@icloud.com>
**Cc:** Wally Charnoff <wally@rentrange.com>
**Subject: Re: The 1st or 2nd of July**

Dave

Let's do the first. Name the time. We can meet for lunch if you want.

Wally

Wally Charnoff | CEO of RentRange Data Services
wally@rentrange.com
P: +1 303 517 9550

RentRange™
11030 Circle Point Road, Suite 250
Westminster, CO 80020
www.rentrange.com

On Jun 24, 2016, at 1:10 PM, w David Hinkelman <davidhinkelman@icloud.com> wrote:

> Wally,
>
> As of now we arrive late on June 30th and have a family wedding. Nancy and I can meet with you the 1st second or 3rd. Friday the 1st will have to be no later than early afternoon since the wedding is at 4pm.
>
> Nancy will prepare a presentation with full range of Harold's work but also with some other artists she now works with their representation that she thinks you will like.
>
> Please confirm a time and date so that we can lock it in.

EXHIBIT 3

1

Look forward to seeing you.

Thanks,

Dave