

Begin forwarded message:

**From:** Nancy Loving <nycloving@gmail.com>
**Date:** 7/6/2016
**To:** bcharnoff@gmail.com,"wcharnoff@icloud.com" <wcharnoff@icloud.com>
**Subject: Garde Paintings**

Hi Brande and Wally,

Here is a new catalogue that I have created for you both.  It is comprised of just the art that you were most interested in.  You will be receiving a link in email to our dropbox folder tomorrow that will allow you to view each individual piece in high resolution. Due to orientation limitations some rotating may be necessary for a few of the paintings. Please let me know if you have any trouble opening these images.

The catalogue reflects the retail prices as set with the Garde Family.  I have flexibility, depending on the painting, and I am confident that we can work out a pricing structure for your selection of Garde art that you will be comfortable with.

Please feel free to contact me with any questions or thoughts. Let's schedule a time over the weekend or early next week to discuss your trip to New York. Looking forward to spending some time with you both in NYC  - as we had a great time in Boulder and many laughs at the St. Julian!

Best,
Nancy



Nancy Loving
Director ArtSuite Gallery
ArtPort LLC
New York, NY 10006
917.703.7172
[www.artsuiteny](http://www.artsuiteny).com

EXHIBIT 4