

Begin forwarded message:

**From:** w David Hinkelman <davidhinkelman@icloud.com>
**Date:** 7/11/2016
**To:** Brande Charnoff <bcharnoff@gmail.com>,wcharnoff@icloud.com
**Cc:** Nancy Loving <nycloving@gmail.com>,Nancy Loving <nancy@haroldgarde.com>
**Subject: Harold Garde**

Brande and Wally,

Nancy would like to schedule a call with you both to discuss the art , pricing and you both coming to NYC.
As I discussed with Wally, Nancy has good flexibility for most of the work for the next couple months and think you will be happy with what she will propose.
Please let us know what works for both of you - maybe tomorrow morning?

Re your trip to NYC I have found a way to get great seats at most shows via a Broadway Foundation at close to Face value.

Best,

David

Sent from my iPhone

EXHIBIT 5