

**From:** Nancy Loving <nycloving@gmail.com>
**Date:** 7/11/2016
**To:** bcharnoff@gmail.com,"wcharnoff@icloud.com" <wcharnoff@icloud.com>
**Cc:** Loving Nancy <nycloving@gmail.com>,"davidhinkelman@icloud.com" <davidhinkelman@icloud.com>
**Subject: Harold Garde Pricing**

Dear Brande and Wally,

I am excited to hear that you have narrowed down your choices for the Garde paintings.  I am delighted to see your selections as you have chosen important paintings in his collection, both historical and contemporary works.

As a courtesy to Harold, I discussed with Studio 41, Harold's Family Trust, current pricing and have come to an understanding over the work selected. As a result of recent museums and private collector acquisitions Harold's work has increased in value and many of the historical pieces and the master works now reflect a substantial increase in the retail prices in the last year.   We firmly believe that Garde's work will continue to appreciate as he will be given further recognition for his historical relevance and contributions to the art world.

With that said, I have the ability for a limited time, due to your earlier interest in the work to create a pricing structure that you will find attractive. Please let me know a good time to get on the phone to discuss.

Best,
Nancy



Nancy Loving
Director ArtSuite Gallery
ArtPort LLC
New York, NY 10006
917.703.7172
www.artsuiteny.com

EXHIBIT 6