Sent from my iPhone

Begin forwarded message:

**From:** Heather Johnson <heather.johnson@rentrange.com>
**Date:** August 2, 2016 at 11:34:00 AM MDT
**To:** 'walter Charnoff' <wcharnoff@icloud.com>
**Subject: RE: Garde Invoice**

Wire has been sent, confirmation#5000177005.

---

**From:** walter Charnoff [mailto:wcharnoff@icloud.com]
**Sent:** Tuesday, August 2, 2016 11:26 AM
**To:** heather@rentrange.com
**Subject:** Fwd: Garde Invoice

Wally Charnoff | CEO of RentRange Data Services
wally@rentrange.com
P: +1 303 517 9550

RentRange™
11030 Circle Point Road, Suite 250
Westminster, CO 80020
www.rentrange.com

Begin forwarded message:

**From:** Nancy Loving <nycloving@gmail.com>
**Date:** July 29, 2016 at 11:49:46 AM MDT
**To:** "bcharnoff@gmail.com" <bcharnoff@gmail.com>, "wcharnoff@icloud.com" <wcharnoff@icloud.com>
**Subject: Garde Invoice**

Hi Brande and Wally,

EXHIBIT 8

I have all the information for us to move forward and finalize your purchase. I will be seeing Harold on Sunday and will be delighted to talk to him about the sale and have you both speak with Harold, especially about the specific work.

I received the final quote from Atelier 4 who will be crating and shipping the art. They can pick up Monday- Wednesday of next week. It is 7-10 business days enroute to your shipping destination as it shipped ground. Again, we will handle all shipping cost. We can also determine what gets shipped right away and if you prefer to store it here with us until the house is built or location for art determined. Also, the museum may be in a position, once we determine the details of the exhibition to have work shipped there as well.

I am excited about the possibility for the exhibition at the Wyoming Museum. Nicole Crawford, Curator of Collections, will be working with me in the next few weeks to determine exhibition details and to look at dates. Most of these exhibitions take months to procure, but they would like Harold to attend and I reminded them of the essence of timing - being sooner than later.

We have no tax to add to the purchase since we are shipping out of state.
The wire instructions are below or feel free to mail a check to the address below. Whatever you are more comfortable with.
The final amount was $45,120. I will send you a receipt of sale, Certificates of Authentication and a portfolio with all the important information for your records. Please feel free to call or text me with any questions or thoughts moving forward!

Best,
Nancy

TD BANK
Wilmington Delaware
ABA# 031 101 266
Art Port LLC
Nancy Loving CEO
Account # 026013673

or

Nancy Loving /ArtPort
26 Covlee Drive
Norwalk, CT 06855
917-703-7172

*This email and any files transmitted with it are for the use of the intended recipient(s) and may contain information that is privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please let us know by reply email and permanently delete this communication from your system, along with any attachments.*