# Ian Hicks

| | |
|---|---|
| **From:** | walter Charnoff <wcharnoff@icloud.com> |
| **Sent:** | Wednesday, September 18, 2019 8:04 PM |
| **To:** | Ian Hicks |
| **Subject:** | Fwd: Charnoff/Garde Portfolio |
| **Attachments:** | Brande & Walter Charnoff Portfolio.pdf |

Sent from my iPhone

Begin forwarded message:

> **From:** Nancy Loving <nycloving@gmail.com>
> **Date:** August 10, 2016 at 6:51:18 AM MDT
> **To:** "bcharnoff@gmail.com" <bcharnoff@gmail.com>, "wcharnoff@icloud.com" <wcharnoff@icloud.com>
> **Subject: Charnoff/Garde Portfolio**
>
> Hi Brande and Wally,
>
> Congratulations again! Harold is delighted and excited to get together and meet Brande! I hope all is well and I am sure you guys are busy preparing for college for Briana.  I have attached a portfolio of newly acquired paintings.  I have listed the full retail price on the portfolio for insurance purposes.  I will be sending you a hard copy with receipt of purchase, COA's,  and 3 signed books too.
>
> I am looking forward to seeing you all here in NYC.  We have a premiere of a documentary film about Harold (see below),  in Maine on September 27th. I believe that I can get Harold to NYC before or afterwards.  If you were thinking that September may work best,  I will try to work out scheduling.
>
> Let's try to talk this week about possible dates
>
> http://www.rocklandstrand.com/event/art-spirit
>
>
>
> Best,
> Nancy
> Nancy Loving
> Director ArtSuite Gallery
> ArtPort LLC
> New York, NY 10006
> 917.703.7172
> www.artsuite.ny.com

1