

Sent from my iPhone

EXHIBIT 10

1