

**From:** Nancy Loving <nycloving@gmail.com>
**Date:** December 12, 2016 at 9:52:10 PM MST
**To:** wally@rentrange.com, "wcharnoff@icloud.com" <wcharnoff@icloud.com>, wally@investability.com
**Subject: Blue Bowl**

Hi Wally,
I hope you flight was comfortable and uneventful! I gathered information on *Blue Bowl*. I have it on display now in my studio and it is one of my favorite of Harold's still lifes and was chosen as one of the best of the Hampton's art week. As you know the other is *Two Vessels*, which is now part of your original collection.

We originally offered the work at $9,000. I am happy to give you an additional 10% off that price bringing it to $8,100. Let me know if I can send you any further information on the piece or if you would like to personally discuss.

Enjoy Luxembourg. Looking forward to seeing you and Brandi around the new year! I am so sorry to be missing the big game. Dave can't wait!

Best,
Nancy




EXHIBIT 11

1

Harold Garde (b. 1923)
*Blue Bowl, 2003-2004*
Acrylic on Canvas
44" x 55"
$9,000