

# When There Was Another Me
## Harold Garde



# WHEN THERE WAS ANOTHER ME



## HAROLD GARDE

This catalogue is published on the occasion of the exhibition *When There Was Another Me: Harold Garde* University of Maine Museum of Art, Bangor, Maine May 17 to August 31, 2019

*When There Was Another Me: Harold Garde* organized by George Kinghorn, Executive Director & Curator, University of Maine Museum of Art, with essays by George Kinghorn and Carl Little.

Graphic Design: Heather Magee

Photography: David Clough and Walter Smalling

Documentation: Sara Belisle

Copyediting: Kathryn Jovanelli

With exception of *Sculpture on Table*, all works of art are courtesy of the artist and ArtSuite Gallery, New York

Printing: J.S. McCarthy Printers, Augusta, Maine

ISBN 978-0-578-47542-4

©2019, Museum of Art Alliance. All rights reserved. No part of this publication may be reproduced or transmitted in any form or by means electronic or mechanical, including photocopying, recording or information storage or retrieval system, without permission in writing from the publisher.

Published by
Museum of Art Alliance
PO Box 1507
Bangor, Maine
President: Sandra Blake Leonard

Certain images are covered by claims to copyright cited in image credits.

Cover image: Harold Garde, *Two Figures*, 1994, Acrylic on canvas, 96 x 54 in.

**University of Maine Museum of Art**

Executive Director & Curator: George Kinghorn

Assistant Director for Finance, Administration & Membership: Kathryn Jovanelli

Senior Museum Educator & Marketing Manager: Kat Johnson

Registrar: Sara Belisle

Preparator: Aaron Pyle

University of Maine Museum of Art
40 Harlow Street
Bangor, Maine 04401
207-581-3300
www.umma.umaine.edu

For more information on Harold Garde please visit www.haroldgarde.com





*Blueface,* 1994
Strappo on paper, 22 x 29 ³/₄ in.





*Judgment,* 1994
Acrylic on canvas, 54 x 96 in.



*Untitled,* 1993
Strappo on paper, 22 x 15 in.



*Red Hat,* 1987
Monotype on paper, 26 $\frac{1}{2}$ x 22 in.



*Large Head,* 1987
Monotype on paper, 30 x 22 in.

# Curator's Introduction

George Kinghorn
Executive Director and Curator
University of Maine Museum of Art

The University of Maine Museum of Art (UMMA) is pleased to present *When There Was Another Me,* a large-scale exhibition featuring an assortment of forceful and stimulating works by Harold Garde. The artist, who splits his time between Florida and Maine, has exhibited widely throughout the US. Garde, now in his 96th year, continues to produce works of great energy, intensity and relevance.

While Garde has created a vast quantity of paintings and many unique series throughout his life's work—from chairs to kimonos to solely abstract compositions—this exhibition offers an extensive and focused look at recurrent subjects from throughout his career: figure and portraits. Within these selected works one sees the authority of Garde's mark making and his spirited use of color. The figurative pieces chosen for this exhibition are emotionally complex, challenging, and unharnessed. At times they are humorous, confounding, and even unnerving. Above all, they convey conflicting states of mind as well as the complex nature of humanity; topics that are particularly relevant in contemporary art and society today.

Although the artist's early exposure to Abstract Expressionism continues to infuse his paintings today, his ongoing exploration of portraiture and the figure conveys another significant facet of his enduring creative practice. Garde's works showcased at UMMA harken back to the early Expressionists, particularly German artists such as Ernst Ludwig Kirchner and Karl Schmidt-Rottluff. Both artists were among the founders in 1905 of the formidable artist group Die Brücke (The Bridge). This group sought to create a new form of artistic expression in which color and subject matter were liberated from all traditional approaches.

The tenets of Expressionism were revived and expanded upon in the 1970s and 1980s by Neo-Expressionist artists including Garde (or the Transavanguardia as recognized by its Italian practitioners), who looked back to the works of earlier German Expressionist painters. Garde's energetic and gestural handling of figures also draws a connection to works by notable Neo-Expressionists such as Mimmo Paladino and Francesco Clemente.

