Patch

Sign up

# Nyack-Piermont, NY

News Feed | Neighbor Posts | Classifieds | **Calendar**

This post was contributed by a community member. The views expressed here are the author's own.

Nyack-Piermont | Local Event

## Grand Opening Art Gallery in Piermont, NY

**SEP 21**

 Aly St Pierre, Business



**Event Details**

Like 6   Share

🕐 Fri, Sep 21, 2018 at 4:00 PM

Add to calendar ∨

📍 ArtSuite New York Studio & Gallery, 466 Piermont Avenue, Piermont, NY, 10968

🌐 More info: https://www.artsuiteny.com

The brand new ArtSuite Gallery will formally open its doors to the public on September 21st featuring work by renowned artist Harold Garde. For over seven decades, Garde, 95, has amassed a dramatically evolving body of work. He began to pursue his aesthetic passion as an abstract expressionist in New York City. Over time, his oeuvre became infused with figurative elements and structural and cubist themes. Garde's work has been shown and collected in museums and is in significant permanent collections. He has been featured in a number of publications and films, including documentaries that have been and are broadcast repeatedly.

The ArtSuite Gallery exhibit, "House of Garde," features Garde's most recent abstracts, considered to be among the pinnacle of Garde's expansive artistic career. Like a conductor's baton, Garde's brush deftly engages the canvas, orchestrating the instruments of line and texture to energize bright colors and undaunted forms, giving us paintings of unique vibrancy. The show's anchor piece, Black Crescent Moon(2018), reveals a bold ebony arc floating over a whimsical landscape whose watery clouds and crimson horizon cast a primordial aura. In Summer

(2018), a rich slurry of colors glide and pulsate between stratospheres creating an invigorating, textural fantasy; wide swaths of purple in Evening Crossroads (2009) are gestures creating a festive composition.

Garde expresses his gratitude for a long career and a growing and receptive audience.

"At 95, I am painting and exhibiting with deep thanks for the support I and my work have received," Garde says.

Harold Garde and his art has been the subject of several well-received art documentary films including a PBS special, "Art & Spirit"in which Garde articulates his creative process as well as his respect for the canvas and the viewer.

ArtSuite had a soft opening in May just weeks after gallery directors Nancy Loving and Aly St. Pierre found "the perfect art space" in the Victorian house on Piermont Avenue. "It was ideal to showcase Garde's work and for future shows of both established and emerging artists," says Loving.

Garde was born in Brooklyn, New York, in 1923, the son of eastern European immigrants. His father was a handbag framer and his mother a seamstress. Garde served in WW II in the Army Air Force, after which he attended the University of Wyoming at Laramie on the GI Bill and subsequently graduated Columbia University earning a Masters with a dual major in Fine Arts and Art Education. He married and had four children. Garde's first solo exhibition was in 1970 in Huntington, New York. In 1984, Garde retired from teaching to paint full time. With studios in each, Garde lives and paints in Belfast, Maine and New Smyrna Beach, Florida where his work is regularly on exhibit.

The ArtSuite Gallery is located at 466 Piermont Ave, Piermont, New York 10968. Hours are Thursday and Sunday 12pm–6pm, Friday and Saturday 2pm–8pm. Monday–Wednesday by appointment.

For more information, please contact Nancy loving at 917.703.7172 or email artsuiteny@gmail.com



♡ Like    ☆ Interested    💬 Reply                                                                              ⚑

Write your reply                                                                                         Reply

**More Upcoming Events**

Add an event                                                                                              Post



**Local Event**

**APR 15**    **KUSAMA— INFINITY at Rivertown Film**
              🕐 Wednesday, 6:00 pm  📍 Nyack-Piermont, NY



♡ Like    ☆ Interested    💬 Reply                                                                              ⚑



♡ Like     ☆ Interested     💬 Reply

**Local Event**

**APR 25**

**Dark Side of the Hudson LIVE**
🕐 Saturday, 4:30 pm   📍 Nyack-Piermont, NY

♡ Like     ☆ Interested     💬 Reply

Show More  >



**Featured Events** ⓘ

**Apr 18**
**STAC Virtual Accepted Students Day**

**Apr 19**
**Reach for Recovery Yoga and MeditationEvent**

**Apr 22**
**STAC Virtual Spring Graduate Information Session**

Apr 22

+ Add your event

APR 16  See More Events Near You >



**Featured Classifieds** ⓘ

**Clothing and shoes for donation**
Added by Victoria Ficco-Panzer

**Nyack 2 bedroom**
Added by Neil walsh

**Virtual Piano Lessons from a Pro**
Added by Michael Mancini

**Online Voice Lessons**
Added by Andrea Saposnik

+ Add your classified

**Nyack-Piermont Community Calendar**



April 2020

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | **16** | 17 | 18 |
| **19** | **20** | 21 | **22** | 23 | **24** | **25** |
| 26 | 27 | 28 | 29 | 30 |  |  |

Find out what's happening in your community on the Patch app

Stay up to date on crime and safety with the Neighbors app by Ring

**Nearby Patches**

Nanuet

Pearl River

Tarrytown-Sleepy Hollow

New City

Rivertowns

Pleasantville-Briarcliff Manor

View All Patches

**Topics**

Arts & Entertainment

Business

Classifieds

Community Corner



Crime & Safety

Health & Fitness

Home & Garden

Kids & Family

Local Voices

Neighbor Posts

Obituaries

Personal Finance

Pets

Politics & Government

Real Estate

Restaurants & Bars

Schools

Seasonal & Holidays

Sports

Traffic & Transit

Travel

Weather

**Corporate Info**

About Patch

Careers

**Partnerships**

Advertise on Patch

**Support**

FAQs

Contact Patch

Community Guidelines

    

Patch Network   Terms of Use   Privacy Policy

© 2020 Patch Media. All Rights Reserved.

