


**MBA@Denver: Scholarship -** If admitted to the June 2020 cohort, receive a $15,000 scholarship. Ad

Promoted

Join Denver's Online MBA
Benefit from a school with 100 years of experience. GMAT waivers available.

Are You an Attorney?
Apply for membership to expand your business. Get more valuable customers.

Learn more | Learn more

**Aly St. Pierre** · 3rd
Art Advising, Artist Promotion
Greater New York City Area · 500+ connections · Contact info

ArtSuite Gallery
New York University

Message | More...

People Also Viewed

Warren Saft · 3rd
Founding Member of Tribeca Early Stage Partners / Fixed Income Sales at Brownstone

Lovie Huynh · 3rd
Financial Services Professional

Priscilla Arevalo · 3rd+
Ventas en aux delice

Joey Engling · 3rd
Principal at Beachcroft Vistas LLC

David Toti · 3rd
Senior Equity Research Analyst & Hampton Garage Co. Founder

Philip N. · 3rd
Sales, Marketing, Retail

## Experience

**Sales Director**
ArtSuite Gallery
Apr 2018 – Present · 2 yrs 1 mo
Greater New York City Area

**Fixed Income Sales**
CapRok Capital
Jun 2008 – 2015 · 7 yrs

**Fixed Income Sales**
Bear Stearns
2002 – 2008 · 6 yrs

## Education

Messaging



