





**ArtSuite Gallery**

Ian   Home   Find Friends   Create



**ArtSuite Gallery**
@ArtSuiteNY

- Home
- Posts
- Join My List
- Events
- Photos
- About
- Groups
- Community

Create a Page

**Photos**



See All

**Posts**

**ArtSuite Gallery**
February 25 · 🌐

Dear Friends, If you are interested in what's happening in Piermont, please like/follow https://www.facebook.com/visitpiermont/



Visit Piermont
Community



ArtSuite Gallery - Home















ArtSuite Gallery - Home



4/16/2020                                    ArtSuite Gallery - Home









## ArtSuite Gallery
@ArtSuiteNY

**Home**

Posts

Join My List

Events

Photos

About

Groups

Community

**Create a Page**



**Boris Douglas Garbe** is with **Nancy Loving** and **4 others.**
November 18, 2019

I just got to meet one of my Art Heroes.

Nancy Loving, director of the ArtSuite gallery in New York. She represents the artist Harold Garde among others.

 8









4/16/2020                                                    ArtSuite Gallery - Home





