## LIMITED MEMBERSHIP INVESTMENT AGREEMENT

THIS LIMITED MEMBERSHIP INVESTMENT AGREEMENT (the Agreement), is made and entered in as of January 31 , 2014, by and between Art Port, LLC, 75 Wall Street, PH3D, NY, NY 10005, a limited liability company organized and existing under the laws of New York ("Art Port"), on the one hand, and ISP Holdings, Inc., 11 Lambas Lane, Cresskill, NJ 07626 an "S" Corporation, organized and existing under the laws of New Jersey ("Investor"), on the other hand.

WHEREAS, effective on November 22, 2013, Art Port entered into a Portfolio Management Agreement with Studio 41, LLC f/s/o Harold Garde, a copy of which is annexed hereto as Exhibit A, setting forth the terms and conditions by which the art of Harold Garde, inclusive of paintings, drawings and sculpture (the "Art"), shall be managed, exploited and marketed (the "Studio 41 Agreement").

WHEREAS, Investor wishes to make an investment in Art Port in exchange for a percentage of Art Port Membership specific to the Studio 41 Agreement solely, after recoupment of the Initial Investment and/or the Additional Investment, if applicable, as defined herein.

NOW, THEREFORE, in consideration of the promises and the other covenants and conditions contained herein, and for other good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

Exhibit 18 to Exhibit A

LOVING 0586

1. Investment.

A. Investor hereby commits to making investments of up to

Five Hundred Thousand Dollars ($500,000.00), payable in timed tranches, as follows:

(1) $300,000 payable upon the execution hereof (the "Initial Investment Amount"); and

(2) With an additional $200,000 payable no later

than June [1st], 2014 (the "Additional Investment Amount").

B. SPECIAL ALLOCATION FOR CAPITAL RETURN. Until the Initial and Additional Investment Amounts have been fully repaid to Investor, all Art Port revenues, net of any

Art Port operating expenses (including salary and bonus(es)) and less an appropriate working capital reserve, as determined by Art Port's managers in their reasonable discretion (to the extent that these expenses and capital reserve cannot be covered by the Initial Investment Amount or Additional Investment Amount), shall be paid to the Investor. For the avoidance of doubt, the return of capital to Investor shall not be considered an expense of Art Port when calculating the profits resulting from the Studio 41 Agreement.

C. After recoupment of the Initial Investment Amount and Additional Investment, if applicable , Investor receives Special Membership in Art Port entitling it to 17% of profit distributions from Art Port resulting from the Studio 41 Agreement solely, said profits being any fees and revenues generated by the Studio 41 Agreement and received by Art Port.

LOVING 0587

less Art Port's operating expenses related to the Studio 41 Agreement (including salary and bonus(es), as determined by Art Port in a commercially reasonable manner, and in consultation with Investor). Art Port's managers shall consult with Investor should there be a material operating expenditure required by Art Port in excess of Fifty Thousand ($50,000.00) dollars related solely to the Studio 41 Agreement. Notwithstanding anything else herein to the contrary, Investor hereby acknowledges that it shall not be involved in the day to day operations of Art Port, nor shall there be a requirement for Art Port and its Managers/Officers to apprise Investor of day to day nor overall operations. Investor acknowledges that Art Port will run autonomously

from Investor and without accountability to Investor other than as set forth herein.

A. Investor makes the following representations and warranties:

i. Investor is investing in Art Port solely for its own account, for investment purposes only, and intending to make a profit therefrom, and not with a view to distribute, sell, subdivide or for the account of any other individual (except to its own shareholders), corporation, firm or person, unless permitted in writing by Art Port.

B. Investor hereby acknowledges that it understands the meaning and legal consequences of the representations and warranties contained in this Agreement, and agrees to indemnify and hold harmless Art Port and its managers agents and employees from and against any and all loss, damage or liabilities due to or arising out of a breach of any of its representations or warranties

LOVING 0588

contained in this Agreement.

3. Investor Option. After recoupment of the Initial Investment Amount and any Additional

Investment Amounts, in applicable, Investor shall have the

annual option to purchase the Art, at Art Port's pricing in accordance

with the Studio 41 Agreement, by converting the profit distribution, set forth in Paragraph 1 (C)

above, into Art.

4. Miscellaneous.

A. This Agreement constitutes the entire agreement between the parties hereto with respect

to the specific subject matter hereof and supersedes all prior agreements or understandings of any

kind with respect to the specific subject matter hereof.

B. In the event that any provision or part of this Agreement shall be deemed void or invalid

by a court of competent jurisdiction, the remaining provisions or parts shall be and remain in full

force and effect.

C. Any modification to this Agreement must be in writing and signed by the parties or it

shall have no effect and shall be void.

D. This Agreement is binding upon and shall inure to the benefit of the respective

**LOVING 0589**

successors, licensees and/or assigns of the parties hereto. Notwithstanding the foregoing, neither party may assign their respective rights and/or obligations hereunder without the other party's prior written consent.

E. The waiver by either party of a breach or violation of any provision of this Agreement shall not constitute a waiver of any subsequent or other breach or violation.

F. This Agreement shall be governed in accordance with the laws of the State of New York, applicable to agreements to be wholly performed therein

G. Investor hereby acknowledges that: (i) prior to signing below, Investor had the opportunity to review this Agreement and consult with legal and other advisors of Investor's choice; (ii) Art Port has advised Investor to secure an attorney to advise Investor as to the legal effect of this Agreement and Investor has either done so or has chosen not to do so; (iii) Investor has read and fully understands all of the terms of this Agreement; and (iv) Investor voluntarily accepts and agrees to be bound by all of the terms and conditions of this Agreement.

IN WITNESS WHEREOF the parties have duly executed this Agreement as of the date first written above.

LOVING 0590

INVESTOR:

ISP Holdings, Inc

Signature

By: Martin St. Pierre

Title: Authorized Signatory

Art Port, LLC

Signature

By: David Hinkelman

Title: Manager, Member

**LOVING 0591**