# Transfer of Equity Interest Agreement

This agreement is entered into by and between Nancy Elizabeth Loving and William David Hinkelman. The term of this Agreement shall begin on August 2, 2018 and executed in the state of New York. Both parties hereby agree as follows.

At present, ArtPort LLC, a New York limited liability company ("ArtPort"), 466 Piermont Avenue, Piermont, NY 10968 is owned 82.5% by both of Nancy Loving and David Hinkelman jointly and 17% by an investor. David Hinkelman, agrees to transfer all his interests ( 41.25%) to Nancy Loving. All interests therein will be transferred to Nancy Loving. Nancy will then execute a side letter stating that she has granted 20% of the her ownership interest in ArtPort, (i.e., no voting interest) to William David Hinkelman. To clarify, what is being transferred by the side letter is 20% of Nancy Loving's interest in Artport which is now 82.5% and at time of transfer it maybe different, and the 20% will be granted based on her total equity in the company, not 20% of all the equity in ArtPort. By doing so, David Hinkelman will not and do not become a third party beneficiary of the ArtPort operating agreement in any way, nor will I have any direct claim against ArtPort.

At present, William David Hinkelman owns 50% of Lift Strategic Partners LLC, having offices at 991 Post Road East, Ste. 102 Westport, CT 06880, ("Lift Strategic Partners). David Hinkelman hereby, on August 1, 2018, grants Nancy Loving 20% of his 50% interests in Lift Strategic Partners, (i.e., no voting interest). David will execute a side letter stating that he has granted 20% of the his full economic interest (i.e., no voting interest) in his ownership interest to Nancy Loving. William David Hinkelman will execute a side letter to his operating agreement stating that Nancy Loving has been granted 20% of the his full economic interest (i.e., no voting interest) in his ownership interest of Lift Strategic Partners. By doing so, Nancy will not and do not become a third party beneficiary of the Operating Agreement in any way, nor will she have any direct claim against Lift Strategic Partners. To clarify, what is being transferred by the side letter is 20% of David Hinkelman's interest in Lift Strategic Partners which is now 50% and at time of transfer it maybe different, and the 20% will be granted based on his total equity in the company, not 20% of all the equity in Lift Strategic Partners.

At present, David Hinkelman owns equity positions in each of Rockin & Roastin Coffee Inc. ("R&R") and Tolemi (formerly Opportunity Space Inc.) in an IRA. They are owned in an individual retirement account (the "IRA") in the name of (William David Hinkelman). I agree to give 50% of both Rockin and Roastin Coffee Inc. ("R&R") and Opportunity Space Inc. ("OS") interest of my equity stock (100%) to Nancy Loving. I agree that 50% of the value of the R&R and Tolemi (formerly Opportunity Space Inc.) equity, either by QDRO, if permitted, or by outright transfer of such equity (or the proceeds thereof) on a taxable basis to me, and, in any event, as determined by me in my sole discretion. I also have agreed to pay certain funds ( the obligation) to an IRA for the benefit of my estranged wife, Kathie Hinkelman. I may have to fund the IRA in either cash or of with a transfer with some or all of the R&R or OS equity. Until the stipulations are removed from my divorce, Nancy Loving does not, however, have the right to cause me in any way to liquidate such positions. If the foregoing accurately sets forth the agreement we have reached, please countersign below where indicated.

LOVING 0549

This Contract may not be modified in any manner unless in writing and signed by both Parties. This document and any attachments hereto constitute the entire agreement between the Parties. This Contract shall be binding upon the Parties, their successors, heirs and assigns and shall be enforced under the laws of the State of New York.

Signature _Nancy Loving_

Printed Name _Nancy Loving_

Address _674 Piermont Ave_

Date _8/2/18_

Signature _William D/L A.C._

Printed Name _William David Henderson_

Address _674 Piermont Ave Piermont NY_

Date _8/2/18_

LOVING 0550