| | |
|---|---|
| **From:** | walter Charnoff [wcharnoff@icloud.com] |
| **Sent:** | Saturday, June 15, 2019 8:18 AM |
| **To:** | Nancy Loving |
| **Cc:** | neil@nijlaw.com; Ian Hicks; davidhinkelman@icloud.com |
| **Subject:** | Re: Final Checklist for Art Shipment |

Nancy

My last email accidentally sent before complete. See the edited and completed email below.

You are aware that I did not take a photo of Red Chair 1979 or of all 14 paintings in the bound journal I purchased. I trusted you when I made the purchase and you were supposed to send me photos of everything shortly after my selecting the items.

The fact that I don't have a photo does not give you the right to switch the red chair painting or short me on the journal.

My belief is you sold red chair 1979 to someone else. My belief is you also unbound the journal to sell three of my paintings.

The other possibility is simply that you did not carefully store my items and the journal was damaged and red chair 1979 and my journal paintings were mixed with your other inventory.

Both scenarios are not good.

I will not accept the painting you are trying to substitute for red chair 1979. I remember when you tried to sell me that painting in addition to the one I purchased. I told you that not only did I not like the painting itself, but I also did not like how the paint wrinkled the paper when it dried.

In an effort to end the conflict, get my paintings, and move on with my life I make the following offer:

1. You keep the red chair painting you are trying to substitute 2. You take the $1800 I paid for red chair 1979 and use it for the $1500 you claim I owe (which I still dispute and am not acknowledging liability by making this offer) and use the extra $300 to insure my paintings for shipment.
3. You ship me all of the rest of my paintings, shipped professionally and insured and delivered with 30 days after July 4,2019.
4. Once I receive the rest of my paintings in the condition I purchased them in I let all other issues go including the missing journal paintings but with the exception of you helping me procure Harold's signature on unsigned paintings.
5. You also let all other issues go and we both move on with our lives.

This offer is only good if accepted by 5 pm EDT on Monday

This offer is only good if all 5 items above are all agreed to and executed on.

I reserve all my rights.

Respectfully,

Wally Charnoff
Sent from my iPhone

1

LOVING 0188