**From:** Sara Belisle sara.belisle@maine.edu
**Subject:** Garde delivery
**Date:** February 12, 2019 at 8:47 AM
**To:** Nancy Loving nancy.artsuiteny@gmail.com, Aly St. Pierre aly.artsuiteny@gmail.com



Good morning,

I wanted to let you know that we have received the final delivery of Harold Garde works from Keith this morning. There were 20 pieces in this delivery, plus the 4 from Belfast last week and the 13 in the first delivery in November. This makes a total of 37 works loaned to the UMMA. The 38 listed on the loan agreement was a mistake on my part that included the missing piece from Belfast, *Head to Head.*

Please let me know when you have received this email and acknowledge the amount of works we are supposed to have in our possession.

Aly, I look forward to speaking with you tomorrow if you are still free to do so. Let me know when in the day is a good time for you and I will make sure to be available.

Thank you and best regards,
Sara

--
Sara Belisle
Registrar
University of Maine Museum of Art
40 Harlow St.
Bangor, ME 04401
sara.belisle@maine.edu