IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 19-cv-2381-LTB-MEH

WALTER CHARNOFF,

    Plaintiff,

v.

NANCY LOVING d/b/a ARTSUITE NY;
STUDIO 41, LLC;
DAVID HINKELMAN;
ISP HOLDINGS, INC.;
ALICIA ST. PIERRE; and
MARTIN ST. PIERRE,

    Defendants.

___

# ORDER
___

IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion to Supplement Response to ISP Holdings, Inc., Alicia St. Pierre, and Martin St. Pierre's (collectively "the Moving Defendants") Motion to Dismiss for Lack of Jurisdiction with Newly Disclosed Evidence [Doc #100] is GRANTED; and

2. The Moving Defendants may address the probative value of the subject evidence in their reply to their Motion to Dismiss which is presently being held in

1

abeyance.

Dated: May 28, 2020 in Denver, Colorado.

                                                                  BY THE COURT:

                                                                  s/Lewis T. Babcock
                                                             LEWIS T. BABCOCK, JUDGE