IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-2381-LTB-MEH | Date: | June 17, 2020 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

<u>*Parties:*</u>                                                              <u>*Counsel:*</u>

WALTER CHARNOFF,                                         Ian Hicks

   Plaintiff,

v.

NANCY LOVING, et al.,                                        Elizabeth Getches

   Defendant.

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**     2:03 p.m.

Court calls case. Appearances of counsel by telephone. The parties discuss their discovery disputes with the Court's rulings made on the record.

Discussion held regarding the Plaintiff's request for financial records and other related documents.

The parties acknowledge they were unaware of the Order entered by the presiding judge, Judge Lewis T. Babcock, which grants in part and denies in part [ECF 66] *Plaintiff's Motion for Leave to Amend to Add Claim for Exemplary Damages*. The Court believes the Order may have an impact on the discovery disputes discussed on the record in today's hearing and directs the parties to review the order and enter motions regarding said disputes if needed.

**Court in recess:**     2:31 p.m.     Hearing concluded.
Total in-court time:   00:28

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.