IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| Civil Action No: | 19-cv-2381-LTB-MEH | Date: | July 14, 2020 |
|---|---|---|---|
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

WALTER CHARNOFF,                       Ian Hicks

   Plaintiff,

v.

NANCY LOVING, et al.,                   Elizabeth Getches
                                        Thomas Wagner

   Defendant.

**COURTROOM MINUTES
DISCOVERY CONFERENCE**

**Court in session:** 2:14 p.m.

Court calls case. Appearances of counsel by telephone. The parties discuss discovery disputes with the Court's rulings made on the record.

**ORDERED:** The St. Pierre defendants shall file their Motion to Stay on or before **Monday, July 20, 2020**, as stated on the record.

**Court in recess:** 3:21 p.m.    Hearing concluded.
Total in-court time: 01:07

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.