IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-2381-LTB-MEH | Date: | September 3, 2020 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

*Parties:*                                                *Counsel:*

WALTER CHARNOFF,                          Ian Hicks

   Plaintiff,

v.

NANCY LOVING, et al.,                         Elizabeth Getches
                                                                    Thomas Wagner

   Defendant.

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**      2:07 p.m.

Court calls case. Appearances of counsel by telephone. The parties discuss discovery disputes with the Court's rulings made on the record.

Discussion held regarding dates and availability for the depositions of Defendants Alicia St. Pierre, Martin St. Pierre, and ISP Holdings, Inc. The parties mutually agree to hold the complete the depositions on September 16-17, 2020 and the Court will extend the Discovery Deadline to September 30, 2020.

Discussion held regarding the expert disclosure of Defendant Nancy Loving. The Defendant shall supplement the disclosure as stated on the record.

Discussion held regarding Plaintiff cancelling depositions on short notice due to complications with COVID-19 and the Plaintiff and his wife contracting the virus. The Defendants request remote depositions and Plaintiff states their Primary Care Physician has advised him not to participate for 40 days. The Court suggests a Stay of the case due to the delays in depositions with the parties notifying the Court they would like to proceed in the case. The parties agree to complete the depositions of Mr. and Mrs. Charnoff by September 30, 2020.

**ORDERED:**   The depositions of Alicia St. Pierre, Martin St. Pierre, and ISP Holdings, Inc. will be held on **September 16-17, 2020**.

> The Defendant shall supplement the expert disclosure of Nancy Loving as stated on the record.
>
> The depositions of the Plaintiff and his wife shall be completed, absent of a very specific order from a doctor, by the **September 30, 2020**.
>
> The Plaintiff's [ECF 138] *Motion for Extension of Time to Complete Discovery* is **GRANTED** to the extent as stated on the record.
>
> The Discovery Cutoff Deadline is extended to **September 30, 2020**. The Dispositive Motion Deadline is extended to **October 19, 2020**.

**It is further ORDERED by the Court, moving forward in this case, any cancellations necessary of proceedings due to any party's health will require proof to be provided to the Court.**

**Court in recess:**   **2:47 p.m.**   Hearing concluded.
Total in-court time:   00:40

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.