IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 19-cv-02381-LTB-MEH

WALTER CHARNOFF,

    Plaintiff,

v.

NANCY LOVING, d/ba ARTSUITE NY,
ART PORT, LLC,
STUDIO 41, LLC,
DAVID HINKELMAN,
MARTIN ST. PIERRE,
ALICIA ST. PIERRE, and
ISP HOLDINGS, INC,

    Defendants.

---

**ORDER**

---

This case is before me on the Recommendation of the Magistrate Judge that I grant the St. Pierre Defendants' Motion to Dismiss filed March 9, 2020 [Doc 77] pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction (Doc 141). Plaintiff has filed timely written objections (Doc 142). I therefore review the recommendation *de novo* upon review of the file and record in this matter. On *de novo* review, I conclude the recommendation is correct. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is accepted and the Motion to Dismiss pursuant to Fed.R.Civ.P 12(b)(2) for lack of personal jurisdiction (Doc 77) is **GRANTED** and this matter is dismissed as to Defendants Martin St. Pierre, Alicia St. Pierre, and ISP Holdings, Inc.

                                                  BY THE COURT:

                                                  *s/Lewis T. Babcock*
                                                  Lewis T. Babcock, Judge

DATED:   September 29, 2020