IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02381-LTB-MEH

WALTER CHARNOFF,

    Plaintiff,

v.

NANCY LOVING d/b/a ARTSUITE NY,
ARTPORT, LLC,
STUDIO 41, LLC, and
DAVID HINKELMAN,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 5, 2020.**

    Before the Court is Plaintiff's "Motion for Enlargement of Discovery Cutoff and to Modify Case Management Order" [filed September 30, 2020; ECF 144]. Plaintiff seeks to extend discovery by thirty days. However, Plaintiff has not conferred with the Defendants. Plaintiff states that he "will confer with all counsel, and update the instant Motion within 48 hours of this filing." Mot. at 1. Pursuant to D.C. Colo. LCivR 7.1(a), "counsel for the moving party . . . shall confer or make reasonable, good faith efforts to confer with any opposing counsel or unrepresented party" prior to filing a motion. Because Plaintiff has not complied with this requirement, the motion is **denied without prejudice**.