IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02831-LTB-MEH

Walter Charnoff,

       Plaintiff,

v.

Nancy Loving d/b/a Artsuite NY, Art Port,
LLC, Studio 41, LLC, David Hinkelman,
Martin St. Pierre, Alicia St. Pierre, and
ISP Holdings, Inc.,

       Defendants.

---

## AFFIDAVIT OF THOMAS WAGNER, ESQ.

---

I, Thomas H. Wagner, being duly sworn, state as follows:

1.      I am over the age of eighteen. I have personal knowledge of the matters below, and I would testify thereto if called on to do so.

2.      I am an attorney licensed to practice in Colorado. I currently practice at the Anderson Law Group in Salida, Colorado.

3.      I am counsel of record for now-dismissed Defendants Martin St. Pierre, Alicia St. Pierre, and ISP Holdings, Inc. (the "St. Pierre Defendants") in the above-captioned lawsuit.

4.      My hourly fee is $300.00. The hourly fee of my paralegal, Brandi Pugh, is $100.00. These hourly rates are based on the experience, training, area of work, and

prevailing hourly rates for similar attorneys and support staff in the relevant geographic area.

5.      As of the date of this Affidavit, the St. Pierre Defendants have incurred attorneys' fees in defending this matter in the amount of $28,235. All of the fees incurred by the St. Pierre Defendants were reasonably incurred in defense of the above-captioned action.

6.      Invoices from the Anderson Law Group describing the work performed on this matter are attached hereto. The invoices have been redacted to remove attorney-client privilege information, but unredacted invoices will be made available for in-camera review upon request by the Court.

7.      The total amount of fees incudes includes 93.9 hours of work by me and 0.65 hours of work by Ms. Pugh, whose time is reflected by her initials on the invoices.

8.      The fees incurred by the St. Pierre Defendants to defend this matter are reasonable based on the following analysis of the factors set forth in Colo. R.P.C. 1.5(a):

   a.      This matter required significant briefing on novel issues of personal jurisdiction, which required considerable legal skill to perform. Moreover, multiple discovery disputes required continued attention of counsel to fully protect the interests of the St. Pierre Defendants in this matter.

   b.      Acceptance of this matter precluded employment by counsel on other matters during the time spent researching and analyzing the issues in this case, drafting the relevant filings, communicating with

clients, appearing at telephone hearings and remote depositions of the parties.

c.   The hourly fee is reasonable based on hourly fees charged by attorneys with similar experience and training in the metro Denver area.

d.   The fees charged are reasonable based on the amount of damages sought by the plaintiff in this case, *i.e.*, approximately $400,000 and the results obtained, *i.e.*, complete dismissal of all claims against the St. Pierre Defendants.

e.   I graduated from the University of Denver Sturm College of Law in 2006. I received the Order of St. Ives, which is awarded to graduates in the top 10% of their graduating class. I spent one year as a judicial law clerk for U.S. District Court Judge Christine Arguello and I have practiced in the area of complex business and commercial litigation for large law firms for most of my career before my relocation to Salida, Colorado in late 2019. The fees charged in this case are reasonable based on my thirteen years of litigation experience with sophisticated matters with large law firms and one year of federal judicial clerkship experience.

f.   The attached invoices demonstrate that this matter was staffed as efficiently as possible with just one attorney and limited support staff.

All work that could be reasonably performed by staff was delegated to staff for completion at lower hourly rates.

9.      A separate bill of costs will be submitted in accordance with D.C.COLO.LCivR 54.1.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 12th day of October, 2020.

_____
Thomas H. Wagner

STATE OF COLORADO          )
                           ) ss.
COUNTY OF CHAFFEE          )

SUBSCRIBED, SWORN TO and Acknowledged before me this 12th day of October 2020, by Thomas H. Wagner, personally known to and appearing before me.

Witness my hand and official seal.

My commission expires  2 - 5 - 23  .

