# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-2381-MEH-REB

WALTER CHARNOFF

    Plaintiff,

v.

NANCY LOVING d/b/a ARTSUITE NY, et al.

    Defendants.

---

**PROPOSED ORDER RE: PLAINTIFF'S MOTION TO DISQUALIFY COUNSEL FOR DEFENDANTS NANCY LOVING, ARTPORT, LLC, STUDIO 41, LLC, AND DAVID HINKELMAN AND REQUEST FOR EVIDENTIARY HEARING**

---

    The Court has reviewed Plaintiff's Motion to Disqualify, the supporting exhibits, the Response, and any Reply, and any evidence submitted at an evidentiary hearing. Based on that review, the Court finds that disqualification is proper, and grants the Motion.

    **By:** _____

    **Date:** _____