

October 15, 2020

**VIA EMAIL: ian@ithlaw.com**
Ian T. Hicks
The Law Office of Ian T. Hicks LLC
6000 E. Evans Ave.
Bldg. 1, Ste. 360
Denver, CO  80222

    Re:  Your Conferral regarding Motion to Disqualify

Dear Ian:

You and your client have known that I previously represented Walter Charnoff and/or his company since I became involved in this case in August of 2019.  For months, you have questioned my involvement in this case, claimed that I have various conflicts of interest, an ethical obligation to withdraw, and cited to the rules of professional conduct.  You have already raised my alleged conflicts of interest with Judge Hegarty.  Now, after a year of litigating this case and after discovery has closed you are seeking to disqualify me.

You specifically claim that I previously learned, and am now using, confidential information regarding Mr. Charnoff.  This is false.  The case in which I was involved with Mr. Charnoff at my prior firm (Moye White) was an employment dispute where the Plaintiff alleged Mr. Charnoff breached his agreement to pay him wages and assaulted him with his laptop.  That case, which public records show was filed in 2014, does not involve the same or substantially related matters, issues, or facts as the instant case where your client is suing my clients over the (alleged) failure to deliver art he purchased.  I do not recall the details of how the employment case was resolved but Mr. Charnoff recently testified that it settled.  I left my prior firm, Moye White, in November 2016 and have not represented Mr. Charnoff or his companies since joining my new firm, Shoemaker, Ghiselli + Schwartz.

To date, you have identified the following as "confidential information" you believe I have obtained: property and asset information a private investigator obtained to prove residence, domicile and jurisdiction (as we were ordered to do by the Court pursuant to an Order to Show Cause), Charnoff's prior litigation history (obtained by my paralegal for my deposition questioning), and the idea that Mr. Charnoff is "highly protective" of his wife (which you disclosed to me, not he).

In response, I have told you repeatedly that I do not have a conflict of interest, I also represented this to the Court during a discovery dispute call with Judge Hegarty two weeks ago. Finally, I called my counsel and have received guidance that I have no conflict of interest.

<span style="color:red">EXHIBIT 1</span>



Prior to filing your Motion to Disqualify, please identify each piece of confidential information you believe I obtained in 2014 as well as the "recent actions" during Mr. Charnoff's deposition which you believe justify your Motion, now, over a year into this litigation.

        Sincerely,

        *s/ Liza Getches*

        Liza Getches