NDISPO,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:14-cv-01251-REB-MJW

Taylor v. Charnoff et al
Assigned to: Judge Robert E. Blackburn
Referred to: Magistrate Judge Michael J. Watanabe
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 05/01/2014
Date Terminated: 10/15/2014
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Eric Taylor**                        represented by   **Charles Lee Mudd , Jr.**
                                                         Mudd Law Offices
                                                         3114 West Irving Park Road
                                                         Suite 1-W
                                                         Chicago, IL 60618
                                                         773-588-5410
                                                         Fax: 773-588-5440
                                                         Email: cmudd@muddlawoffices.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Elizabeth Brodzinski**
                                                         Mudd Law Offices
                                                         3114 West Irving Park Road
                                                         Suite 1-W
                                                         Chicago, IL 60618
                                                         773-588-5410
                                                         Fax: 773-588-5440
                                                         Email: lb@muddlaw.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Stephanie Margaret Solera**
                                                         Mudd Law Offices
                                                         3114 West Irving Park Road
                                                         Suite 1-W
                                                         Chicago, IL 60618
                                                         773-588-5410
                                                         Fax: 773-588-5440
                                                         Email: sms@muddlaw.com
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**                                            EXHIBIT 2

**Walter Charnoff**                    represented by   **Elizabeth H. Getches**
*an individual*                                          Shoemaker Ghiselli & Schwartz, LLC
                                                         1811 Pearl Street
                                                         Boulder, CO 80302

303-530-3452
Fax: 303-530-4071
Email: lgetches@sgslitigation.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Thomas Leach**
Carriere & Little, LLP
8001 South Interport Boulevard
Suite 310
Englewood, CO 80112
303-504-0155
Fax: 303-292-4510
Email: cleach@carrierelittle.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RentRange LLC**                     represented by   **Elizabeth H. Getches**
*a Colorado Limited Liability Company*                 (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Christopher Thomas Leach**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Cook**
*an inidividual*

**Counter Claimant**

**RentRange LLC**                     represented by   **Elizabeth H. Getches**
*a Colorado Limited Liability Company*                 (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Christopher Thomas Leach**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Walter Charnoff**                   represented by   **Elizabeth H. Getches**
*an individual*                                        (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Christopher Thomas Leach**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Eric Taylor**                             represented by   **Charles Lee Mudd , Jr.**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                           **Elizabeth Brodzinski**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Stephanie Margaret Solera**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2014 | 1 | COMPLAINT against Walter Charnoff, John Doe, RentRange LLC (Filing fee $ 400,Receipt Number 1082-3850925)Attorney Charles Lee Mudd, Jr added to party Eric Taylor(pty:pla), filed by Eric Taylor. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Civil Cover Sheet)(Mudd, Charles) (Entered: 05/01/2014) |
| 05/02/2014 | 2 | Case assigned to Judge Robert E. Blackburn and drawn to Magistrate Judge Michael J. Watanabe. Text Only Entry (sphil, ) (Entered: 05/02/2014) |
| 05/02/2014 | 3 | Magistrate Judge Consent Form issued pursuant to Local Rule. No summons issued. (sphil, ) (Entered: 05/02/2014) |
| 05/02/2014 | 4 | ORDER REFERRING CASE to Magistrate Judge Michael J. Watanabe, for non-dispositive motions.That pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this matter is referred to the assigned United States Magistrate Judge:(1) To convene a scheduling conference under Fed. R. Civ. P. 16(b), enter a Scheduling Order that satisfies the requirements of D.C.COLO.LCivR 16.2, and enter such orders as appropriate to enforce the Scheduling order and resolve discovery matters; provided, further that the scheduling conference, the Magistrate Judge shall advise the parties of Judge Blackburns practice standards found at www.cod.uscourts.gov.;(2) To hear and finally determine non-dispositive matters that have been referred, subject to the exceptions found in 28 U.S.C. § 636(b)(1)(A); and(3) To hear and make recommendations on dispositive matters that have been referred as defined in 28 U.S.C. § 636(b)(1)(A).Court sponsored alternative dispute resolution is governed by D.C.COLOLCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. By Judge Robert E. Blackburn on 5/2/14. Text Only Entry (rebsec) (Entered: 05/02/2014) |
| 05/02/2014 | 5 | ORDER Scheduling Conference set for 7/7/2014 10:30 AM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe, by Magistrate Judge Michael J. Watanabe on 5/2/2014. (emill) (Entered: 05/02/2014) |
| 06/05/2014 | 6 | STIPULATION *CONCERNING SERVICE OF PROCESS* by Plaintiff Eric Taylor. (Solera, Stephanie) (Entered: 06/05/2014) |
| 06/30/2014 | 7 | MINUTE ORDER The Scheduling Conference 7/7/2014 10:30 AM is vacated. Scheduling Conference reset for 7/29/2014 03:00 PM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. By Magistrate Judge Michael J. Watanabe on 6/30/2014. (emill) (Entered: 06/30/2014) |
| 06/30/2014 | 8 | NOTICE of Entry of Appearance by Elizabeth Brodzinski on behalf of All Plaintiffs |

