# Ian Hicks

| | |
|---|---|
| **From:** | Liza Getches <lgetches@sgslitigation.com> |
| **Sent:** | Tuesday, August 4, 2020 11:56 AM |
| **To:** | Ian Hicks; Keely Carraway; Carrie Mumma |
| **Cc:** | Sarah Lee |
| **Subject:** | Walter Charnoff and Brande Charnoff Deposition |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Ian,

I need to have confirmation about Charnoff's deposition by Thursday evening so that I have time to adequately prepare. In the meantime, please provide the doctors note that states he cannot appear for a video deposition without two negative COVID tests.

We would also like to depose Brande Charnoff – please let me know when she is available for a deposition during the third week of August. Please also let me know whether it will be video or in-person.

Thank you,

**Liza Getches**
**SHOEMAKER GHISELLI + SCHWARTZ LLC**
**1811 Pearl Street**
**Boulder, Colorado  80302**
**(303) 530-3452**
**(303) 530-4071 (fax)**
lgetches@sgslitigation.com



EXHIBIT 7

# Ian Hicks

| | |
|---|---|
| **From:** | Liza Getches <lgetches@sgslitigation.com> |
| **Sent:** | Tuesday, August 4, 2020 10:32 AM |
| **To:** | Ian Hicks; Jason A. Zimmerman |
| **Cc:** | Keely Carraway; Carrie Mumma |
| **Subject:** | RE: Charnoff - Conferral, Settlement, & Depositions |

Ian,

- Identify the "potentially dispositive documents" disclosed the day after Mr. Charnoff filed a response.
- Year old documents are not still being produced and the photographs produced last week were identical to the photographs produced months ago, albeit with time stamps.
- Email communications between the Defendants have nothing to do with your claims. Can you explain how they do?
- You realize the non-party at fault statute would not apply to this action, don't you?
- I asked for Studio 41's 30(b)(6) topics months ago, please provide it.
- I can't imagine what knowledge or facts Amy and Keith Garde have to Mr. Charnoff's art purchases – what is the reasoning for deposing them other than an attempt to disparage Ms. Loving - or create division between she and the Gardes?

Liza

**Liza Getches**
**SHOEMAKER GHISELLI + SCHWARTZ LLC**
**1811 Pearl Street**
**Boulder, Colorado 80302**
**(303) 530-3452**
**(303) 530-4071 (fax)**
lgetches@sgslitigation.com



**From:** Ian Hicks <Ian@ithlaw.com>
**Sent:** Monday, August 3, 2020 5:30 PM
**To:** Jason A. Zimmerman <Jason.Zimmerman@gray-robinson.com>; Liza Getches <lgetches@sgslitigation.com>
**Cc:** Keely Carraway <keely@ithlaw.com>; Carrie Mumma <carrie@ithlaw.com>
**Subject:** Charnoff - Conferral, Settlement, & Depositions
**Importance:** High

Dear Counsel,

While we are hopeful that we can reach a settlement with Studio 41 LLC, at this time the risk is simply too great to my client to agree to a settlement without completing discovery and depositions.

Had there been more transparency during discovery and less gamesmanship, perhaps we could have avoided this expense.  As a few minor examples, we twice had potentially dispositive documents disclosed the day after my client filed a response for which those documents were crucially important, and we are still having documents and photographs that are a year old or more being disclosed in the last few days of discovery, despite our requests being served in January of 2020.  Emails and communications between Garde/Studio 41 and Ms. Loving/Artport were requested, none were provided.

Then the St. Pierre Defendants file an affidavit saying Ms. St. Pierre had no business or personal relationship with Art Port, at the same time her LinkedIn profile and reams of articles online show that the is the and has been the director of sales for Artport.  Maybe these are all coincidences, I submit that is possible, but I can't trust there's not some set of facts or circumstances that'll roll out of its hole in the ground and then I am left holding the bag as Studio 41 is designated as a non-party at fault or some other parade of horribles reveals an August surprise.  Too many loose ends and I can't advise my client with all these unknowns.

In any event, we will need to take Amy and Keith Garde's depositions, if need be I can travel or do a video deposition, along with Studio 41's 30(b)(6) but that looks like it is being handled at the moment by Liza.  Please advise by Friday when they are available.  It is my goal to try and get these depositions within the same week or two in totality.

Thanks

Ian


The Law Office of Ian T Hicks, LLC
6000 East Evans Avenue
Building 1, Suite 360
Denver, CO  80222
(720) 216-1511
(303) 648-4169
ian@ithlaw.com