```
From:        walter Charnoff [wcharnoff@icloud.com]
Sent:        Tuesday, May 7, 2019 10:39 PM
To:          Nancy Loving
Cc:          davidhinkelman@icloud.com
Subject:     Re: amended art purchase
```

Nancy

I am relieved you finally intend to honor at least some of your end of the agreement. My position is crating was always Included. I am not in agreement that your absorbing the crating costs resolves all issues and I reserve any and all of my rights.

Please send me photos of all of the art and the free gifts ASAP so I can add them to my insurance policy.

I am assuming that, as you promised when I purchased the art , all of my art will remain insured by you at no cost to me until it is added to my policy, which I will work on within one business day of receiving the photos of the art. I have been asking for photos of the art for quite sometime and cannot insure the pieces without the photos.

I would also like the pictures for all art in advance of shipping so I can verify you are including all of the correct art inclusive of all of my gifts. The free gifts include but are not limited to the event posters, small framed and Not framed sketches, works on paper, tan vessels, and the large black and white two figure canvas.

Please remember all of my prints are artist proofs and say AP on them, so don't try to send me non-ap prints. And there were loose journal Paintings with the journal so make sure they are sent.

Also heads on table should be shipped directly to me at your cost when the museum display is over. Please don't have it shipped without shipping insurance.

I don't know if my insurance company will cover shipping insurance, so you should pick a shipper that offers insurance.

I believe the agreement was you were covering shipping insurance as part of the shipping costs,

Please send the photos and set up shipping ASAP. Even if you refuse to cover shipping insurance I would like to not delay shipping. I will lay out the shipping insurance cost, which price must be approved in advance by me, and seek Legal remedies for recovery of shipping insurance from you after shipping to avoid delays in receiving my art. In that case I would also seek Harold's help to recover the shipping insurance cost.

One outstanding issue is the unsigned art. After I receive the art I expect the promised assistance from you in getting Harold to agree to sign them. I will bring them to him myself. I would not have bought these pieces without your promise of future signature as the lack of signature may diminish the value.


Thanks

**EXHIBIT 8**

Wally
Sent from my iPhone

> On May 7, 2019, at 9:20 PM, Nancy Loving <artsuiteny@gmail.com> wrote: