**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   19-cv-2381-LTB-MEH

WALTER CHARNOFF

                Plaintiff,

      v.

NANCY LOVING, d/b/a ARTSUITE NY,
ARTPORT LLC,
STUDIO 41, LLC,
ALICIA ST. PIERRE,
MARTIN ST. PIERRE,
ISP HOLDINGS, INC., and
DAVID HINKELMAN

                Defendants.

---

**DECLARATION OF NANCY LOVING**

---

I, Nancy Loving, state as follows:

1.  I am over the age of eighteen. I have personal and firsthand knowledge of the facts contained in this Declaration and could and would testify competently thereto if called upon to do so.

2.  I am a member of ArtPort LLC, an entity through which I sell Harold Garde art. I sold art at my gallery, ArtSuite NY.

3.  Walter Charnoff saw all of the art he purchased while Mr. Charnoff was in my New York gallery or my Connecticut home office and while he was in my presence. He viewed all of the art at my gallery and my home, where I displayed

art.

4.  I am familiar with Harold Garde's painting "Red Chair." There is only one painting titled, Red Chair, 1979 that I have ever seen or showed to Mr. Charnoff painted by Harold Garde, and that painting was sold to and shipped to Mr. Charnoff.

5.  Certificates of authenticity are not provided to an art buyer until the art is in possession of the buyer.

6.  Mr. Charnoff has refused to accept the shipment of art, but I will provide a Bill of Sale when Mr. Charnoff accepts delivery of the art.

7.  Each of the journal paintings as well as free gifts have been delivered to Mr. Charnoff.

8.  I agreed to "help" Charnoff obtain Garde's signatures on his art and remain willing to request that Garde do so.

9.  I believe Harold Garde's art appreciated in value as I stated in my email to Mr. Charnoff and his wife, in large part due to museum acquisitions and private collector acquisitions which were not sales that would be reflected on ArtPort's tax returns.

10. The art – much of which is several decades old – is in the exact same condition as it was when Mr. Charnoff saw and selected the art.

I swear under penalty of perjury that the foregoing is correct.

Dated: October 19, 2020.

_Nancy Loving_
Nancy Loving