# EXHIBIT 2

From: nancy Loving nycloving@gmail.com
Subject:
Date: February 25, 2020 at 6:11 PM
To: Apple Inc. nycloving@gmail.com







Nancy Loving
917-702-7172

LOVING 0698