# EXHIBIT 4

**Keely Carraway**

| | |
|---|---|
| **From:** | Wally Charnoff <wcharnoff@icloud.com> |
| **Sent:** | Wednesday, April 29, 2020 10:33 PM |
| **To:** | Ian Hicks |
| **Subject:** | Fwd: layby on art |

Begin forwarded message:

**From:** Nancy Loving <nycloving@gmail.com>
**Subject: Fwd: layby on art**
**Date:** August 5, 2017 at 1:19:30 PM MDT
**To:** wcharnoff@icloud.com

Nancy

Thanks for the email below. I have a few edits.

1. Upon payment of the invoice, all of the pieces I am paying for in full will be shipped to me in Colorado. If their are any shipping fees that are not included in the purchase then I would like to know in advance of the purchase.
Certainly, I agree. Our agreement for shipping was based on one shipment from Connecticut to Colorado. I agree to ship your previous purchased art with the art included in Acquisition 1. Shipping is substantially less when shipped in bulk.
2. I would like the four pieces I already own shipped to me in Colorado at the time of purchase as well. The shipping costs on these four pieces were included with the purchase.
I agree
3. I would like to agree on the payment terms and cancelation charge prior to making a deposit on the rest of the art.
I agree - Please send in writing your request for terms - then we will discuss and agree
4. I don't want any framing or conservation work done to the pieces at my cost prior to me paying in full for said price. With each payment I will be paying for pieces in full, and no future payments will count towards blanket deposits. So no piece will ever have more than a 5% deposit on it and each payment will pay for identified pieces in full. Each piece should be shipped to Colorado as I pay for them in full. I will deal with framing and conservation once they arrive in Colorado.
As mentioned above - We will ship Acquisition 1 and include your first shipment if you desire. I would also offer to ship all the pieces once paid in full together at my cost for a one time shipping fee. As we discussed, you will be responsible for the packaging (your choice) and I can assist in helping you make proper choices for each individual work of art if you like.
If you choose to ship your work individually, I would be happy to assist with the shipping at your cost and a handling fee will be applied unless you do not need an overseer.
5. I would like items 1 to five below sent and or agreed to in advance of payment.
Please send your terms as I am happy to work with you to complete today
6. I should select and pay only direct cost for the storage unit.
I agree. I spoke with them today and they have units available. You should work with them directly. I am happy to make arrangements for the moving of your art if needed.

1

PLAINTIFFS #000389

7. The work I have a deposit on should be the only work in there. I plan to insure the work while it's being stored.
Please indicate what your payment strategy is and then we can discuss storage.
7. The total invoice should be adjusted to $300k even.
If you would prefer the price to be adjusted to 300K at this time, I am happy to edit a piece or two from your selection, our concessions were made at the time of your selections and in my opinion many works were offered to you at very fair market price and many were offered under the current retail asking price.  Also, you were gifted a variety of work that will elevate your collection and place his work in context historically. In addition, I offered more concessions yesterday of the works on paper. I hope you can understand my position.

Wally,
I am happy to assist in any way needed, I will take my cues from you. Otherwise, once the art is officially yours you may make any decisions you like. Just please know that my goal is to have you encouraged and enabled to continue to collect art by Garde and a plethora of other artist!
I will draft an agreement that you are comfortable with, so send me in writing your request for a payment schedule. I will make this a priority today.
Let me know what else we should consider so I can wrap this up for you.
Best,
Nancy

Thanks

Wally

On Aug 5, 2017, at 11:30 AM, Nancy Loving f <nycloving@gmail.com> wrote:

> Hi Wally,
>
> I wanted to make sure I am clear on the terms of our agreement for the deposit on the balance of the art and create an agreement that we are both comfortable with.
> Also, I would like to discuss insurance, conservation and preservation, written appraisals when you have some time. It will be essential to make some decisions in the next few days as I would like to arrange for all of your art to be handled with care and put in a safe holding place.
>
> Once the funds of $99,418.66  have been received and cleared, you will own the art indicated on the invoice attached below.
>
> A deposit of  $11,416.77  which is 5% of the total remaining balance of $228,335.40  will be used as a lay-by arrangement to secure the price and sale of the remainder of the art.
>
> After I spoke with you and Dave, I understand that you would like to create a schedule for layby payments
> that will be determined by you obtaining financing for your new property and the sale of the Erie Property. I understand this and we can discuss those terms.
>
> To clarify the guidelines for the deposit of the 5%, I would like to discuss with you the following considerations.
>
> Common Deposit Agreements Include:

2

PLAINTIFFS #000390

1. A full description of the work held for buyer - provided by seller
2. Documentation and fixed pricing for all artwork - provided by seller
3. Cancellation charge - determined by seller
4. Timetable for payments - agreed by both buyer and seller
5. Date for final installment  - agreed by both seller and buyer

My suggestion is that you rent a private storage unit at approx. $350 month and allow me to store your work separately. I can set this up for you at Artport storage in Norwalk and you & I will have a key and it will held separately.
This serves two purposes:
Keeps all your art together, safe and will not be shown to others.
Allow us to begin the process of conservation, any framing  and preparation for shipping. At the least it will allow us the time  to move through these steps with confidence on the preservation of the work.

Let me know when you can talk so we can have an agreement in place as soon as possible.
Thanks,
Nancy



<CharnoffAcquisition1.xlsx>

3