# EXHIBIT 5

| | |
|---|---|
| **From:** | walter Charnoff [wcharnoff@icloud.com] |
| **Sent:** | Tuesday, May 7, 2019 11:05 AM |
| **To:** | Nancy Loving; davidhinkelman@icloud.com |
| **Subject:** | Fwd: Garde/Charnoff Agreement |
| **Attachments:** | artport purchase.xlsx; ATT00079.html |

Nancy

You clearly agreed to one time shipping of the art from Connecticut to Colorado with no additional fees. I will not be retreaded. I expect at a minimum you for the art to be shipped to me ASAP at your cost.

Thanks Wally


Sent from my iPhone

Begin forwarded message:

> From: Nancy Loving <nycloving@gmail.com>
> Date: August 11, 2017 at 9:11:34 AM MDT
> To: Walter Charnoff <wcharnoff@icloud.com>
> Subject: Garde/Charnoff Agreement
>
>
>> Dear Wally,
>
> Below is my written agreement that I believe covers all of our considerations.
> I am in agreement to the terms of the payment schedule as presented below for the purchase of the selection of art as described in the document attached. This email acts as an official confirmation of our agreement of the sale of the selected Harold Garde art with additional items given as gifts from the artist. ArtPort will agree to ship your art to Colorado upon the completion of sale as determined by the final payment on Invoice 3.
>
> Please let me know if you have any questions or concerns and I will be happy to address this morning.
> Best,
> Nancy Loving
>
>
>> Deposit: due Friday 8/11
>> invoice 1    9/15
>> invoice 2   11/1
>> invoice 3 12/15
>>
>> in
>

1

LOVING 0068