# EXHIBIT 8

**Fill in this information to identify your case and this filing:**

Debtor 1: **Walter Charnoff**
First Name — Middle Name — Last Name

Debtor 2 (Spouse, if filing):
First Name — Middle Name — Last Name

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number: **17-21594-JGR**

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

**1.1**

**6950 Rabbit Mountain Road**
Street address, if available, or other description

**Longmont** — **CO** — **80503-0000**
City — State — ZIP Code

**Boulder**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other **Water Rights**

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$3,100,000.00**
Current value of the portion you own? **$1,550,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Debtor owns 50% interest**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Debtor owns 35-acre Noth Parcel in Flatirons, Inc. Improvement Certificate, known as 6950 Rabbit Mountain Road, and appurtenant 35-acre South Parcel in Flatirons, Inc. Improvement Certificate together with all water rights associated with the combined parcerls**

| Debtor 1 | **Walter Charnoff** | | Case number *(if known)* | **17-21594-JGR** |
|---|---|---|---|---|

**If you own or have more than one, list here:**

1.2

**11241 Lookout Road**
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Longmont**   **CO**   **80504-0000**
City         State    ZIP Code

**Current value of the entire property?**  **Current value of the portion you own?**
**$1,349,000.00**                           **$674,500.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Debtor owns 50% interest**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Boulder**
County

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**   **$2,224,500.00**

**Part 2:** **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1  Make:  **See Exhibit B(3)**
        Model: _____
        Year: _____
        Approximate mileage: _____
        Other information:

   **Who has an interest in the property?** Check one

   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property**
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?**  **Current value of the portion you own?**
   **$15,250.00**                              **$15,250.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ■ Yes

   4.1  Make:  **See Exhibit B(4)**
        Model: _____
        Year: _____
        Other information:

   **Who has an interest in the property?** Check one

   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property**
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?**  **Current value of the portion you own?**
   **$2,000.00**                               **$2,000.00**

| Debtor 1 | **Walter Charnoff** | Case number *(if known)* | **17-21594-JGR** |
|---|---|---|---|

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................=>**   **$17,250.00**

### Part 3: Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes.  Describe.....

   | 50% Interest in : Couches, 4 chairs, loveseat, dining table set, kitchen table set, various tables, 3 bedroom sets, rugs, home décor, dishes, linens, kitchen utensils | **$20,000.00** |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes.  Describe.....

   | 50% interest in: Samsung TV, Vizio TV, DVD player | **$1,250.00** |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☒ Yes.  Describe.....

   | Decorative paintings | **$250.00** |
   |---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☒ Yes.  Describe.....

   | Golf clubs, bicycle, boxing bag, sauna, dumbells, jumprope, boxing gloves | **$600.00** |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☒ Yes.  Describe.....

    | 2 Ruger 1022 Rifles<br>1 Gloc 9 MM<br>1 Baikel 12 Guage Shotgun | **$1,000.00** |
    |---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes.  Describe.....

    | Wearing Apparel and Shoes | **$2,000.00** |
    |---|---|

| Debtor 1 | **Walter Charnoff** | Case number *(if known)* | **17-21594-JGR** |
|---|---|---|---|

### 12. Jewelry
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| **White Gold Wedding Band** | **$300.00** |
|---|---|

### 13. Non-farm animals
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes. Describe.....

| **2 Ferrets** <br> **4 Dogs** <br> **1 Cat** | **$0.00** |
|---|---|

### 14. Any other personal and household items you did not already list, including any health aids you did not list
☐ No
■ Yes. Give specific information.....

| **CPap Machine** <br> **CPap Travel Machine** | **$2,000.00** |
|---|---|

### 15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................................  

**$27,400.00**

---

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**  
**Current value of the portion you own?**  
Do not deduct secured claims or exemptions.

### 16. Cash
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.................................................................................................................

| **Cash** | **$1,800.00** |
|---|---|

### 17. Deposits of money
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................

Institution name:

| 17.1. | **First National Bank Joint Checking** | **$10,221.00** |
|---|---|---|
| 17.2. | **Great Western Bank Checking** | **$23,731.00** |
| 17.3. | **Chase Checking** | **$31,318.00** |
| 17.4. | **Chase Savings** | **$11,638.00** |

---

Official Form 106A/B                           Schedule A/B: Property                                     page 4
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor 1 | **Walter Charnoff** | Case number *(if known)* | **17-21594-JGR** |
|---|---|---|---|

| | 17.5. | **Brokerage** | **Scottrade Account** | $160,637.00 |
|---|---|---|---|---|
| | 17.6. | | **GoldenGator Indemnity Account held at Wells Fargo Bank, N.A. in name of Walter Charnoff and Altisource Solutions S.A.R.L. pending outcome of litigation** | $317,664.81 |
| | 17.7. | | **REIsmart Indemnity Account held at Wells Fargo Bank, N.A. in name of Walter Charnoff and Altisource Solutions S.A.R.L. pending outcome of litigation** | $797,389.88 |
| | 17.8. | | **Onit Indemnity Account held at Wells Fargo Bank, N.A. in name of Walter Charnoff and Altisource Solutions S.A.R.L. pending outcome of litigation** | $1,235,252.51 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes...................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☒ Yes.  Give specific information about them...................
    
| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Lulu Acres, LLC** | **50** | % | **Unknown** |
| **Lulu Feed, LLC** | **50** | % | **Unknown** |
| **Wolliz Investment Properties, LLC** | **50** | % | **Unknown** |
| **CEFR, LLC d/b/a Tech Stem, LLC** | **50** | % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☒ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☒ Yes. List each account separately.
    
| Type of account: | Institution name: | |
|---|---|---|
| | **SEP IRA Scot Trade: $159,000**<br>**401K Alti Source: $8,000** | **$167,000.00** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☒ No
    ☐ Yes. ....................   Institution name or individual:

| Debtor 1 | **Walter Charnoff** | Case number *(if known)* | **17-21594-JGR** |
|---|---|---|---|

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☐ No
    ■ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| **Breanna Charnoff 529: $104,000** <br> **Joseph Charnoff 529: $140,000** | **$244,000.00** |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | |
|---|---|
| **Possible tax refund from 2016** | **Unknown** |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

| | |
|---|---|
| **Reimbursement owed to Debtor from Altisource** | **$12,000.00** |
| **Loan from Debtor to Wolliz Investments** | **$1,200,000.00** |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Debtor 1 | Walter Charnoff | | Case number *(if known)* | 17-21594-JGR |
|---|---|---|---|---|

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| HSA | | $2,000.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

| Claims against Jones & Keller for malpractice, breach of fiduciary duty, | Unknown |
|---|---|

| Claim against Kirkland and Ellis | Unknown |
|---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes.  Describe each claim.........

| Counterclaims against Ladd 2000 Partners, Ladd Financial, and Bob Ladd | Unknown |
|---|---|

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here........................................................................................................................** | **$4,214,652.20** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here ....................................** | **$0.00** |

Official Form 106A/B                              Schedule A/B: Property                                                page 7
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| Debtor 1 | **Walter Charnoff** | Case number *(if known)* | **17-21594-JGR** |
|---|---|---|---|

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................................... | | **$2,224,500.00** |
| 56. | **Part 2: Total vehicles, line 5** | $17,250.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $27,400.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $4,214,652.20 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $4,259,302.20 | Copy personal property total     **$4,259,302.20** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$6,483,802.20** |

| Exhbit B(3) - Cars, Trucks, Motorcycles, SUVs, Tractors | | | | |
|---|---|---|---|---|
| | Total Value | Ownership Interest | Value of Debtor's Interest | Notes |
| 2013 Subaru, Outback | $12,000.00 | 50% | $6,000 | Currently used and driven by daughter |
| 2015 Subaru, Outback | $15,000.00 | 50% | $7,500 | Currently used and driven by son |
| 2000 Chevy, Silverado | $3,500.00 | 50% | $1,750 | |
| 2017 GMC, Sierra Pick-up Truck | $0.00 | 50% | $0 | Debtor holds 50% interest in bare legal title; equitable interest in vehicle owned by Lulu Acres, LLC |
| 2016 Land Rover, Range Rover | $0.00 | 100% | $0 | Debtor holds 100% in bare legal title; equitable interest in vehicle owned by Wolliz Investment Properties, LLC |
| 2011 Aston Martin, Rapide | $0.00 | 50% | $0 | Debtor holds 50% interest in bare legal title; equitable interest in vehicle owned by Wolliz Investment Properties, LLC |
| 1968 Chevy, Camaro | $0.00 | 50% | $0 | Debtor holds 50% interest in bare legal title; equitable interest in vehicle owned by Wolliz Investment Properties, LLC |
| Total | $30,500.00 | | $15,250 | |

| Exhibit B(4) - Watercraft, Aircraft, Recreational, Other Vehicles and Accessories | | | | |
|---|---|---|---|---|
| 2012 CLB, Aliner pop-up camper | $3,500.00 | 50% | $1,750 | |
| 2004 Utility Trailer | $500.00 | 50% | $250 | 50% |
| 2004 LOG, 3 horse Trailer | $0.00 | 50% | $0 | Debtor holds 50% interest in bare legal title; equitable interest in vehicle owned by Lulu Acres, LLC |

| | | | | |
|---|---|---|---|---|
| 1993 CNMI, 2 horse side by side trailer | $0.00 | 50% | $0 | Debtor holds 50% interest in bare legal title; equitable interest in vehicle owned by Lulu Acres, LLC |
| Total | $4,000.00 | | $2,000 | |