# EXHIBIT 10

| ID | From | To | Date | Text | Direction |
|---|---|---|---|---|---|
| 3164 | Nancy Loving [+19177037172] | walter's iPhone | 2015-10-05 12:38:54 | Wally-Dave has been reunited with his phone!He should be calling you soon.Thanks again for the tip off! | in |
| 3165 | walter's iPhone | Nancy Loving [+19177037172] | 2015-10-05 12:45:30 | No problem! It was good to get to say hello to you. | out |
| 3168 | Nancy Loving [+19177037172] | walter's iPhone | 2015-10-05 13:07:33 | Thank you and I am glad to be able to congratulate you personally. Your perseverance & determination these last few months has paid off and will lead to even more great successes in the future!Kudos to you and your team!! | in |
| 14775 | Nancy Loving [+19177037172] | walter's iPhone | 2016-07-18 15:30:53 | Hi Wally,I am headed to Denver tonight and I was hoping to determine the shipping details for the paintings before I depart tonight. Let me know if you have a moment to talk later this afternoon or feel free to send me a text or an email too!!If you and Brande have time to get together I could meet you possibly on either Tuesday or Wednesday evening.Best,Nancy | in |
| 14894 | Nancy Loving [+19177037172] | walter's iPhone | 2016-07-22 13:27:20 | Hello Wally,I just wanted to tell you and Brande again that I am thrilled with your choices of Garde paintings. I am back in NY and will be working on the details to complete the acquisition. I will be sending you a revised invoice and a collection portfolio with provenance of each piece. I would like to schedule a call with you and Brande with Harold next week if possible and he can talk to you both about the individual work. We will also begin to look at dates for an in person dinner/meeting with Harold and your trip to New | in |