# **EXHIBIT 11**

**Keely Carraway**

| | |
|---|---|
| **From:** | Wally Charnoff <wcharnoff@icloud.com> |
| **Sent:** | Wednesday, April 29, 2020 10:38 PM |
| **To:** | Ian Hicks |
| **Subject:** | Fwd: Garde Invoice |
| **Attachments:** | CHARNOFF Pre-Invoice.docx |

Begin forwarded message:

**From:** nancy Loving <nycloving@gmail.com>
**Subject: Garde Invoice**
**Date:** July 24, 2016 at 10:39:03 PM MDT
**To:** "bcharnoff@gmail.com" <bcharnoff@gmail.com>, "wcharnoff@icloud.com" <wcharnoff@icloud.com>

Hi Brande and Wally,

I hope you all had a great weekend.  We are really looking forward to your visit in late August. Let Dave or I know what days works best for your NYC trip.  We should have all the kids back in school for fall semester at their colleges and we will be in a good place to mix some pleasure and business!

I am awaiting a final quote from our shipper with possible times for crating and shipping. As a courtesy, we are happy to handle the shipping costs for these paintings. Regarding sales tax, I believe you are exempt from sales tax as we are shipping out of state. I have attached a preliminary invoice as I am awaiting confirmation from our accountant. Once I have these last few details in place we can proceed with final invoice, payment, and a date for the shipping.

As I said in my text, I am delighted with your choices of paintings for your collection of Garde art and congratulate you on your selection of work from many different decades and important genres.  I am excited to facilitate a meeting or call with Harold to discuss the acquisition and the  chosen work.

Thank you again for your purchase of Garde work and I hope we can make time to introduce you to my partners at Chowaiki and Co. while in NYC. This will allow us to begin to explore options for buying either blue chip art and emerging artist that are on the rise.

Best,
Nancy

Nancy Loving
Director ArtSuite Gallery
ArtPort LLC
New York, NY 10006
917.703.7172
www.artsuiteny.com

PLAINTIFFS #000407

| Paintings | Current Retail Price | Historical Price | ArtPort offer |
|---|---|---|---|
| Viewer | 16,500 | 16,500 | 16,500 |
| 2 Chairs | 5,200 | 5200 | 5,200 |
| Round HeadwFigure | 18,000 | 14,200 | 14,200 |
| Two Vessels | 25,000 | 25,000 | 20,000 |
| Sculpture on Table | 21,000 | 17,000 | 17,000 |
| TOTAL | 85,700 | 77,900 TOTAL | 72,900 |
|  |  | 20% Concession | 14,580 |
|  |  |  | 58,320 |

|  |  |  | Artport Offer |
|---|---|---|---|
| Discovery | 53,000 | 52,000 | 40,000 |
| Happy Face | 75,000 | 75,000 | 60,000 |

PLAINTIFFS #000408

tax and shipping TBD

.

PLAINTIFFS #000409