# EXHIBIT 13

# Keely Carraway

| | |
|---|---|
| **From:** | Wally Charnoff <wcharnoff@icloud.com> |
| **Sent:** | Wednesday, April 29, 2020 11:09 PM |
| **To:** | Ian Hicks |
| **Subject:** | Fwd: Garde Invoice |
| **Attachments:** | CHARNOFF Final Invoice.docx |

Begin forwarded message:

**From:** Nancy Loving <nycloving@gmail.com>
**Subject: Garde Invoice**
**Date:** July 29, 2016 at 11:49:46 AM MDT
**To:** "bcharnoff@gmail.com" <bcharnoff@gmail.com>, "wcharnoff@icloud.com" <wcharnoff@icloud.com>

Hi Brande and Wally,

I have all the information for us to move forward and finalize your purchase. I will be seeing Harold on Sunday and will be delighted to talk to him about the sale and have you both speak with Harold, especially about the specific work.

I received the final quote from Atelier 4 who will be crating and shipping the art. They can pick up Monday- Wednesday of next week. It is 7-10 business days enroute to your shipping destination as it shipped ground. Again, we will handle all shipping cost. We can also determine what gets shipped right away and if you prefer to store it here with us until the house is built or location for art determined. Also, the museum may be in a position, once we determine the details of the exhibition to have work shipped there as well.

I am excited about the possibility for the exhibition at the Wyoming Museum. Nicole Crawford, Curator of Collections, will be working with me in the next few weeks to determine exhibition details and to look at dates. Most of these exhibitions take months to procure, but they would like Harold to attend and I reminded them of the essence of timing - being sooner than later.

We have no tax to add to the purchase since we are shipping out of state.
The wire instructions are below or feel free to mail a check to the address below. Whatever you are more comfortable with.
The final amount was $45,120. I will send you a receipt of sale, Certificates of Authentication and a portfolio with all the important information for your records. Please feel free to call or text me with any questions or thoughts moving forward!

Best,
Nancy

TD BANK
Wilmington Delaware
ABA# 031 101 266

PLAINTIFFS #000131

Art Port LLC
Nancy Loving CEO
Account # 026013673

or

Nancy Loving /ArtPort
26 Covlee Drive
Norwalk, CT 06855
917-703-7172



Nancy Loving
Director ArtSuite Gallery
ArtPort LLC
New York, NY 10006
917.703.7172

2

PLAINTIFFS #000132

| Paintings | Current Retail Price | Historical Price | ArtPort offer |
|---|---|---|---|
| Viewer | 16,500 | 16,500 | 16,500 |
| 2 Chairs | 5,200 | 5200 | 5,200 |
| Round HeadwFigure | 18,000 | 14,200 | 14,200 |
| Two Vessels | 25,000 | 25,000 | 20,000 |
| Sculpture on Table | 21,000 | 17,000 | 17,000 |
| TOTAL | 85,700 | 77,900 TOTAL | 72,900 |
| | | 20% Concession | 14,580 |
| | | | 58,320 |

| | Current Retail Price | Historical Price | Artport Offer |
|---|---|---|---|
| Discovery | 53,000 | 52,000 | 40,000 |
| Happy Face | 75,000 | 75,000 | 60,000 |

PLAINTIFFS #000133

tax and shipping TBD

.

PLAINTIFFS #000134