# EXHIBIT 14

| | |
|---|---|
| **From:** | walter Charnoff [wcharnoff@icloud.com] |
| **Sent:** | Wednesday, August 30, 2017 11:31 AM |
| **To:** | nancy |
| **Subject:** | Re: garde acquisition |

Nancy

The closing on one of my Houses got pushed up to tomorrow.  Been scrambling trying to get moved. Can we talk tomorrow eve?

Sent from my iPhone

> On Aug 29, 2017, at 8:28 PM, nancy <artportnyc@gmail.com> wrote:
>
> Hello Wally,
>
> I hope all is well. I am wondering if you have time to discuss our agreement on the purchase of the art and get your thoughts for shipping. I also need to consider how we want to handle the art that was chosen for the gallery show in September. Let me know when is good for you. I am traveling to Boston tomorrow and will available from 4-7pm EST.
>
> Looking forward to catching up when you get a chance!
> Best,
> Nancy

1

LOVING 0036