# EXHIBIT 15

| | | | | | |
|---|---|---|---|---|---|
| | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-01-13 17:54:10 | | |
| 5303 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-01-26 22:16:55 | https://mobile.nytimes.com/2018/01/24/arts/design/what-to-see-in-new-york-art-galleries-this-week.html?referer= | in |
| 5748 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-02-12 09:41:15 | Hello Wally,Just checking in on the shipping of your art. Please send the full address of where you would like the art shipped to in CO and any special instructions. I want to remind you to make sure the art is added to your insurance. Once the art leaves storage it will fallUnder your insurance as the owner. Once I have all the information from the carrier I will discuss the details with you for approval and then confirm with the shipper. Thanks!Nancy | in |
| 5971 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-02-20 14:07:05 | Hi Wally,I am sending you an email with a Bill of Sale for all of the art so you can insure the art for shipping if you haven't already done so. I have set up the carrier for shipment on Monday 2/26. I need to discuss with you the packaging and/or crating of the art. Can we discuss the details today so I can make arrangements for your desired choice of packing. Let me know a good time to briefly discuss. Thanks !!Nancy | in |
| 5985 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-02-20 20:28:44 | Did you check Dropbox? | in |
| 5986 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-02-20 20:29:15 | Let me know Otherwise I will make you a new linkMaybe it expired...? | in |
| 5987 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-02-20 21:08:32 | Thanks I will check. When you can send me the art crypto currency info | out |
| 5988 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-02-20 21:13:55 | Sent in an email just now PW blockchain | in |
| 5989 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-02-20 21:14:08 | Thanks | out |
| 5990 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-02-20 23:33:30 | This is the tribal faces I bought | out |
| 5991 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-02-21 05:22:25 | Yes!! | in |
| 6754 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-03-15 10:17:25 | Call me when you can please. I need some help on the art | out |
| 6756 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-03-15 10:25:46 | YesWill callIn 5 | in |
| 6759 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-03-15 10:31:09 | 19177037172Hey Wally it's Nancy. Feel free to call me back. Walking into appointment if I can't get you just text me but I'll be available around 1:30 2:00 if that works I'll try you back. Okay. Bye.Listen to voice message: 14693961603 | in |