# EXHIBIT 16

| | |
|---|---|
| **From:** | walter Charnoff [wcharnoff@icloud.com] |
| **Sent:** | Monday, February 12, 2018 2:16 PM |
| **To:** | Nancy loving |
| **Subject:** | Re: Garde Art ready for shipping! |

6950 Rabbit Mountain road
Longmont co 80503

Sent from my iPhone

> On Feb 12, 2018, at 1:41 PM, Nancy loving <nycloving@gmail.com> wrote:
>
> Hi Wally,
>
> I need your address for the art to be shipped. Let me know where you would like for it to go and then please send a full address and any special instructions. As soon as I can give them the exact address we can lock in the estimate and the date for delivery.
> Thanks!
> Best,
> Nancy
>
>
> Nancy Loving
> ArtPort LLC
> 917.703.7172
> www.haroldgarde.com
>

1