# EXHIBIT 17

| 6830 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-03-16 09:35:36 | Hey I am headed backwards to the office Are you ready to do the valuations? | in |
| 6831 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-03-16 10:35:38 | In about 15 I will be | out |
| 6885 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-03-17 13:51:48 | I have been trying to send you emails They all bounce backLet me know if this helps youFeel free to adjust as you see fit | in |
| 6886 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-03-17 14:58:11 | Uh oh. I will need to check out why | out |
| 6887 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-03-17 15:02:06 | YesIt's weird So your mail is at capacity | in |
| 7473 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-04-05 12:39:43 | Hey Nancy. How are you? Call me when you can please. I would like to get my art shipped. | out |
| 7587 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-04-08 11:52:43 | Hi Wally Can we plan to talk tomorrow so we can proceed with shipping and determine the crating that you would prefer AlsoIf you want to have hi- res images Use the valuations I gave you to insure the art before shipping. But let's talk tomorrow so I can get this finalized for you! | in |
| 7588 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-04-08 17:02:44 | Ok. | out |
| 7589 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-04-08 17:02:54 | Thanks | out |
| 7983 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-04-14 15:16:01 | 19177037172Hey Wally it's Nancy. You're at the airport right now and I just wanted to talk to you quickly I guess before you go or get on the flight so that I can I have a shipper coming on Monday and I just don't know what you know you you guys want me to do. So I know that you had a discussion with Dave and which is fine I just need some direction because I'm gonna have to try to cancel them now. If 14693961682Long msg Call MBOX Voice Writer service | in |
| 7984 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-04-14 16:03:36 | Don't cancel them | out |
| 7985 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-04-14 16:04:01 | Can you send me the hi res images to look at on the plane | out |
| 9884 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-06-11 16:26:02 | Hi Wally!Can you talk briefly in 20? | in |
| 9885 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-06-11 16:35:01 | Hello Nancy. Good to hear from you. I am in a meeting for the next hour or so. Then I am in the car for four hours. So anytime after the next hour? | out |
| 9886 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-06-11 16:38:35 | Sure thing!Try me I am at the airport Flight leaves at 8:30Want to catch up!! | in |
| 9888 | | | | Hey Wally Talk maybe later I am taking off now | in |

PLAINTIFFS #000267