# EXHIBIT 18

| | From | To | Date | Message | Dir |
|---|---|---|---|---|---|
| | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-06-11 18:50:03 | | |
| 9889 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-06-11 18:50:13 | Will try you tomorrow !! | in |
| 9893 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-06-12 11:27:14 | Are you available tomorrow to talk?I am at Art Basel in SwitzerlandWill be here until Sunday ...Let me know | in |
| 9894 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-06-12 12:00:11 | Are you available tomorrow to talk?I am at Art Basel in SwitzerlandWill be here until Sunday ...Let me know | in |
| 10023 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-06-20 17:09:24 | Hi WallyCan you give me a call when you get a chance Want to discuss the art and how we move forward I have all the art in my possession and just want to know how you want to proceed. Thanks Look forward to speaking with you!!! | in |
| 10035 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-06-21 14:57:20 | Hey Wally,Was hoping to talk tonight if possible Let me know if I should call and if so, what time works?Thanks | in |
| 10036 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-06-21 15:03:30 | I would love to talk tonight. I am in a meeting for the next 90 minutes. I can talk between 630 and 9 eastern. Does sometime in that window work? | out |
| 10038 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-06-21 15:36:26 | Yes 9 is great! | in |
| 10098 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-06-24 19:32:42 | Hey Wally!!Give me a shout this week...I am testing our concept and want to define how you would like this to work... Also, would like to know what works are ones that you want to definitively keep!Let's talk soon!! | in |
| 10116 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-06-25 11:32:41 | Let's talk after 4 est today if that works | out |
| 10119 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-06-25 12:13:03 | Later is Better for me If that works ?? | in |
| 10120 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-06-25 12:13:24 | That works | out |
| 10145 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-06-26 20:08:02 | Sorry so late. Brutal few days. Are you still around? I leave the country for 10 days tomorrow. I won't have access to voice mail. | out |
| 10148 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-06-26 20:16:31 | I am actually out right now I have a thought ....Will you have access to a computer and email?If so, why don't you give me an idea of what you think works best for you. Let me know what is most important to you as far as certain works and then let me respond and let's come up with a more concrete plan. Would be best for allOf us to all get on the same page and for you to be really comfortable with our course of action. Let me know if that works ...Best,Nancy | in |
| 10151 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-06-27 08:33:03 | I won't have access to email or vm. let's just leave them in storage until we figure it out when I Return. | out |
| 10373 | | | | | out |

PLAINTIFFS #000268