# EXHIBIT 19

| | | | | | |
|---|---|---|---|---|---|
| | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2018-07-14 10:47:09 | Hey Nancy. Hope things are going well. Do you have any time to speak this weekend about the art? | |
| 10378 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2018-07-14 10:54:06 | YesTomorrow would be great What time works for you? | in |
| 19494 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-04-16 16:55:00 | Hi Wally Can you please confirm your exact address for the art shipment. I will send you the details as soon as I have written confirmation from the shipper. Thanks Nancy | in |
| 19495 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-04-16 17:08:39 | 6950 Rabbit Mountain Rd Longmont co 80503 | out |
| 19496 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-04-16 17:11:47 | GreatThanks! | in |
| 19511 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-04-17 09:30:46 | Nancy I have an board meeting today for a precious child. That is the organization I gave Vanessa (the young artist we spoke about) a scholarship through. Is there still the possibility of getting some of her work in your gallery for a split of proceeds? If so I can let them know today. | out |
| 19513 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-04-17 09:42:43 | Of course. I would like it if she had photos of her work (Iphone photo are fine) I will check with my partner and get her agreement But we would be delighted to work with her | in |
| 19999 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-04-30 14:33:57 | Nancy I am working on the list of what I want shipped. Do you have an image of tribal face and alter ego you can text me | out |
| 20000 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-04-30 14:34:05 | Also do rolled canvas | out |
| 20001 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-04-30 14:58:53 | Also is two vessels repairable. You were going to check on that | out |
| 20002 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-04-30 15:00:47 | It's fine | in |
| 20003 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-04-30 15:02:58 | Will send tribal face and alter ego As soon as I am back at my desk Give me a a couple of hours | in |
| 20004 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-04-30 15:03:26 | Did you want Two Vessels ? | in |
| 20005 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-04-30 15:06:45 | Yes. Brande is very upset with me because that is her favorite one | out |
| 20006 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-04-30 15:08:28 | OkLet me see what we can do here Get me the list Please send to ArtSuiteny@gmail.comThanks | in |
| 20007 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-04-30 15:45:48 | Alter ego | in |
| 20011 | | +1 (303) 517-9550 | | Will find tribal and send too | in |

PLAINTIFFS #000269