# EXHIBIT 20

| | | | | | |
|---|---|---|---|---|---|
| | Nancy Loving Artport [+19177037172] | | 2019-04-30 17:49:06 | | |
| 20064 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-02 10:50:36 | Hi Wally, Hope all is well. I'm still waiting for your list of the artwork that you want to ship. I can't get an estimate or confirm any dates for shipping until I have the exact a list and I come up with the sizes and the weight of the shipping. We're looking at it for weeks at this point, so the sooner I get the list the better off I think we will be and I will get to work to you as soon as possible. Thanks Wally !! | in |
| 20164 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-07 19:41:21 | Once again-Ship it all to me please ASAP including all of my gifts that were included with purchase. | out |
| 20190 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-08 15:02:58 | Nancy I just left my attorney. He says I can sue you and Dave personally in addition to art port over two vessels since it was damaged in your personal residence. If you do the right thing and trade me back two vessels for wob diptick I will let the fact that you damaged it go. Otherwise you will be served next week most likely on Wednesday. I will not let you screw me over on this — that was one of only two pieces Brande picked. | out |
| 20254 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-11 07:50:58 | Wanted to let you know everything is in process photos of the inventory are almost complete Shipper will have a date for pick up, crating and transport of art early next week. | in |
| 20255 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-11 07:56:03 | Wanted to let you know everything is in process photos of the inventory are almost complete Shipper will have a date for pick up, crating and transport of art early next week. | in |
| 20356 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-13 13:09:01 | When can I expect the photos | out |
| 20393 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-14 16:00:40 | Can I call you backI amJumping into an Uber | in |
| 20395 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 16:02:22 | Yes. A lot of my art is missing from what you sent and one of the paintings is wrong. Please read my email and confirm I will be getting all of my art. I bought the journal book and the loose painting g that fell out both. | out |
| 20396 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 16:03:00 | Your are missing tan vessels, dog rolled canvas, one of my jacks, tribal faces | out |
| 20397 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 16:03:42 | You are also missing small framed and un framed sketches, the event posters and several others. | out |
| 20398 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 16:03:50 | I hope this was an oversight | out |
| 20399 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 16:04:00 | I ccd my attorney just in case | out |
| 20400 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 16:04:31 | Civil theft carries treble damages and allows the victor to collect legal fees | out |