# EXHIBIT 21

| | |
|---|---|
| **From:** | walter Charnoff [wcharnoff@icloud.com] |
| **Sent:** | Monday, May 6, 2019 6:13 PM |
| **To:** | davidhinkelman@icloud.com; Nancy Loving |
| **Subject:** | Art purchase and delivery |

Nancy and Dave

I don't understand why the art deal is causing so much drama. I am, at a minimum, simply expecting the deal we made when I made the purchase to be honored. When I laid out over $180k for the art purchase I was factoring in the free gifts as part of the deal. It was also agreed that shipping, crating and all other costs would be covered by art port. I would not have made either purchase if all shipping costs including crating was not included, and I would not have made the second purchase at the price I paid without the addition of the free gifts. I also would not have waited to have the art shipped if I was informed that I was expected to pay for storage and insurance as I had more economical storage and insurance options in Colorado.

When I traded two vessels it was because it appeared damaged due to being In close proximity to your pool table. Rather than argue about it I let the piece go. I should have checked with Brande first. I would like to trade back for two vessels in exchange for WOB dipstick plus $1000 cash.

If you are willing to make the trade, then I would be willing to work with Nancy on selling the pieces that I don't plan on keeping.

In this scenario I would plan on not listing for sale and having sent to me only the following: still life black marker, two vessels, moon face with figures, two chairs, red chair 1979, puppet diptick, jack, green jack, journal paintings, two figures, ginger bowl, damaged chair, two figures new canvas, and the rest of my free gifts.

The rest of the art I would want to sell, including but not limited to: still life vessel black, dna, bandage, tan vessels, blue bowl, charcoal diptick, ap prints, all strappos and heads on table.

When considering whether to make the trade I ask you to remember that I made the second purchase of $140k at a time when you needed it and were renegotiating your deal with the guarde family. I did this as a favor to help friends.

Now I ask you to return the favor by trading me two vessels for the WOB diptick and $1k cash — even value based on what I paid.

If you are not willing to make the trade then keep two vessels and just ship me all of my art and free gifts ASAP. In this scenario I expect the art to be shipped no later than June 6, 2019 and for shipping to be insured for at least what I paid for the art.

Please pick one of these two options and let's move past this. Please let me know no later than 5/9/19

Thanks

Wally


Sent from my iPhone


1

LOVING 0044