# EXHIBIT 22

| | |
|---|---|
| From: | walter Charnoff [wcharnoff@icloud.com] |
| Sent: | Tuesday, May 7, 2019 11:08 AM |
| To: | Nancy Loving; davidhinkelman@icloud.com |
| Subject: | Re: art purchase |

Nancy

Thanks for the reply. I know what was promised. Under no circumstance will I send another penny for the art to be delivered or insured without pursuing legal remedies. So please don't try to retrade me.

I will forward you the email where your clearly agreed to cover shipping. The reason i had you hold the art is due to you telling me I needed to pay for crating while I was in chapter 11. Since I was in chapter 11 it was not possible for me to do so because the original agreement did not include me laying out more money for this cost. I would not have agreed to do so anyway, but I would have paid to have the art picked up and then taken Legal action against you for violating the agreement.

I hope you do not come back to me asking for me to lay out more money, as the agreement was clear that I would not have to.

I feel sad it has come to this, but I need to get my art as soon as possible and I refuse to spend more than the over $180k that I have already spent, since I never agreed to spend more money. So if it takes an attorney to get me my art then that is what I must do. I will not let you hold my art hostage. I am meeting with a litigator on Friday morning, so I would like an answer by Thursday May 9th.


Thanks

Wally

Sent from my iPhone

> On May 7, 2019, at 10:09 AM, Nancy Loving <artsuiteny@gmail.com> wrote:
>
> Hi Wally,
>
> Sorry I didn't get back to you last night. I spoke with David when he got home about your conversation. I am sorry that this business with the art has come between you and Dave and your relationship.
>
> I do understand your feelings and want to work to solve for the
> miscommunications that have lead us to this juncture. It is my goal that you feel respected as a collector and that we uphold any promises that were made.
>
> It seems that we will all need to agree on what was promised and how unforeseen events that followed may have impacted our choices and decisions. Most importantly, is how we resolve any misunderstandings about each parties responsibilities in this matter.
>
> It is essential that we look closely at the events and communication that occurred in this last 20 months and look at how our interpretations, circumstances and actions may have led to this misunderstanding and then, we simply need to fix it.
>

1

LOVING 0059

> Let me have a few days to do some digging into my texts and emails. I
> will put together a timeline so that I can see what transpired for both of us. I have a big event at the end of the week, so let's plan to talk over the weekend if possible sooner.
>
> Best,
> Nancy