# EXHIBIT 26

| | | | | | |
|---|---|---|---|---|---|
| | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 16:35:59 | | |
| 20458 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 16:36:37 | And i will still need help in acquiring Harold's signature on any unsigned work. | out |
| 20459 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-14 16:37:04 | I WillProvide what ever help is needed | in |
| 20460 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-14 16:37:21 | Tan vessels you did not purchase | in |
| 20461 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-14 16:37:55 | Please see your final art purchase word doc with the payment schedule | in |
| 20462 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-14 16:38:31 | I am happy to work with you to trade | in |
| 20464 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 16:44:51 | Nancy there are many "gifts" that were not listed on the invoice. You sent me pictures of them. They included a strappo, event posters, sketches in frames and not, some small works on paper and canvas and tan vessels. Some of this were given in exchange for extra mark up on other paintings like dna and bandage as you said you were trying to set pricing comps for his art | out |
| 20465 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 16:45:15 | I understand that your position is that I don't own tan vessels | out |
| 20466 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 16:45:43 | I will contemplate how I need to address that of at all | out |
| 20467 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-14 16:45:46 | I sent you the art purchase Gifts are being sentStop | in |
| 20468 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 16:46:14 | I am not trying to be negative. | out |
| 20469 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-14 16:46:25 | Please send me the documentation on tan vessels | in |
| 20470 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 16:46:28 | I will wait for the photos | out |
| 20471 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 16:46:35 | I will look for it | out |
| 20472 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-14 16:58:27 | Please doIf there has been any mistakes we will gladly fix it | in |
| 20473 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 17:05:52 | Dog rolled canvas is not the right painting either. | out |
| 20474 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 17:06:11 | I have a photo of red chair and dog red canvas on my old phone | out |

PLAINTIFFS #000274

| | | | | | |
|---|---|---|---|---|---|
| 20475 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-14 17:06:24 | Send it please | in |
| 20476 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 17:06:27 | I can charge it up and send them to you tomorrow | out |
| 20477 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 17:06:44 | Won't be home until late tonight | out |
| 20478 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-14 17:06:52 | Before you speak in absolutes I suggest you fact check | in |
| 20479 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-14 17:07:19 | Sure whatever you want Please know I was not going to speak to Brande about the art | in |
| 20480 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 17:07:59 | Ok I believe dog rolled canvas is the wrong painting but will check the photos | out |
| 20481 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 17:08:33 | What were you going to talk with her about then? | out |
| 20482 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-14 17:08:34 | Certainly No problem | in |
| 20483 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-14 17:09:04 | Your behavior | in |
| 20484 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 17:09:34 | Well do not call my wife. | out |
| 20485 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 17:11:06 | And my behavior is dictated by you trying to change the terms of our art deal and charge me for shipping, hanging my art in your house, damaging two vessels, sending me for over a year the photos of the ring paintings and saying they are mine, and then leaving much of my art that I own off the list. | out |
| 20486 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 17:11:34 | This has been a horrible experience and I think I am behaving calmly considering | out |
| 20487 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 17:11:53 | $186k is a lot of money and you have treated me with disrespect | out |
| 20488 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2019-05-14 17:12:39 | Even on the recordedCall today you were making fun of me and Goating me when I was just trying to ask questions about my art | out |
| 20489 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-14 17:17:18 | I'm not the one that will call Brandie | in |
| 20490 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2019-05-14 17:21:17 | WallyDave and I have done everything in our power to make sure that you got exactly what you wanted. And you will. We have no intention of doing anything but shipping you your art and we have been for the last 20 months. As per the dozens and dozens of emails and text that I printed this weekend you will see (if it comes to that ) what you wrote and said in your text and emails. I | in |

PLAINTIFFS #000275