# EXHIBIT 28

Feb 21, 2018 at 1:33 AM



1:33 AM

This is the tribal faces I bought

1:33 AM

Yes!!

7:22 AM

Mar 15, 2018 at 12:17 PM

Call me when you can please. I need some help on the art

12:17 PM

Yes
Will call
In 5

12:25 PM

Mar 16, 2018 at 11:35 AM

Hey
I am headed backwards to the office
Are you ready to do the valuations?

11:35 AM

In about 15 I will be

12:35 PM

**LOVING 0724**

Mar 17, 2018 at 3:38 PM

3:38 PM

I have been trying to send you emails
They all bounce back
Let me know if this helps you
Feel free to adjust as you see fit

3:51 PM

Uh oh. I will need to check out why

4:58 PM

Yes
It's weird
So your mail is at capacity

5:02 PM

Apr 5, 2018 at 2:39 PM

Hey Nancy. How are you? Call me when you can please. I would like to get my art shipped.

2:39 PM

Apr 8, 2018 at 1:52 PM

Hi Wally
Can we plan to talk tomorrow so we can proceed with shipping and determine the crating that you would prefer
Also
If you want to have hi- res images
Use the valuations I gave you to insure the art before shipping.

But let's talk tomorrow so I can get this finalized for you!

1:52 PM

Ok.

7:02 PM

Thanks

7:02 PM

Apr 14, 2018 at 6:03 PM

Don't cancel them

6:03 PM

Can you send me the hi res images to look at on the plane

6:04 PM

LOVING 0725

| A | B | C | D |
|---|---|---|---|
| DNA WOB 1966 | | | $ 52,000.00 |
| two figures new canvas - white | | | $ 9,200.00 |
| red chair 1979 | | | $ 3,800.00 |
| still life black marker | | | $ 5,500.00 |
| Blue Bowl | | | $ 16,100.00 |
| Jack | | | $ 3,500.00 |
| diptych puppet | | | $ 12,500.00 |
| Green Jack | | | $ 3,500.00 |
| ginger bowl | | | $ 1,500.00 |
| damaged chair print | | | $ - |
| | | | |
| Still Life Vessel Black | | | $ 21,000.00 |
| red gloved green woman 1983 | | | $ 7,200.00 |
| Alter Ego | | | $ 5,200.00 |
| Dog rolled canvas | | | $ 10,100.00 |
| Tribal face | | | $ 9,500.00 |
| White face and body diptych | | | $ 13,500.00 |
| WOB Diptych | | | $ 38,000.00 |
| journal paintings | | | $ 52,900.00 |
| Bandage WOB | | | $ 65,000.00 |
| 7 Prints Secret Sessions | | | $ 14,000.00 |
| strappos | | | $ 32,000.00 |
| | | TOTAL | $ 376,000.00 |
| | | | |
| Sculptures on Table | | | |
| Round Head with Figure | | | $45,000 |
| Two Chairs | | | $18,000 |
| | | | $7,200 |