# EXHIBIT 29

**From:** walter Charnoff <wcharnoff@icloud.com>
**Sent:** Wednesday, August 16, 2017 1:21 PM
**To:** Nancy Loving; nancy
**Subject:** amended art purchase
**Attachments:** ArtPurchaseAmended816.xlsx

Nancy

Sorry to fall out of communication, I had a hectic week.

Unfortunately I did not get the  mortgage on the 3.1mm  property and I need to close cash. The legal bills on this litigation have also been draining me.

So i needed to adjust my purchase and remove some items. Took me some time to make the cuts-tough decisions. I would like to trade two vessels for a credit towards this art as well. I included what I think i paid, but need to double check the invoice.

Attached is my new proposed purchase. if these prices still work  for you and it still includes the gifts we discussed Let me know and I can wire the first payment today or Friday.

I am around most of the day, call when you can. Also, text me your contact info. Altisource somehow managed to wipe my contacts clean and i am starting over. i am in a deposition all day tomorrow.

Thanks

CHARNOFF  9.29.20
EXHIBIT

**14**

LOVING 0028

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Charnoff complete invoice** | | | | 0.05 | | |
| 2 | | | | | | | |
| 3 | **Budget Totals** | **Estimated** | **Actual** | **Difference** | **Invoice 1 8/17** | **invoice 2 9/15/17** | **Invoice 3 11/1/17** |
| 4 | Description | Column1 | Column2 | Amount | | | |
| 5 | DNA WOB 1966 | | | $   25,000.00 | $   25,000.00 | | |
| 6 | two figures new canvas - white | | | $          - | $          - | | |
| 7 | red chair 1979 | | | $    1,800.00 | $    1,800.00 | | |
| 8 | still life black marker | | | $    3,500.00 | $    3,500.00 | | |
| 9 | Blue Bowl | | | $    8,100.00 | $    8,100.00 | | |
| 10 | Jack | | | $    1,000.00 | $    1,000.00 | | |
| 11 | diptych puppet | | | $    2,500.00 | $    2,500.00 | | |
| 12 | Green Jack | | | $    1,500.00 | $    1,500.00 | | |
| 13 | ginger bowl | | | $      500.00 | $      500.00 | | |
| 14 | damaged chair print | | | $          - | $          - | | |
| 15 | Two Vessels Trade | | | $  (21,000.00) | $  (21,000.00) | | |
| 16 | Still Life Vessel Black | | | $   12,000.00 | $      600.00 | $   11,400.00 | |
| 17 | red gloved green  woman 1983 | | | $    5,000.00 | $      250.00 | $    4,750.00 | |
| 18 | Alter Ego | | | $    5,200.00 | $      260.00 | $    4,940.00 | |
| 19 | Dog rolled  canvas | | | $    5,000.00 | $      250.00 | $    4,750.00 | |
| 20 | Tribal face | | | $    6,500.00 | $      325.00 | $    6,175.00 | |
| 21 | White face and body diptych | | | $    6,500.00 | $      325.00 | $    6,175.00 | |
| 22 | WOB Diptych | | | $   20,000.00 | $    1,000.00 | $   19,000.00 | |
| 23 | journal paintings | | | $   12,900.00 | $      645.00 | $   12,255.00 | |
| 24 | Bandage WOB | | | $   25,000.00 | $    1,250.00 | | $   23,750.00 |
| 25 | 7 Prints Secret Sessions | | | $   10,000.00 | $      500.00 | $          - | $    9,500.00 |
| 26 | strappos | | | $   10,000.00 | $      500.00 | $          - | $    9,500.00 |
| 27 | | | TOTAL | $  141,000.00 | $   28,805.00 | $   69,445.00 | $   42,750.00 |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |

LOVING 0029

| | |
|---|---|
| **From:** | walter Charnoff [wcharnoff@icloud.com] |
| **Sent:** | Tuesday, February 20, 2018 11:43 PM |
| **To:** | Nancy Loving |
| **Subject:** | Fwd: amended art purchase |
| **Attachments:** | ArtPurchaseAmended816.xlsx; ATT00055.html |

Nancy

I meant to send you a picture via email a few minutes ago and it Went out via text instead. Hope it didn't wake you. If it did I am Sorry!

Attached is the list of what I purchased. It doesn't match the presentation I viewed in box. Let's discuss tomorrow

Thanks for sending all of the info tonight. Super interesting.

