# EXHIBIT 30

# Museum Level Condition Reporting

**Rule 1:** The condition of an artwork is never "good" or "excellent". The best that can be said is "appears stable". Keep looking until you find an "exception" - an instance of possible or apparent damage - any imperfection worth noting.

**Rule 2:** Report what you see. The most important quality of a condition report is clarity. Write clearly and use photography, drawings and/or verbal description to document what you find. Identify the issue, locate it on the artwork and indicate its scope. Strive for short and precise notes, and limit your use of relative terms to very slight, slight, moderate and significant.

The standard industry jargon should help you avoid lengthy descriptions to address specific conditions concisely.

Most commonly used terms:

**Abrasion** - a type of erosion often caused by the friction of rubbing or scraping the surface.

**Accretion** - the accumulation of foreign material on the surface, not always dirt.

**Bloom:** Occurs when moisture penetrates a varnished surface, causing cloudy areas to appear.

**Blanching** - a milky stippling in a painted surface, often caused tiny faults puncturing the surface.

**Bleeding** - a post-production migration of pigment, often caused by exposure to water.

**Buckling:** Waves in paper caused by water damage or humidity.

**Chip** - a Dent that involves a broken piece of material.

**Crack** - a linear or planar fault in a surface *or* a form that does not involve Loss.

**Canvas Re-stretched/Re-lined:** When the original canvas of a painting has been tightened on its original stretchers, or taken off of its original stretchers and placed on new ones.

**Corrosion / Pitting:** Corrosion is a chemical reaction between a material (usually metal) and its environment, which produces a deterioration of the material's properties. In some instances, corrosion can occur in a small or confined area in the form of pits on a metal surface.

**Crackling:** The network of tiny fissures or cracks in paint surface and/or finish layer such as varnish, lacquer, or shellac.

**Creases:** Occur when a material has been folded or bent, creating a line or ridge on the surface without breaking or tearing.

**Dent** - a concave distortion in the surface that does not include Loss.

EXHIBIT 4 Bradley 2-13-20

**Dig** - a Dent that includes Loss or Displacement.

**Discoloration** - any change in color.

**Dust**- self-explanatory

**Deterioration:** Any reduction of quality, use or aesthetics due to physical impairment.

**Embrittlement**- self-explanatory, a loss of plasticity in the object, often caused by exposure to heat.

**Erosion**- a loss of material, usually due to Abrasion or Embrittlement.

**Fingerprint**- self-explanatory; Grime in the form of a specific kind of Smear.

**Fading / Bleaching:** Loss of brightness and/or brilliance of color. Occurs when excessive ultra-violet light exposure causes the surface of the piece to become discolored

**Foxing:**  Reddish-brown mold spots that appear on paper and textiles due to water exposure or high levels of humidity.

**Gouge** - a Dig where material has been lost in a scooping action.

**Grime/Soiling** – heavy dust sticking to the surface with a oily medium.

**Indentations:** Any chip, dent, gouge, tear, abrasion, or loss occurring from force.

**Mat Burn:** Improper use of acidic wood based matting materials will cause a "burn" or discoloration of the print where the acidic mat material contacts it. The acids will leech into the print causing the paper to turn brown or gray and to deteriorate.

**Missing Element:**  Part of an item that has been lost.

**Paint Loss:** The absence of paint in areas where it was previously located, due to age and other influences.

**Patina:** The result of natural or artificial oxidation on a surface, which produces corrosion, texture, or a thin layer of color that can range in hue. In bronze sculpture, patina specifically refers to the alteration of the surface by the sculptor with acid or other chemicals.

**Restoration/Conservation:** When a work appears to have been 'fixed' or restored.

**Residue**- a dried rivulet of a foreign liquid or smear of sticky substance

**Scratch:**  self explanatory

**Separation:** Disconnection between two previously attached layers of a structure. For example, when varnish peels from the surface to which it was applied or when a frame separates at the corners.

**Smear** - a specific instance of grime, such as a fingerprint or other contact with surface.

**Spatter** - a type of dried splash from a foreign liquid.

**Split** - a crack in wood grain that runs the entire length of that element.

**Stain** - this type of Discoloration usually involves both Fading and a darkening of the surface.

**Stretcher Crease** - a literal crease or line of fine cracks along an edge of a painting's stretcher.

**Tears / Holes:** Openings in a surface caused by forcibly pulling the piece apart.

**Water Damage / Warping:** Includes any type of damage caused by contact with water or humidity such as staining, warping or loosening of material.

**Warping:** Bending or twisting of a material- usually wood