# Charnoff complete invoice

0.05

| Budget Totals | Estimated | Actual | Difference | Invoice 1 8/17 | invoice 2 9/15/17 | Invoice 3 11/1/17 |
|---|---|---|---|---|---|---|
| Description | Column1 | Column2 | Amount | | | |
| DNA WOB 1966 | | | $ 25,000.00 | $ 25,000.00 | | |
| two figures new canvas - white | | | $ - | $ - | | |
| red chair 1979 | | | $ 1,800.00 | $ 1,800.00 | | |
| still life black marker | | | $ 3,500.00 | $ 3,500.00 | | |
| Blue Bowl | | | $ 8,100.00 | $ 8,100.00 | | |
| Jack | | | $ 1,000.00 | $ 1,000.00 | | |
| diptych puppet | | | $ 2,500.00 | $ 2,500.00 | | |
| Green Jack | | | $ 1,500.00 | $ 1,500.00 | | |
| ginger bowl | | | $ 500.00 | $ 500.00 | | |
| damaged chair print | | | $ - | $ - | | |
| Two Vessels Trade | | | $ (21,000.00) | $ (21,000.00) | | |
| Still Life Vessel Black | | | $ 12,000.00 | $ 600.00 | $ 11,400.00 | |
| red gloved green woman 1983 | | | $ 5,000.00 | $ 250.00 | $ 4,750.00 | |
| Alter Ego | | | $ 5,200.00 | $ 260.00 | $ 4,940.00 | |
| Dog rolled canvas | | | $ 5,000.00 | $ 250.00 | $ 4,750.00 | |
| Tribal face | | | $ 6,500.00 | $ 325.00 | $ 6,175.00 | |
| White face and body diptych | | | $ 6,500.00 | $ 325.00 | $ 6,175.00 | |
| WOB Diptych | | | $ 20,000.00 | $ 1,000.00 | $ 19,000.00 | |
| journal paintings | | | $ 12,900.00 | $ 645.00 | $ 12,255.00 | |
| Bandage WOB | | | $ 25,000.00 | $ 1,250.00 | | $ 23,750.00 |
| 7 Prints Secret Sessions | | | $ 10,000.00 | $ 500.00 | $ - | $ 9,500.00 |
| strappos | | | $ 10,000.00 | $ 500.00 | $ - | $ 9,500.00 |
| | | TOTAL | $ 141,000.00 | $ 28,805.00 | $ 69,445.00 | $ 42,750.00 |

PLAINTIFFS #000518



| # | From | To | Date | Message | Dir |
|---|---|---|---|---|---|
| | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2017-08-10 14:17:28 | | |
| 124 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2017-08-10 14:29:05 | Ok I agree !!If something changes and you are able to complete purchase early that would be great(Was working on getting booth at Art Basel Miami in December maybe we talk about that at some point.) Otherwise no problemI agree to time parameters for payments and the gifts. Just want to clarify that the shipping is done at one time In One shipment in a reasonable time period after completion of entire sale. Agree?If you concur thenI will send an email to agree to terms of deal. | in |
| 138 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2017-08-10 17:10:10 | Hi Wally I know the family just arrived and I hope you guys are enjoying yourselves!!Let me know if we are good with everything and I will confirm by email tonight with details. I am With Harold excited to tell him! | in |
| 226 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2017-08-16 09:34:05 | Hi Wally,Welcome home!Good to hear you had a great trip with family. Dave told me what happened with your phone and there is no problem there. I promised you both we were covered. I amIn Maine and working on final details for upcoming events. Good good stuff and excited to share more. I want to thank you for offering to wire the funds today as it is essential now in order to move forward. Please let me know what I may need to send you to facilitate the deposit. I look forward to you meeting with Harold again in Maine and would like to arrange - time permitting in your schedule!! Thanks again !!Nancy | in |
| 403 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2017-08-22 10:25:56 | Fixed the issue at the bank | out |
| 404 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2017-08-22 10:26:08 | The money willBe there today | out |
| 405 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2017-08-22 10:26:24 | I was in a depo all day yesterday. | out |
| 504 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2017-08-24 12:07:26 | Hi Wally!Good news wire went through. I am confused though The amount on your last amended invoice dated 8/17 the total amount was $28,805. I received $25,476. Let me know if this is correct and then I can complete the agreement.Thanks!!Nancy | in |
| 505 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2017-08-24 12:40:58 | I wired $25900. So you should have received $29500. I conformed that with the bank. Please double check with your bank and confirm. I must havei been looking at the wrong invoice. I will send the difference between $28805 and $25900 tomorrow. | out |
| 506 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2017-08-24 12:49:22 | [OBJ]Yes, transaction pending for $25,900. Once you send the difference I will write you a receipt and an agreement for the balances moving forward!Thanks!! | in |
| 928 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2017-09-04 12:47:52 | Hi Wally !Hope you guys are enjoying the Labor Day holiday!Can we set upA time to talk tomorrow?Let me know what time works best for you.Thanks!Nancy | in |
| 929 | | | | | in |

