| | |
|---|---|
| **From:** | Wally Charnoff <wcharnoff@icloud.com> |
| **Sent:** | Tuesday, April 28, 2020 11:33 PM |
| **To:** | Ian Hicks |
| **Subject:** | Fwd: 2nd REQUEST & Final Invoice for Amended Art Purchase |
| **Attachments:** | StdCharnoffSalesAgreement.docx; CharnoffSettlement2ndRequest.pdf; CharnoffFinal InvoiceAAPurchase62119.pdf; CharnoffInventoryFinal62119.pdf |

Begin forwarded message:

**From:** Nancy Loving <artsuiteny@gmail.com>
**Subject: 2nd REQUEST & Final Invoice for Amended Art Purchase**
**Date:** June 21, 2019 at 3:49:53 PM MDT
**To:** "wcharnoff@icloud.com" <wcharnoff@icloud.com>

Hi Wally,
Please be advised that your art has been collected by our shipper and is awaiting your final payments and required signature on the Sales Agreement. Any delay in your payment or signature will result in a delay of shipping and fees may apply by our shipper for holding the art.
Attached is the final invoice for the Amended Art Purchase and the second request for the storage fees.
Please see the final inventory PDF which includes the photos of art from your previous purchase in 2016.
Also attached is the sales agreement. The Sales Agreement must be signed by the buyer before the art can be delivered. This is mandatory.
I reserve all rights.
Nancy
Nancy Loving
m. 917.703.7172
o. 845-595-8111
artsuiteny@gmail.com

PLAINTIFFS #000005

ART PORT LLC, a New York limited liability company, 466 Piermont Avenue, Piermont, New York 10968 (*Seller*) and STUDIO 41 LLC, a Delaware limited liability company, make this sale of work(s) of art to the *Buyer* below, set forth below, subject to the agreed upon terms and conditions of this *Sales Agreement*.

| | |
|---|---|
| *Buyer* | **Wally Charnoff** |
| *Buyer contact name* | **same** |
| *Buyer phone numbers* | **303-517-9550** |
| *Buyer email address* | wcharnoff@gmail.com |
| *Buyer's address* | 6950 Rabbit Mountain Rd, Longmont, CO 80503 |
| *Address (if different) where Art is to be shipped* | 6950 Rabbit Mountain Rd, Longmont, CO 80503 |
| *Shipped to attention of* | **Walter Charnoff** |

Description of art (the *Art)* sold pursuant to this *Sales Agreement:*

| | |
|---|---|
| **ART DESCRIPTION** | **See attached pdf** |
| **DATE** | **6/21/2019** |
| **PURCHASE PRICE** | **$145,000 (Balance due upon COD or before delivery of Art)** |
| **SALES TAX(ES)** | **out of state** |
| **TOTAL RECEIVED** | **$141,000** |

*Terms and Conditions:*

   *Buyer* and *Seller* agree that the work(s) of *Art* subject to this *Sales Agreement* are sold as is.

   *Seller* represents and warrants that the work(s) of *Art* subject to this *Sales Agreement* are, unless otherwise set forth above, original works of art created by Harold Garde.

   *Buyer* agrees that *(a)* the copyright(s) in any and all works of *Art,* named in, or the subject of, this *Sales Agreement,* are owned by Harold Garde, individually and, as applicable, *41* and the estate of Harold Garde (the *Copyright Owners); (b)* no party shall have, or be granted or provided with, a right or claim to the copyrights legally claimed by the *Copyright Owners;* and *(c)* any *Art* subject to this *Sales Agreement* may not be reproduced in any manner for any commercial purpose, or for distribution to the public, without the advance written permission of *41.*

   *Buyer* agrees that, if the work(s) of Art have been delivered to *Buyer* outside of the State of New York upon which such delivery *Seller* has not been charged and paid New York sales taxes, *Buyer* shall be fully responsible for compliance with applicable laws and regulations regarding payment of all sales taxes, use taxes, duties, and other taxes, and the declaration of goods in their State or country of residence unless specifically exempt from taxation.

FOR: *Buyer*                                                    FOR: *Seller*

By: _____        By: Nancy Loving _____

Printed Name: _____        Printed Name: Nancy Loving _____

Title: _____        Title: Director _____

Date: _____        Date: 6/20/2019 _____

PLAINTIFFS #000006