The UMaine Museum of Art has a long tradition of presenting compelling and, at times, challenging contemporary exhibitions that shed light on the human condition and highlight the dynamic evolution of artistic practice. UMMA is pleased to showcase this commanding selection of works by Harold Garde, an artist who continues to contribute to the landscape of contemporary art through his sustained and rigorous studio practice and passionate point of view.



*Pinnacle,* 1988
Monotype on Paper, 30 x 22 ⅛ in.

# Harold Garde: En Garde!

Carl Little



Harold Garde in his studio.

To properly appreciate Harold Garde's life work, some biographical context is required. Born in Brooklyn, New York, in 1923, Garde was the son of parents who emigrated from Eastern Europe. His father became a factory worker; his mother worked as a dressmaker until after his sister was born (in 1917) when she became a homemaker.

Garde attended Stuyvesant High School in Lower Manhattan, a specialized college-preparatory school known for its scholastic excellence. From there,

he went on to City College of New York where he majored in science. His early interest in art was generated by living in New York City and his sister's social friendships.

Garde's education was interrupted by World War II. Enlisting in the Army Air Corps in 1942, he found himself stationed in the Philippines. It was in this foreign environment that he began to cultivate an interest in the arts, through his interactions with fellow servicemen: actors, musicians, visual artists.

After the war, drawing on the G.I. Bill, he enrolled at the University of Wyoming in Laramie, intending to become a teacher.

On something of a whim, Garde took a studio art class with George McNeil (1908-1995), a major Abstract-Expressionist painter who was a studio assistant, along with Jackson Pollock, for Hans Hofmann (1880-1966). In the words of art historian Martica Sawin, the encounter with McNeil "determined Garde's commitment to art and started him on the way to becoming an expressionist himself."

Like Black Mountain College and other incubators of modern art at the time, Wyoming offered a progressive art program. After McNeil, Garde studied with the American surrealist Leon Kelly (1901-1982). Finally, from Ilya Bolotowsky (1907-1981) he learned about composition and structure from this master of geometric abstraction. Sawin again: "This meant that compressed into Garde's studio experience [at Wyoming] were three of the major forces in the art of the day: expressionism, abstraction, and surrealism, all of which can be seen interacting in his uninhibited approach to painting." Indeed, it is that remarkable aesthetic blend that infuses Garde's singular artistic practice to this day.

Garde had gotten into Abstract Expressionism on the ground floor, as it were, and no matter how representational he might become later on, he never lost his love of the action and emotional drive of America's greatest homegrown art movement. De Kooning was god. Years later, at the time of his 90th birthday show at the Maine Jewish Museum, Garde told curator Nancy Davidson, "I paint to please myself, but with de Kooning on my shoulder."

Garde drew on the nonrepresentational energy to produce his own expressive inventions. Over time he painted a place for himself in the upper ranks of the second generation of Abstract Expressionists, alongside Stephen Pace (1918–2010), Grace Hartigan (1922–2008), and Theodoros Stamos (1922–1997).

In order to be free to paint, Garde needed teaching credentials, which he acquired at Columbia University, earning an MA in Fine Arts and Art Education in 1951. Following Columbia he taught for two years at a secondary school in Roselle, New Jersey, before entering the interior and architectural design world in New York City where he worked for 15 years. In 1968, the married, father of four, returned to teaching art at Nassau Community College and at a secondary school in Port Washington.

All the while, Garde painted. Living in New York City and on Long Island, he came into contact with art and artists brimming with new ideas. His work reflected the times. Sawin offers this list of characteristics: "strong, angular brushstrokes, warring darks and lights, scrawled letters and numbers, ephemeral figures and sustained intensity of execution." He freely mixed Abstract Expressionism with surrealist and figurative elements, drawing on his days in Wyoming.

Garde taught until he was 62. While teaching didn't allow as much time at the easel as he would have liked—and obliged him to later play catch-up with his peers who had had that freedom—he has since enjoyed more than 35 years of nearly non-stop art-making. He is, as the title of a video portrait puts it, a "working artist."

Over the years Garde has often worked in series, choosing a form—a chair, a kimono—or a theme—pinnacle, puppets—and then playing variations on it. If Monet was concerned with changing effects of light on a haystack or the façade of Rouen Cathedral, Garde approached his subjects in a more cerebral manner, but also with something of a jazz cadence as he put his subjects through their paces. "A good series," he has noted, "should not be sequential."