_____
Notary Public

BRANDI L PUGH
Notary Public
State of Colorado
Notary ID # 20194005193
My Commission Expires 02-05-2023

ATTACHMENT TO AFFIDAVIT OF THOMAS WAGNER, ESQ.

REDACTED ANDERSON LAW GROUP INVOICES

Anderson Law Group PC
7385 W US Hwy 50
Salida, CO 81201

Date:      2/29/2020

Regarding:   Art Port LLC
Invoice No:   06901

### Expenses

| Start Date | Description | Quantity | Price | Charges |
|------------|-------------|----------|-------|---------|
| 2/29/2020 | E-Filing Fees - 02/2020 | 1.00 | $10.00 | $10.00 |
| | | | Total Expenses | $10.00 |

Total New Charges                                          $10.00

Total Amount Due this Bil              $10.00

Anderson Law Group PC
7385 W US Hwy 50
Salida, CO 81201

Date:      3/31/2020

Regarding:    Art Port LLC
Invoice No:    06975

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 3/02/2020 | THW | Analyze complaint and prior filings in case in preparation to draft motion to dismiss and to develop theories for motion to dismiss; begin draft motion to dismiss. | 1.00 | $300.00 | $300.00 |
| 3/03/2020 | THW | Continue drafting motion to dismiss and development of defense theories. | 1.50 | $300.00 | $450.00 |
| 3/04/2020 | THW | Continue drafting and research for motion to dismiss, including issues relating to agency jurisdiction and alter ego. | 4.20 | $300.00 | $1,260.00 |
| 3/05/2020 | THW | Continue drafting and refinement of arguments regaring agency jurisdiction in motion to dismiss; begin drafting affidavits to attach to motion; email clients regarding ██████. | 5.20 | $300.00 | $1,560.00 |
| 3/06/2020 | THW | Continue revision and drafting of motion to dismiss; telephone call with M. and A. St. Pierre regarding ██████████████████████████, | 2.50 | $300.00 | $750.00 |
| 3/09/2020 | THW | Finalize motion to dismiss and related affidavits with clients; draft unopposed motion to restrict access to Investment Agreement; confer with counsel for co-defendants regarding █████████████████████████████████████████. | 2.80 | $300.00 | $840.00 |
| 3/19/2020 | THW | Analyze opposition to motion for leave to add exemplary damages claim filed by N. Loving and email clients regarding ██████. | 0.20 | $300.00 | $60.00 |
| 3/30/2020 | THW | Confer with opposing counsel regarding scheduling matters, including deadlines for discovery and expert disclosures. | 0.20 | $300.00 | $60.00 |

Total Fees      $5,280.00

## Expenses

| Start Date | Description | Quantity | Price | Charges |
|------------|-------------|----------|-------|---------|
| ██████████████████████████████████████ | | | | |

Total Expenses      ██████

Anderson Law Group PC

Total New Charges                                      $5,290.00

Total Amount Due this Bil          $5,290.00

Anderson Law Group PC
7385 W US Hwy 50
Salida, CO 81201

Date:    4/30/2020

Regarding:    Art Port LLC
Invoice No:    07055

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 4/14/2020 | THW | Analyze Plaintiff's reply in support of motion to add exemplary damages claim to complaint and consider need for response to same. | 0.30 | $300.00 | $90.00 |
| 4/20/2020 | THW | Confer with counsel for Loving regarding ████; exchange email with counsel for Charnoff regarding possible over-length briefs and jurisdictional discovery. | 0.30 | $300.00 | $90.00 |
| 4/21/2020 | THW | Begin analysis of response in opposition to motion to dismiss and exhibits attached thereto in preparation to draft reply in support of motion; email clients regarding ████. | 1.50 | $300.00 | $450.00 |
| 4/21/2020 | THW | Analyze motion for jurisdictional discovery filed by Charnoff and begin developing response arguments for same. | 0.30 | $300.00 | $90.00 |
| 4/24/2020 | THW | Begin drafting reply in support of motion to dismiss; analyze order from court regarding Charnoff's motion for jurisdictional discovery and begin drafting response to same. | 0.50 | $300.00 | $150.00 |
| 4/29/2020 | THW | Telephone call with M. and A. St. Pierre regarding ████████████████; begin drafting response to motion for jurisdictional discovery. | 0.50 | $300.00 | $150.00 |
| 4/30/2020 | THW | Analyze case law in preparation to draft response to motion for jurisdictional discovery; begin drafting response brief and consider need for affidavit from clients to attach to same. | 3.00 | $300.00 | $900.00 |