| | | |
|---|---|---|
| | | Attorney Elizabeth Brodzinski added to party Eric Taylor(pty:pla) (Brodzinski, Elizabeth) (Entered: 06/30/2014) |
| 06/30/2014 | 9 | Stipulated MOTION to Reset *Scheduling Conference Date* by Plaintiff Eric Taylor. (Brodzinski, Elizabeth) (Entered: 06/30/2014) |
| 07/01/2014 | 10 | MEMORANDUM regarding 9 Stipulated MOTION to Reset Scheduling Conference Date filed by Eric Taylor. Motions referred to Magistrate Judge Michael J. Watanabe. By Judge Robert E. Blackburn on 7/1/14. Text Only Entry (kfinn) (Entered: 07/01/2014) |
| 07/01/2014 | 11 | MINUTE ORDER denying as moot 9 Stipulated Motion to Reschedule SchedulingConference. By Magistrate Judge Michael J. Watanabe on 7/1/2014.(klyon, ) (Entered: 07/01/2014) |
| 07/03/2014 | 12 | NOTICE of Entry of Appearance by Elizabeth Harris Getches on behalf of Walter Charnoff, RentRange LLCAttorney Elizabeth Harris Getches added to party Walter Charnoff(pty:dft), Attorney Elizabeth Harris Getches added to party RentRange LLC(pty:dft) (Getches, Elizabeth) (Entered: 07/03/2014) |
| 07/03/2014 | 13 | NOTICE of Entry of Appearance by Christopher Thomas Leach on behalf of Walter Charnoff, RentRange LLCAttorney Christopher Thomas Leach added to party Walter Charnoff(pty:dft), Attorney Christopher Thomas Leach added to party RentRange LLC(pty:dft) (Leach, Christopher) (Entered: 07/03/2014) |
| 07/08/2014 | 14 | ANSWER to 1 Complaint, , COUNTERCLAIM against Eric Taylor by RentRange LLC, Walter Charnoff.(Getches, Elizabeth) (Entered: 07/08/2014) |
| 07/11/2014 | 15 | Unopposed MOTION for Leave to Appear *by Telephone for Scheduling Conference* by Plaintiff Eric Taylor, Counter Defendant Eric Taylor. (Brodzinski, Elizabeth) (Entered: 07/11/2014) |
| 07/11/2014 | 16 | MEMORANDUM regarding 15 Unopposed MOTION for Leave to Appear *by Telephone for Scheduling Conference* filed by Eric Taylor. Motions referred to Magistrate Judge Michael J. Watanabe, by Judge Robert E. Blackburn on 7/11/14. Text Only Entry (rebsec) (Entered: 07/11/2014) |
| 07/11/2014 | 17 | MINUTE ORDER granting 15 Plaintiff's Unopposed Motion for Leave to Appear byTelephone for Scheduling Conference. By Magistrate Judge Michael J. Watanabe on 7/11/2014.(klyon, ) (Entered: 07/11/2014) |
| 07/22/2014 | 18 | Proposed Scheduling Order by Plaintiff Eric Taylor, Counter Defendant Eric Taylor. (Brodzinski, Elizabeth) (Entered: 07/22/2014) |
| 07/29/2014 | 19 | COURTROOM MINUTES/MINUTE ORDER for proceedings held before Magistrate Judge Michael J. Watanabe: Scheduling Conference held on 7/29/2014. Discovery due by 2/25/2015. Dispositive Motions due by 3/25/2015. Court Reporter: FTR - E. E. Miller. FTR: Courtroom A502. (emill) (Entered: 07/29/2014) |
| 07/29/2014 | 20 | SCHEDULING ORDER: Entered by Magistrate Judge Michael J. Watanabe on 7/29/2014. (emill) (Entered: 07/29/2014) |
| 07/29/2014 | 22 | DUPLICATE SCHEDULING ORDER: by Magistrate Judge Michael J. Watanabe on 7/29/2014. (trlee, ) Modified on 8/1/2014 to reflect that this is a duplicate entry , see 20 (trlee, ). (Entered: 07/30/2014) |
| 07/30/2014 | 21 | TRIAL PREPARATION CONFERENCE ORDER: Proposed Pretrial Order due by 6/5/2015. Final Pretrial Conference and Trial Preparation Conference are set 6/15/2015 10:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. Four (4) day Jury Trial |