Wally

Sent from my iPhone

Begin forwarded message:

> From: walter Charnoff <wcharnoff@icloud.com>
> Date: August 16, 2017 at 1:22:47 PM MDT
> To: David Hinkelman <david@liftstrategicpartners.com>
> Subject: Fwd: amended art purchase
>
>
>
> Begin forwarded message:
>
>> From: walter Charnoff <wcharnoff@icloud.com>
>> Date: August 16, 2017 12:21:07 PM
>> To: Nancy Loving <nycloving@gmail.com>,nancy <artportnyc@gmail.com>
>> Subject: amended art purchase
>>
>> Nancy
>>
>> Sorry to fall out of communication, I had a hectic week.
>>
>> Unfortunately I did not get the  mortgage on the 3.1mm  property and I need to close cash. The legal bills on this litigation have also been draining me.
>>
>> So i needed to adjust my purchase and remove some items. Took me some time to make the cuts-tough decisions. I would like to trade two vessels for a credit towards this art as well. I included what I think i paid, but need to double check the invoice.
>>
>> Attached is my new proposed purchase. if these prices still work  for you and it still includes the gifts we discussed Let me know and I can wire the first payment today or Friday.
>>
>> I am around most of the day, call when you can. Also, text me your contact info. Altisource somehow managed to wipe my contacts clean and i am starting over. i am in a deposition all day tomorrow.
>>
>> Thanks

1

LOVING 0041

>>
>>
>>

**LOVING 0042**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Charnoff complete invoice** | | | | 0.05 | | |
| 2 | | | | | | | |
| 3 | **Budget Totals** | **Estimated** | **Actual** | **Difference** | **Invoice 1 8/17** | **invoice 2 9/15/17** | **Invoice 3 11/1/17** |
| 4 | **Description** | **Column1** | **Column2** | **Amount** | | | |
| 5 | DNA WOB 1966 | | | $ 25,000.00 | $ 25,000.00 | | |
| 6 | two figures new canvas - white | | | $ - | $ - | | |
| 7 | red chair 1979 | | | $ 1,800.00 | $ 1,800.00 | | |
| 8 | still life black marker | | | $ 3,500.00 | $ 3,500.00 | | |
| 9 | Blue Bowl | | | $ 8,100.00 | $ 8,100.00 | | |
| 10 | Jack | | | $ 1,000.00 | $ 1,000.00 | | |
| 11 | diptych puppet | | | $ 2,500.00 | $ 2,500.00 | | |
| 12 | Green Jack | | | $ 1,500.00 | $ 1,500.00 | | |
| 13 | ginger bowl | | | $ 500.00 | $ 500.00 | | |
| 14 | damaged chair print | | | $ - | $ - | | |
| 15 | Two Vessels Trade | | | $ (21,000.00) | $ (21,000.00) | | |
| 16 | Still Life Vessel Black | | | $ 12,000.00 | $ 600.00 | $ 11,400.00 | |
| 17 | red gloved green  woman 1983 | | | $ 5,000.00 | $ 250.00 | $ 4,750.00 | |
| 18 | Alter Ego | | | $ 5,200.00 | $ 260.00 | $ 4,940.00 | |
| 19 | Dog rolled  canvas | | | $ 5,000.00 | $ 250.00 | $ 4,750.00 | |
| 20 | Tribal face | | | $ 6,500.00 | $ 325.00 | $ 6,175.00 | |
| 21 | White face and body diptych | | | $ 6,500.00 | $ 325.00 | $ 6,175.00 | |
| 22 | WOB Diptych | | | $ 20,000.00 | $ 1,000.00 | $ 19,000.00 | |
| 23 | journal paintings | | | $ 12,900.00 | $ 645.00 | $ 12,255.00 | |
| 24 | Bandage WOB | | | $ 25,000.00 | $ 1,250.00 | | $ 23,750.00 |
| 25 | 7 Prints Secret Sessions | | | $ 10,000.00 | $ 500.00 | $ - | $ 9,500.00 |
| 26 | strappos | | | $ 10,000.00 | $ 500.00 | $ - | $ 9,500.00 |
| 27 | | | TOTAL | $ 141,000.00 | $ 28,805.00 | $ 69,445.00 | $ 42,750.00 |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |

LOVING 0043