PLAINTIFFS #000260

| | From | To | Date | Message | Dir |
|---|---|---|---|---|---|
| | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2017-11-10 10:28:54 | Ok. Can you please resend me the wire info so I can double check. Last time there was an issue. Also confirm the amount. | |
| 2623 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2017-11-10 10:29:21 | I am sending it before noon so it should get in today. | out |
| 2624 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2017-11-10 10:29:37 | KkWill do now! | in |
| 2626 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2017-11-10 11:23:13 | Balance due - $42,750.00TD BankArtport LLCRouting number: 011103093Account number: 4337229200 | in |
| 2628 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2017-11-10 13:30:39 | Hey Wally sent Catalogue with pricing and the 4 pieces he is interested in- I need to get back to him so let me know by 4EST if you are interested and I will inform him of that before he receives my price booklet. If I don't hear from you I will assume it's a pass this time. NoWorries Thanks!!I will send you now the official price book | in |
| 2633 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2017-11-10 16:08:05 | Just got the catalogue. I thought you were putting DNA and bandage in this show? | out |
| 2634 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2017-11-10 16:14:04 | Act 2 | in |
| 2635 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2017-11-10 16:14:06 | !!! | in |
| 3045 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2017-11-16 09:47:46 | Wire just got released. It was put on hold by the fraud department. Apparently chase is have issues with wire hijacking. They said it will definitely clear your account today | out |
| 3046 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2017-11-16 09:47:57 | Please let me know when you get it | out |
| 3051 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2017-11-16 09:52:31 | Thank you Wally!I will check now | in |
| 3053 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2017-11-16 09:53:33 | Ok. Just got released a few minutes ago. But it was already out of my account. | out |
| 3058 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2017-11-16 10:03:31 | Fantastic!!Many thanks | in |
| 3062 | +1 (303) 517-9550 | Nancy Loving Artport [+19177037172] | 2017-11-16 10:41:12 | Did you get it yet? I want to stay on top of it until it shows up in your account? | out |
| 3067 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2017-11-16 10:55:05 | Not yetBut I will callThe bank now | in |
| 3070 | Nancy Loving Artport [+19177037172] | +1 (303) 517-9550 | 2017-11-16 11:11:54 | WallyBank said that the name at TD is Art Port LLC with a space. Maybe that is the problem. The account numbers are correct THANKS! | in |
| 3072 | +1 (303) 517-9550 | | | Did the money get there? | out |

PLAINTIFFS #000264

**Keely Carraway**
___

| | |
|---|---|
| **From:** | Wally Charnoff <wcharnoff@icloud.com> |
| **Sent:** | Wednesday, April 29, 2020 11:12 PM |
| **To:** | Ian Hicks |
| **Subject:** | Fwd: wire details Artport |

Begin forwarded message:

**From:** Heather Johnson <heather@wolliz.com>
**Subject: RE: wire details Artport**
**Date:** November 14, 2017 at 7:27:20 PM MST
**To:** walter Charnoff <wcharnoff@icloud.com>

This is done confirmation#5027324861

**From:** walter Charnoff [mailto:wcharnoff@icloud.com]
**Sent:** Tuesday, November 14, 2017 5:54 PM
**To:** Heather Johnson <heather@wolliz.com>
**Subject:** Fwd: wire details Artport

Heather

Can you please set up this wire from my personal chase checking account so it goes out tomorrow morn as early as possible..

Thanks

Wally

Sent from my iPhone

Begin forwarded message:

> **From:** ArtPort Studio NYC <artportnyc@gmail.com>
> **Date:** November 10, 2017 at 11:18:10 AM MST
> **To:** walter Charnoff <wcharnoff@icloud.com>
> **Subject: wire details Artport**
>
> Hi Wally,
> Here are the wire details. I will create a proper bill of sale for you that outlines the art purchased and the pricing. Thank you for the payment!!
>
> PDF coming in next email!
>
>
> Balance due  - $42,750.00

1

PLAINTIFFS #000168

TD Bank
Artport LLC

Routing number: <u>011103093</u>
Account number: 4337229200

Nancy Loving
ArtPort LLC
917.703.7172
<u>www.haroldgarde.com</u>

PLAINTIFFS #000169

# Keely Carraway

| | |
|---|---|
| **From:** | Wally Charnoff <wcharnoff@icloud.com> |
| **Sent:** | Wednesday, April 29, 2020 11:12 PM |
| **To:** | Ian Hicks |
| **Subject:** | Fwd: Garde Invoice |

Begin forwarded message:

**From:** Heather Johnson <heather.johnson@rentrange.com>
**Subject: RE: Garde Invoice**
**Date:** August 2, 2016 at 11:34:00 AM MDT
**To:** 'walter Charnoff' <wcharnoff@icloud.com>

Wire has been sent, confirmation#5000177005.

**From:** walter Charnoff [mailto:wcharnoff@icloud.com]
**Sent:** Tuesday, August 2, 2016 11:26 AM
**To:** heather@rentrange.com
**Subject:** Fwd: Garde Invoice


Wally Charnoff | CEO of RentRange Data Services
wally@rentrange.com
P: +1 303 517 9550

RentRange™
11030 Circle Point Road, Suite 250
Westminster, CO 80020
www.rentrange.com

Begin forwarded message:

> **From:** Nancy Loving <nycloving@gmail.com>
> **Date:** July 29, 2016 at 11:49:46 AM MDT
> **To:** "bcharnoff@gmail.com" <bcharnoff@gmail.com>, "wcharnoff@icloud.com" <wcharnoff@icloud.com>
> **Subject: Garde Invoice**
>
> Hi Brande and Wally,
>
> I have all the information for us to move forward and finalize your purchase. I will be seeing Harold on Sunday and will be delighted to talk to him about the sale and have you both speak with Harold, especially about the specific work.

PLAINTIFFS #000166

I received the final quote from Atelier 4 who will be crating and shipping the art. They can pick up Monday- Wednesday of next week. It is 7-10 business days enroute to your shipping destination as it shipped ground. Again, we will handle all shipping cost. We can also determine what gets shipped right away and if you prefer to store it here with us until the house is built or location for art determined. Also, the museum may be in a position, once we determine the details of the exhibition to have work shipped there as well.

I am excited about the possibility for the exhibition at the Wyoming Museum. Nicole Crawford, Curator of Collections, will be working with me in the next few weeks to determine exhibition details and to look at dates. Most of these exhibitions take months to procure, but they would like Harold to attend and I reminded them of the essence of timing - being sooner than later.

We have no tax to add to the purchase since we are shipping out of state. The wire instructions are below or feel free to mail a check to the address below. Whatever you are more comfortable with.
The final amount was $45,120. I will send you a receipt of sale, Certificates of Authentication and a portfolio with all the important information for your records. Please feel free to call or text me with any questions or thoughts moving forward!

Best,
Nancy

TD BANK
Wilmington Delaware
ABA# 031 101 266
Art Port LLC
Nancy Loving CEO
Account # 026013673

or

Nancy Loving /ArtPort
26 Covlee Drive
Norwalk, CT 06855
917-703-7172

*This email and any files transmitted with it are for the use of the intended recipient(s) and may contain information that is privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please let us know by reply email and permanently delete this communication from your system, along with any attachments.*

PLAINTIFFS #000167

# Keely Carraway

| | |
|---|---|
| **From:** | Wally Charnoff <wcharnoff@icloud.com> |
| **Sent:** | Wednesday, April 29, 2020 11:12 PM |
| **To:** | Ian Hicks |
| **Subject:** | Fwd: wire details Artport |

Begin forwarded message:

**From:** Heather Johnson <heather@wolliz.com>
**Subject: RE: wire details Artport**
**Date:** November 14, 2017 at 7:27:20 PM MST
**To:** walter Charnoff <wcharnoff@icloud.com>

This is done confirmation#5027324861

---

**From:** walter Charnoff [mailto:wcharnoff@icloud.com]
**Sent:** Tuesday, November 14, 2017 5:54 PM
**To:** Heather Johnson <heather@wolliz.com>
**Subject:** Fwd: wire details Artport

Heather

Can you please set up this wire from my personal chase checking account so it goes out tomorrow morn as early as possible..

Thanks

Wally

Sent from my iPhone

Begin forwarded message:

> **From:** ArtPort Studio NYC <artportnyc@gmail.com>
> **Date:** November 10, 2017 at 11:18:10 AM MST
> **To:** walter Charnoff <wcharnoff@icloud.com>
> **Subject: wire details Artport**
>
> Hi Wally,
> Here are the wire details. I will create a proper bill of sale for you that outlines the art purchased and the pricing. Thank you for the payment!!
>
> PDF coming in next email!
>
> Balance due  - $42,750.00

PLAINTIFFS #000168

TD Bank
Artport LLC

Routing number: 011103093
Account number: 4337229200

Nancy Loving
ArtPort LLC
917.703.7172
www.haroldgarde.com

PLAINTIFFS #000169