Channeling his inner Ionesco, as it were, Garde embraced the empty chair as a subject upon which to riff. As Jeanne M. Dowis writes in her brilliant essay for the retrospective "Harold Garde: Painting. 50 years" at the Museum of Florida Art in 2008, the chairs are

portraits. "…Each chair," she writes, "gains personality, and it is up to the viewer to decide whether it is an accurate representation of a more complex character or simply a seat."

Garde has been tempted to call the chairs self-portraits. Showing his particular sense of humor, he adds, "Self-portraits before I came into the room and self-portraits after I left the room—in each case it's an empty chair."

The kimono offered Garde another universal form on which to hang his painterly ideas. Like the bathrobes of Jim Dine, the kimono is a kind an armature for presenting Garde's graphic and painterly invention. Like the chairs, the traditional Japanese garment changed over time, losing its descriptive function. "I allowed some of the kimonos to become very ethereal," Garde has noted, "so they practically float off the canvas."

The *Puppet* and *Pinnacle* series enter more cerebral and psychological territory. The former, Garde has said, relate the maker to the object—"My hand talking to myself." The hand puppet was also a way to isolate the head, remove it from the body. The *Pinnacle* paintings went a step further, placing disembodied heads, usually sideways, on pedestals. As Garde has explained, "I live in my head; I assume other people will identify the idea that we live in our brains."

Garde has explored still life, various vessels, and other objects, sometimes combining them with figures. His renderings can be broad or more detailed depending on his vision at the time. You can see echoes of other artists—a Picasso figure, an Ensor mask, a Morandi vase—but Garde is working from absorption and admiration, not copying. He adds his own special expressionist sauce to art history.

When you watch Garde at his easel in the video portraits of him, you understand the "en garde" part of the essay's title. He is not fencing, per se, but he uses his paint brush as a kind of foil, feinting and jabbing.

Indeed, the artist considers every piece of art "a battle." The work, he says, "should look inevitable but not as perfect as I would like it to be, so I go on and do another one." He climbs back into the studio and tries, in his words, "to keep a balance between thinking and feeling, planning and having the courage to keep trying to make changes, examine, re-examine."

Garde is an innovator, exploring ceramic and clay sculptures, but also writing poetry and plays. In the 1980s, he developed a technique he calls strappo, a way to transfer a dry acrylic paint image from glass onto paper or canvas. He has used this singular method to explore a range of imagery. When he showed a group of strappo pieces at the Center for Maine Contemporary Art in 2012, he went out of his way to explain the process, in person and in a short video, and has led workshops to teach the technique. On the eve of 2013 Garde made his very first New Year's resolution: to do 90 strappo paintings in the first 90 days of his 90th year. He succeeded.

On a number of occasions Garde has commented on the changes that took place in his work after moving to Maine in the mid-1980s. His palette shifted, from the browns and grays of his city paintings to much brighter hues. The Maine light, he told an interviewer in 2010, "freshened" him up. He added: "I'm not sure whether it's age, too, wanting things to be brighter and also allowing the paintings to be fresher."

Garde also found a community of artists in Belfast, many of them centered around John Ames and his Gallery 68. The painter credits his inclusion in the landmark exhibition "*On the Edge: Forty Years of Maine Painting* 1952-1992," curated by *Christian Science Monitor* art critic Theodore F. Wolff for Maine Coast Artists, with advancing his stature. "[Wolff] counted me among a small handful of artists whose work was about changing the parochial nature of art in Maine," he told critic Britta Konau in 2013, "and the related publicity really helped getting the word out about my painting."

If, as Garde noted in a 2011 interview, he takes some pride in "having learned a degree of socially acceptable behavior," when he paints, he states, he doesn't want, nor does he think he needs, to be polite—"That is not the function of art" in his view. He calls creating his canvases "a lonely occupation," which is necessary to his creative process. "I relish the time and opportunity to work in my studio, I often bemoan that it is such a lonely effort."

"What I see in [Garde's paintings]," painter Robert Shetterly told an interviewer in 2010, "is the long history of his life and the struggle for him to understand what he needs to use art to say." Shetterly also noted the painter's drive: "Whether it's the excitement of color and surface and design or the understanding of the nature of the human enterprise, he's never rested in exploring."

Garde is his own man, authentic and driven. "I reach for [the beautiful] in ways that are distinctive rather than accepted," he has said.  He is always moving forward, building upon the last thing he has done, drawing on his intimate knowledge of paint in order to find the fresh, with one goal: to be as honest with himself as he can be.

"A painting has to be true to what it is," Garde has stated; "It is paint applied to a two-dimensional surface, and trying to hide that is trying to hide the truth." On another occasion he warned of the "charade of conformity," adding, "I trust myself to be irreverent; conformity is a form of death."

In the end, Garde's life work, which is ongoing, reflects a kind of existentialist viewpoint, an aesthetic and vision based on the human condition. "I think we get robbed of self in this society," he once said. "I can't stop being a socially aware person," he has stated, adding, "I have to justify what I do, why I'm not burning down city hall or organizing peace marches."

Garde is compelled, in his words, "to communicate individuality and hope that that will have a universal resonance." As he states near the end of Dale Schierholt's video portrait, "I have been a parent, a husband, a homeowner, a functioning member [of society] and a caring citizen—and while doing all of those things I have continued to make art." Bravo and en garde—and a toast to the canvases to come.

Sources

Nancy Davidson, "Avant Garde," interview with the artist, *Portland Monthly*, September 2013

Jeanne M. Dowis, Suzette McAvoy, and others, *Harold Garde: Painting. 50 Years*, exhibition catalogue, Museum of Florida Art, 2008

John Garrick, "Artist of the Month (June 2011):  The 'Living Legend' Harold Garde"

Richard Kane, director, Robert Shetterly, interviewer, *Harold Garde: Maine Master*, video portrait, 2002

Britta Konau, "A Dialogue with Harold Garde," *The Free Press*, December 18, 2013

Aislinn Sarnacki, "Belfast artist finds inspiration in Maine's coast," *Bangor Daily News*, September 6, 2010

Martica Sawin, essay for catalogue *Harold Garde: Still Life*, Courthouse Gallery Fine Art, fall 2011

Dale Schierholt, director, *Harold Garde: Working Artist*, video portrait

# Personae Peculiare

George Kinghorn



Fig. 1

Amenacing elongated face, segmented by bands of green, yellow and blue, gazes intensely at the viewer, while what appears to be a severed head or impulsively painted bust sits on a precarious three-legged table (fig. 2 and pg. 23). The pained and contorted face, looking more animal than human, is rendered in smudges of orange and blue as a black spiraling form teeters atop its quirky head. With paintings such as these, Harold Garde leads us into unknown territory. Peculiar characters—ranging from the comical to the seductive and from the jovial to the grotesque—inhabit the artist's compositions.

Garde mines the depths of the human condition, and

in doing so, creates images that range from playful and idiosyncratic to those that reflect isolation and loss. His works are less about depicting traditional notions of beauty or rendering a likeness of chosen subjects, and instead engage in portraying emotion through color, gestural brushwork and other formal devices. The artist avoids asserting concrete narratives. Instead he leaves the viewer to interpret the enigmatic settings and the relationships of the motley cast of eccentric characters that populate the works.

The artist's early exposure to Abstract Expressionism continues to permeate his work. However, when such subject matter as figures and portraits are

16

Fig. 3

Fig. 2



explored, Garde draws a palpable connection to early Expressionists; notably the German artists of Die Brücke. Fritz Bleyl, Erich Heckel, Ernst Ludwig Kirchner, and Karl Schmidt-Rottluff joined together in Dresden in 1905, while studying architecture, to found Die Brücke or "The Bridge." This group rejected traditional academic modes of painting in favor of works that conveyed emotional intensity; often using non-natural, vibrant colors, and a raw gestural drawing style to distort aspects of their subjects. "We want to achieve freedom of life and action against well-established older forces," the Die Brücke artists espoused. "Anyone who reproduces with immediacy and authenticity whatever moves him to create belongs to us."[1] One sees this forward-thinking, rebellious spirit in Garde, who has freely explored any subject that inspired him regardless of external pressures or art world predilections.

There are striking similarities between Garde's expressive and emotional rendering of the figure and Ernst Ludwig Kirchner's depiction of his varied subjects. For example, in Kirchner's 1909-10 painting *Marcella* (fig. 3), the artist has painted a prepubescent girl using unnatural colors and a highly unconventional approach to render her anatomy.[2] The girl sits awkwardly, with legs crossed, on a blue-and-black-striped cushion looking directly at the viewer. Her distorted limbs and twisted posture are abnormal. The eyes and features on Marcella's pale-pink face are defined by green, blue and yellow marks that heighten the emotional content in the portrayal of the girl.  Garde's non-traditional use of color and the stylization of anatomy and facial details are not unlike that of Kirchner and the other Die Brücke artists.

Consider also Karl Schmidt-Rottluff's *Portrait of Emy*, 1919 (fig. 4). The artist's depiction of the sitter is wildly expressive and even a bit unnerving.  The artist has broken down his wife's head into planar sections that resemble the angularity of sculpted African masks. Her

Fig. 4



eyes are asymmetrically placed and of two different sizes. The features are rendered with vivid oranges and yellows. She sits in front of an intensely colored background that seems as if she's been placed before a fiery scene. Garde's abstraction of forms and use of color in *Self Portrait as A Stranger* (pg. 27) is not unlike the raw, expressive approach employed in Schmidt-Rottluff's 1919 portrait.

Fig. 5



Garde's unconventional placement of subjects within a composition contributes to the psychological intensity of his work. For example, in *Two Figures Standing*, 1993 (fig. 5 and pg. 33), two characters are situated within a darkened environment, yet they seem emotionally detached. Garde's compartmentalization of space—a convention seen in numerous works—allows his figures to be united pictorially, yet in the same instance, feel very isolated. Adding to the psychological drama in *Two Figures Standing* is the artist's use of forceful, slashing brushstrokes that create the stylized anatomy of these indeterminate images.

Fig. 6



The artist's *Pinnacle* series (fig. 6 and pg. 11) is characterized by works depicting heads that are often rendered sideways and perched atop projecting conical forms. Are the heads balancing precariously on stylized mountain peaks or, in a more macabre interpretation, are they resting on torturous spikes? The image of a contemplative head balanced on a summit could be seen as a soaring symbol of human attainment, yet it may portend an untimely death at the hands of sinister forces. Ultimately, Garde leaves us to establish meaning through our own perception and personal histories.

*Two Figures*, 1994 (fig. 1, front and back cover), is an outstanding example of the work represented in Garde's *Puppet* series. Predominating the composition is an outstretched greenish figure wearing strange hand puppets. To the left, and separated by an expanse of black, a more hastily drawn figure stands awkwardly in the space. The isolation of these subjects within the pictorial plane creates an uncomfortable

psychological tension. Garde leaves the viewer to ponder the connectedness of these two very different characters.  The hand puppets are an emotive device for the artist; allowing him to bypass language and occupy the non-verbal territories of the mind. The artist's thoughts are filtered through puppets that—instead of communicating in concrete terms—convey meaning through spirited wit and cunning puns. Once again, Garde leaves us to decipher meaning from these spirited intermediaries and make our own sense of the unique characters assembled in the compositions.

Bordering on the absurd, Garde's depictions of fleshy, round faces with protruding tongues evoke the playful and at times, the provocative. An untitled monotype from 1989 (fig. 7 and pg. 43), offers up an unapologetically silly exchange in which two pudgy heads bare their tongues at each other.  Is the artist encouraging us to shed inhibitions and be spontaneously free and playful? Perhaps we're being given permission to shirk societal norms and express disgruntlement with the show of a projecting tongue? The latter seems plausible in *Contemplation*, 1992 (pg. 24). In what seems to be an act of repulsion, a craggy-faced fellow sticks his tongue out at a dog-like creature. In another untitled work (pg. 7), a pink face portrayed in profile thrusts its tongue into the mouth of another pale face in a gesture that seems less romantic than forcefully fetishistic.

Prominently represented in the exhibition is Garde's *Hamlet* series. By no means illustrative, these works do not seek to represent aspects of Shakespeare's tragic tale.  Rather, they shed light on the depths of human experience and the complex capacity for humans to navigate and embody diametrical extremes of emotion. These brooding paintings, like the turmoil in Hamlet's heart, are about struggle, loss, sorrow, and even transcendence. In *Twister*, 1991 (fig. 8, pg. 29), Garde explores the shadowy terrain of the psyche. A nude figure with hands stretched, as if to shield its face, seems to retreat against a black background as an oppressive yellow band bears



Fig. 7

Fig. 8





Fig. 9

down on it. To the left a seemingly omnipotent glowing head hovers in the darkness— while to the right, an orange serpentine form rises from the bottom—yet we do not know their significance to the scene. Are they a source of menace or solace for the seemingly troubled figure? With psychological intensity, Garde explores other aspects of "the self" in *Viewer*, 1994 (fig. 9 and pg. 31). A lone apparitional figure travels toward an array of vertical marks that, against a flood of black, seem to represent the lighted opening of a portal.   *Viewer* is an emotionally penetrating work in which Garde investigates the essential dualities of existence.

Harold Garde, who turns 96 years old in 2019, continues to create works that are loaded with unadulterated color, bold brushstrokes, and instilled with indomitable spirit.   Like the works of other significant expressionists, figures and faces are used as vehicles to deliver riveting emotional content. The selected works featured in *When There Was Another Me* offer the opportunity to explore the dynamic continuum of expressionism through Garde's deft visions.

Notes

1. Nicole Brandmüller, *Ernst Ludwig Kirchner Retrospective* (Ostfildern, Germany: Hatje Cantz Verlag, 2010), p. 56.

2. Chantel Eschenfelder, image text from *Ernst Ludwig Kirchner Retrospective* (Ostfildern, Germany: Hatje Cantz Verlag, 2010), p. 250.

Additional Sources

Katharina Beisiegel, Editor, *Ernst Ludwig Kirchner: Imaginary Travels*, The Art Centre Basel, Prestel Verlag, Munich, London, New York, 2018.

Frederick R. Brandt and Eleanor M. Hight, *German Expressionist Art*, University of Washington Press, Seattle and London, 1987.

Dietmar Elger, *Expressionism: A Revolution in German Art*, Taschen, Kln, 2008.

Image Credits

Figure 3. Ernst Ludwig Kirchner, *Marcella*, 1909-10, Oil on canvas, 30 x 23 $^1/_2$ inches, Moderna Museet, Stockholm

Figure 4. Karl Schmidt-Rottluff, *Portrait of Emy,* 1919, Oil on canvas, 28 $^5/_{16}$ x 25 $^3/_4$ in. (71.9 x 65.4 cm), North Carolina Museum of Art, Raleigh, Bequest of W. R. Valentiner, G.65.10.58, © 2019 Artists Rights Society (ARS), New York / VG Bild-Kunst, Bon



*Possession,* 2002
Acrylic on canvas, 40 x 55 in.

**George Kinghorn** has served as the Executive Director & Curator of the University of Maine Museum of Art since 2008.  As a curator, Kinghorn has organized over 100 modern and contemporary art exhibitions including: *Intuition and Response: Masterworks from the Edward R. Broida Collection*; *Towards the Organic: Material and Metaphor*; *Push Play: Redefining Pop*; *Activating Space: Sculpture as Environment*; *Second Skins: Sculptural Soundsuits and Tondos by Nick Cave*. Prior to Maine, Kinghorn was with the Museum of Contemporary Art Jacksonville and served in several positions including Deputy Director & Chief Curator and Director. He received his Master of Fine Art degree in visual arts from Michigan State University.

**Carl Little** is the author of more than 25 art books, including *Paintings of Maine, The Art of Monhegan Island*, and *Edward Hopper's New England*. He has written monographs on John Singer Sargent, Winslow Homer, Dahlov Ipcar, Joel Babb, Jeffery Becton, Philip Barter and Philip Frey. His book *Eric Hopkins: Above and Beyond* won the first John N. Cole Prize from Maine Writers & Publishers Alliance in 2012.



*Untitled,* 1992
Monotype on paper, 21 7/8 x 15 in.



*Sculpture on Table,* 1994
Acrylic on canvas, 49 x 72 in.
From the collection of
Walter and Brandi Charnoff



*Contemplation,* 1992
Monotype on paper, 23 1/4 x 16 7/8 in.



*Slip,* 1988
Acrylic on canvas, 46 x 66 in.

 

*Untitled,* 1994
Monotype on paper, 22 x 29 $\frac{1}{2}$ in.



*Self Portrait as a Stranger,* 1987
Acrylic on canvas, 66 x 44  in.

27



*Self Portrait,* 2005
Strappo on Paper, 12 $^4/_5$ x 13 in.



*Twister,* 1991
Acrylic on canvas, 54 x 76 in.



*Stander,* 1995
Acrylic on canvas, 55 x 72 in.



*Viewer,* 1984
Acrylic on canvas, 66 ¹/₂ x 66 in.





both works:
*Untitled*
Ink on paper, 3 $^1/_2$ x 4 $^3/_4$ in.





*Two Figures Standing,*
1993 Acrylic on canvas,
55 x 80 in.



*Councils,* 1986
Acrylic on canvas,
54 x 80 in.

35







top: *Untitled*
Ink on paper, 3 $\frac{1}{2}$ x 4 $\frac{1}{16}$ in.
bottom: *Untitled*
Ink on paper, 4 $\frac{3}{4}$ x 3 $\frac{1}{2}$ in.



*Sting,* 1987
Monotype, 17 x 15 ¹/₄ in.



*Untitled Diptych,* 1991
Acrylic, Charcoal on paper, each panel: 30 x 22 in.



*Couple,* 1987
Monotype on paper, 22 ⁵/₈ x 29 ⁵/₈ in.





*Frolic,* 1996
Strappo on paper, 29 ⁷/₈ x 22 in.

41



*Pinnacle,* 1988
Monotype on paper, 30 x 22 ¹/₈ in.

42



*Untitled,* 1989
Monotype on paper, 30 x 22 in.



*Against Orange,* 1992
Acrylic on canvas, 21 $^1/_2$ x 32 in.

top right:
*Untitled,* 1994
Acrylic on paper, 22 $^1/_4$ x 30 in.

bottom right:
*Still Life,* 1995
Acrylic on canvas, 44 x 55 in.





45



*On Pyramids,* 1988
Monotype on paper, 30 x 22 in.



*Evening Walk,* part of *Parade* series, 1987
Monotype on paper, 25 1/2 x 21 1/2  in.

# Acknowledgments

George Kinghorn
Executive Director & Curator
University of Maine Museum of Art

The University of Maine Museum of Art (UMMA) wishes to express its deepest appreciation to the many individuals who contributed to the realization of this exhibition and catalogue. First and foremost, we offer our gratitude to Harold Garde for his unwavering enthusiasm and for sharing this powerful selection of works with UMMA's visitors. We thank Mr. Garde's children: Amy Asher, Keith Garde and Elissa Garde-Joia for their assistance with various aspects of this exhibition. I would especially like to thank Ms. Asher who has been a spirited collaborator throughout the development of this project. Nancy Loving and Aly St. Pierre, who represent Mr. Garde through their gallery ArtSuite in Piermont, New York offered considerable time and assistance in organizing this exhibition.

UMMA offers its gratitude to Heather Magee for her aesthetic vision and exemplary design of this catalogue. Carl Little's thoughtful essay provides insightful commentary on Garde's background and prolific career.  David Clough and Walter Smalling's beautiful photographs of the works of art were essential to the success of the publication. UMMA Registrar Sara Belisle and Preparator Aaron Pyle skillfully handled the many details in mounting the exhibition and framing the works of art. I'm grateful for the efforts of Assistant Director for Finance, Administration and Membership Kathryn Jovanelli who provided invaluable assistance with editing this publication and, as always, seamlessly tended to many other essential details. Senior Museum Educator and Marketing Manager Kat Johnson has done a fine job in planning exciting and engaging programming to accompany the exhibition tailored to UMMA's audiences of all ages. In addition, the Museum offers a special thanks to the Museum of Art Alliance, a nonprofit support organization that advances the mission of UMMA, for supporting the production of this catalogue.







1865 MUSEUM OF ART
UNIVERSITY OF MAINE



ISBN 978-0-578-47542-4

90000

9 780578 475424