Total Fees    $1,920.00

## Expenses

| Start Date | Description | Quantity | Price | Charges |
|---|---|---|---|---|
| 4/30/2020 | PACER Filing Fees - Jan-Mar 2020 | 1.00 | $29.50 | $29.50 |

Total Expenses    $29.50

Total New Charges    $1,949.50

Anderson Law Group PC

Total Amount Due this Bil          $1,949.50

Anderson Law Group PC
7385 W US Hwy 50
Salida, CO 81201

Date:    5/31/2020

Regarding:   Art Port LLC
Invoice No:   07115

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 5/01/2020 | THW | Continue drafting and refinement of response to motion for discovery; email M. and A. St. Pierre ▮▮▮▮ | 2.00 | $300.00 | $600.00 |
| 5/04/2020 | THW | Finalize and file response to motion for jurisdictional discovery; analyze unopposed motion for extension of discovery deadlines and court orders regarding same. | 1.20 | $300.00 | $360.00 |
| 5/05/2020 | THW | Analyze Charnoff's motion for leave to file reply to discovery motion; analyze order from court denying same; email M. and A. St. Pierre regarding ▮▮▮▮▮▮▮▮▮▮▮▮. | 0.40 | $300.00 | $120.00 |
| 5/06/2020 | THW | Analyze Charnoff's motion for leave to file supplement to response to motion to dismiss and begin developing response to same. | 0.30 | $300.00 | $90.00 |
| 5/07/2020 | THW | Telephone call and email exchange with counsel for the Loving Defendants regarding ▮▮▮▮▮▮▮▮▮▮▮▮; analyze and respond to email from opposing counsel regarding supplement to motion to dismiss briefing. | 0.40 | $300.00 | $120.00 |
| 5/11/2020 | THW | Telephone call with M. and A. St. Pierre regarding ▮▮▮▮▮▮▮▮▮▮▮▮; draft opposition brief to motion to supplement. | 0.50 | $300.00 | $150.00 |
| 5/12/2020 | THW | Continued conferral with opposing counsel regarding motion to dismiss and motion for jurisdictional discovery; finalize and file opposition to motion for supplement filed by Charnoff. | 0.40 | $300.00 | $120.00 |
| 5/13/2020 | THW | Analyze reply in support of motion for leave to supplement filed by Charnoff and consider need for surreply to same. | 0.20 | $300.00 | $60.00 |
| 5/28/2020 | THW | Analyze court orders regarding motion for jurisdictional discovery and motion to supplement; draft email to clients ▮▮▮▮▮. | 0.30 | $300.00 | $90.00 |

| | Total Fees | $1,710.00 |
|--|-----------|-----------|

Anderson Law Group PC

Total New Charges                                         $1,710.00

Total Amount Due this Bil        $1,710.00

Anderson Law Group PC
7385 W US Hwy 50
Salida, CO 81201

Date:    6/30/2020

Regarding:   Art Port LLC
Invoice No:   07190

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 6/02/2020 | THW | Analyze jurisdictional discovery requests received from Charnoff and begin developing responses and objections to same. | 0.50 | $300.00 | $150.00 |
| 6/04/2020 | THW | Draft email to M. and Aly St. Pierre regarding ██████████ ██████████. | 0.20 | $300.00 | $60.00 |
| 6/12/2020 | THW | Analyze order from court regarding discovery conference for other parties in lawsuit and confer with counsel regarding same; exchange email with Charnoff's counsel regarding depositions and objections to same. | 0.30 | $300.00 | $90.00 |
| 6/15/2020 | THW | Confer with opposing counsel regarding request for depositions of M. and A. St. Pierre; email clients regarding ██████████ ████. | 0.20 | $300.00 | $60.00 |
| 6/16/2020 | THW | Analyze email from opposing counsel regarding request for deposition and participation in discovery conference. | 0.20 | $300.00 | $60.00 |
| 6/17/2020 | THW | Analyze order from court regarding Charnoff's motion to add exemplary damages claims; respond to email from opposing counsel regarding request for depositions; exchange email with counsel for N. Loving regarding ██████████ ███. | 0.30 | $300.00 | $90.00 |
| 6/23/2020 | THW | Telephone call with counsel for Loving regarding ██████████; analyze Charnoff's motion to supplement and email clients ██████. | 0.50 | $300.00 | $150.00 |
| 6/24/2020 | THW | Analyze bank statement and K-1 documents received from clients and exchange email ██████████. | 0.20 | $300.00 | $60.00 |
| 6/25/2020 | THW | Revise discovery responses to Charnoff's jurisdictional discovery requests and email clients regarding ██████████. | 0.20 | $300.00 | $60.00 |
| 6/30/2020 | THW | Analyze emails from clients and additional documents regarding ██████████ ██████; exchange email with court regarding disocvery conference. | 0.30 | $300.00 | $90.00 |

Anderson Law Group PC

| | |
|---|---|
| Total Fees | $870.00 |

| | |
|---|---|
| Total New Charges | $870.00 |
| Total Amount Due this Bil | $870.00 |

Anderson Law Group PC
7385 W US Hwy 50
Salida, CO 81201

Date:   7/31/2020

Regarding:   Art Port LLC
Invoice No:   07264

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 7/02/2020 | BLP | Redact Bank Documents to show only relevant transactions | 0.25 | $100.00 | $25.00 |
| 7/06/2020 | THW | Exchange email with opposing counsel regarding confidential treatment of ISP Holding bank documents. | 0.20 | $300.00 | $60.00 |
| 7/10/2020 | THW | Begin drafting position statement for upcoming discovery conference regarding depositions; analyze case law regarding protective orders in preparation for oral argument at conference. | 1.00 | $300.00 | $300.00 |
| 7/13/2020 | THW | Finalize statement regarding deposition discovery dispute for court in preparation for discovery conference tomorrow; exchange email with Charnoff's counsel regarding jurisdictional discovery responses and document production. | 1.00 | $300.00 | $300.00 |
| 7/14/2020 | THW | Prepare for and participate in telephone hearing regarding discovery dispute with Magistrate Judge; begin analysis of legal authorities on motion for stay of depositions per Judge's order. | 2.40 | $300.00 | $720.00 |
| 7/16/2020 | THW | Begin drafting motion for stay and/or protective order per request of court. | 1.00 | $300.00 | $300.00 |
| 7/17/2020 | THW | Continue drafting motion to stay depositions per request of court; email clients regarding ▇▇▇▇▇. | 0.50 | $300.00 | $150.00 |
| 7/21/2020 | THW | Telephone call with M. St. Pierre regarding ▇▇▇▇▇. | 0.20 | $300.00 | $60.00 |
| 7/24/2020 | THW | Analyze and respond to email from opposing counsel regarding discovery issues, including document redactions. | 0.20 | $300.00 | $60.00 |
| 7/27/2020 | THW | Exchange email with opposing counsel regarding discovery issues; telephone call with counsel for Nancy Loving regarding ▇▇▇▇▇. | 0.20 | $300.00 | $60.00 |
| 7/28/2020 | THW | Analyze motion to compel filed by Charnoff against other defendants in case and consider need for response to same; analyze Charnoff's response to St. Pierre Motion for Protective order and begin drafting reply in support of same. | 0.50 | $300.00 | $150.00 |
| 7/29/2020 | THW | Draft reply in support of motion for protective order. | 1.00 | $300.00 | $300.00 |
| | | | | Total Fees | $2,485.00 |

Anderson Law Group PC

### Expenses

| Start Date | Description | Quantity | Price | Charges |
|---|---|---|---|---|
| 7/31/2020 | PACER Filing Fees - Apr-June 2020 | 1.00 | $19.20 | $19.20 |
| | | Total Expenses | | $19.20 |

Total New Charges $2,504.20

Total Amount Due this Bil $2,504.20

Anderson Law Group PC
7385 W US Hwy 50
Salida, CO 81201

Date:    8/31/2020

Regarding:   Art Port LLC
Invoice No:   07351

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 8/05/2020 | THW | Analyze order denying motion for stay of discovery and begin developing response to same, including possible objection to district judge; analyze Charnoff's supplement to response to motion to dismiss and begin developing reply arguments for motion to dismiss. | 0.70 | $300.00 | $210.00 |
| 8/07/2020 | THW | Exchange email with opposing counsel regarding deposition dates and exchange of discovery responses; continue drafting reply in support of motion to dismiss. | 1.00 | $300.00 | $300.00 |
| 8/10/2020 | THW | Telephone calls with clients and counsel for other defendants regarding case status and upcoming depositions; continue drafting reply in support of motion to dismiss. | 2.50 | $300.00 | $750.00 |
| 8/11/2020 | THW | Telephone calls with M. and A. St. Pierre regarding ██████████████████████████████ ████████████████ ; exchange email with counsel for Charnoff regarding settlement. | 0.70 | $300.00 | $210.00 |
| 8/12/2020 | THW | Exchange email with opposing counsel regarding possible settlement and release of claims against Studio 41; telephone call with clients regarding ████ . | 0.40 | $300.00 | $120.00 |
| 8/13/2020 | THW | Confer with opposing counel regarding depositions and scheduling matters; draft email to chambers notifying the court of the discovery dispute regarding the St. Pierre Defendants' depositions; begin analysis of Charnoff Bankruptcy Court filings and analysis of possible defense to claims based on ████████████ ████████████ ; telephone call with counsel for co-defendants regarding ████████████ . | 2.50 | $300.00 | $750.00 |
| 8/14/2020 | THW | Analyze emails from opposing counsel and counsel for other defendants regarding timing of depositions and motion for protective order regarding same. | 0.20 | $300.00 | $60.00 |
| 8/17/2020 | THW | Continue drafting reply in support of motion to dismiss; continue research and analysis of legal authorities to support reply arguments. | 4.50 | $300.00 | $1,350.00 |
| 8/18/2020 | BLP | Proofread, Prep and File Reply in supprot of Motion to Dismiss | 0.40 | $100.00 | $40.00 |
| 8/18/2020 | THW | Continue revision and refinement of reply insupport of | 1.00 | $300.00 | $300.00 |

Anderson Law Group PC

motion to dismiss; prepare same for filing.

| | | | | | |
|---|---|---|---|---|---|
| 8/24/2020 | THW | Attend deposition of N. Loving and draft email ▊ ███████ . | 5.00 | $300.00 | $1,500.00 |
| 8/25/2020 | THW | Attend deposition of ArtPort LLC and email ████████ ; telephone call with clients regarding ██████████ . | 5.00 | $300.00 | $1,500.00 |
| 8/26/2020 | THW | Attend deposition of D. Hinkelman and email ██████ . | 5.00 | $300.00 | $1,500.00 |
| 8/31/2020 | THW | Telephone call with counsel for Art Port regarding ██████ ████████████████ ; analyze order regarding plaintiff's motion to compel additional documents from Art Port. | 0.30 | $300.00 | $90.00 |

Total Fees                $8,680.00

## Expenses

| Start Date | Description | Quantity | Price | Charges |
|---|---|---|---|---|
| 8/31/2020 | Copier Fees  B&W - Aug 2020 | 17.00 | $0.20 | $3.40 |
| 8/31/2020 | E-Filing Fees - Aug 2020 | 1.00 | $15.00 | $15.00 |

Total Expenses                $18.40

Total New Charges                $8,698.40

Total Amount Due this Bil                $8,698.40

Anderson Law Group PC
7385 W US Hwy 50
Salida, CO 81201

Date:     9/30/2020

Regarding:   Art Port LLC
Invoice No:   07426

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 9/01/2020 | THW | Email clients regarding ████████ ████████████████████. | 0.20 | $300.00 | $60.00 |
| 9/02/2020 | THW | Draft email to court regarding discovery dispute in preparation for telephone conference with court; telephone call with clients regarding ████████. | 0.30 | $300.00 | $90.00 |
| 9/03/2020 | THW | Prepare for and participate in telephone discovery conference with court; email clients regarding ████ analyze court order regarding same. | 1.10 | $300.00 | $330.00 |
| 9/08/2020 | THW | Email clients regarding ████████████; analyze order recommending dismissal. | 0.30 | $300.00 | $90.00 |
| 9/09/2020 | THW | Telephone call with clients regarding ████████████████████. | 0.30 | $300.00 | $90.00 |
| 9/14/2020 | THW | Exchange emails ████████ opposing counsel regarding possible cancellation of client depositions. | 0.20 | $300.00 | $60.00 |
| 9/21/2020 | THW | Telephone call with A. St. Pierre regarding ██████████████████ exchange email with opposing counsel regarding depositions. | 0.30 | $300.00 | $90.00 |
| 9/23/2020 | THW | Analyze Plaintiff's objection to magistrate recommendation and begin drafting response to same; exchange email with M. St. Pierre regarding ████████. | 1.50 | $300.00 | $450.00 |
| 9/24/2020 | THW | Continue drafting response to Plaintiff's objection to magistrate judge recommendation; conduct research of cases cited plaintiff and development of response arguments. | 4.00 | $300.00 | $1,200.00 |
| 9/25/2020 | THW | Continue drafting response to plaintiff's objection to magistrate judge recommendation and analysis of case law regarding same. | 1.50 | $300.00 | $450.00 |
| 9/28/2020 | THW | Prepare for deposition of W. Charnoff, including review of pleadings and prior discovery responses; continue drafting and revision of response to Plaintiff's objection to recommendation to dismiss. | 1.00 | $300.00 | $300.00 |
| 9/29/2020 | THW | Attend deposition of plaintiff. | 5.00 | $300.00 | $1,500.00 |
| 9/30/2020 | THW | Telephone call with clients regarding ████████. | 2.30 | $300.00 | $690.00 |

Anderson Law Group PC

██████████████████
█████████ ; conference call with court regarding
procedure for depositions of clients.

|  | Total Fees | $5,400.00 |
|---|---|---|

Total New Charges                                    $5,400.00

|  | Total Amount Due this Bil | $5,400.00 |
|---|---|---|

Anderson Law Group PC
7385 W US Hwy 50
Salida, CO 81201

Date:   10/12/2020

Regarding:   Art Port LLC
Invoice No:   07499

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 10/01/2020 | THW | Analyze deposition transcripts of prior depositions and participate in telephone call with clients ███ | 1.00 | $300.00 | $300.00 |
| 10/02/2020 | THW | Telephone calls with clients regarding ███ ███ defend client depositions. | 4.00 | $300.00 | $1,200.00 |
| 10/08/2020 | THW | Continue drafting motion for attorneys' fees to address tort verus contract issues and reasonableness of amount. | 1.00 | $300.00 | $300.00 |
| 10/09/2020 | THW | Draft affidavit in support of request for attorneys' fees and email clients ███ | 0.30 | $300.00 | $90.00 |
| | | | | Total Fees | $1,890.00 |

Total New Charges

$1,890.00

Total Amount Due this Bil   $1,890.00