| | | |
|---|---|---|
| | | set 6/29/2015 08:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 7/29/14. (rebsec) (Entered: 07/30/2014) |
| 08/12/2014 | 23 | *Counter-Defendant Eric Taylor's* ANSWER/REPLY to 14 Answer to Complaint, Counterclaim *and Affirmative Defenses* by Eric Taylor.(Mudd, Charles) (Entered: 08/12/2014) |
| 08/29/2014 | 24 | MOTION for Leave to *Amend* 1 Complaint, by Plaintiff Eric Taylor. (Attachments: # 1 Exhibit Amended Complaint)(Mudd, Charles) (Entered: 08/29/2014) |
| 09/02/2014 | 25 | MEMORANDUM regarding 24 MOTION for Leave to *Amend* 1 Complaint, filed by Eric Taylor. Motions referred to Magistrate Judge Michael J. Watanabe, by Judge Robert E. Blackburn on 9/2/14. Text Only Entry (rebsec) (Entered: 09/02/2014) |
| 09/02/2014 | 26 | MINUTE ORDER granting 24 Motion for Leave to file amended complaint, by Magistrate Judge Michael J. Watanabe on 9/2/2014.(trlee, ) (Entered: 09/02/2014) |
| 09/02/2014 | 27 | AMENDED COMPLAINT against All Defendants, filed by Eric Taylor.(trlee, ) (Entered: 09/02/2014) |
| 09/17/2014 | 28 | ANSWER to 27 Amended Complaint by RentRange LLC, Walter Charnoff. COUNTERCLAIM against Eric Taylor by RentRange LLC, Walter Charnoff. (Getches, Elizabeth) (Entered: 09/17/2014) |
| 09/24/2014 | 29 | *Amended* ANSWER to 27 Amended Complaint , Amended COUNTERCLAIM against Eric Taylor by RentRange LLC, Walter Charnoff.(Getches, Elizabeth) (Entered: 09/24/2014) |
| 10/14/2014 | 30 | STIPULATION to Dismiss *with prejudice* by Plaintiff Eric Taylor, Defendants Walter Charnoff, RentRange LLC. (Getches, Elizabeth) Modified filers on 10/15/2014 (alowe). (Entered: 10/14/2014) |
| 10/15/2014 | 31 | ORDER OF DISMISSAL: The 30 Stipulation of Dismissal with prejudice is APPROVED. This action is DISMISSED WITH PREJUDICE with the parties to pay their attorney fees and costs. By Judge Robert E. Blackburn on 10/15/2014. (alowe) (Entered: 10/15/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/09/2020 08:43:03 | | | |
| **PACER Login:** | ianhicks:4889209:0 | **Client Code:** | Charnoff |
| **Description:** | Docket Report | **Search Criteria:** | 1:14-cv-01251-REB-MJW |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |