## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-CV2381-MEH-LTB

WALTER CHARNOFF,

Plaintiff,

v.

NANCY LOVING d/b/a ARTSUITE, et al.

Defendants.

## MOTION TO WITHDRAW

The Law Office of Ian T. Hicks, counsel of record for Plaintiff Walter Charnoff ("**Plaintiff**"), respectfully requests that the Court permit counsel to withdraw from representing Plaintiff in this matter.

### CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LattyR 5(b)

Counsel for Plaintiff hereby certifies that he has contemporaneously advised his client of his obligations as required by D.C.Colo.LattyR 5(b).

1.     Contemporaneously with this motion, Daniel J. Vedra of Vedra Law LLC has entered his appearance on behalf of Plaintiff.  Current counsel for Plaintiff, Ian Hicks, has prior commitments to other matters that impact his continued representation on ths case. Mr. Vedra will continue representation of Plaintiff in this case and Mr. Hicks will withdraw withdraw from representation.  By virtue of these circumstances, good cause for withdrawal exists.

2.     Counsel has taken steps to minimize any prejudice to the clients by (1) speaking with Plaintiff's new counsel (2) forwarding a complete copy of Plaintiff's file to

Vedra Law LLC, and (3) alerting Plaintiff to all pending deadlines.

    WHEREFORE, for good cause, undersigned counsel respectfully moves the Court for an order that The Law Office of Ian T. Hicks, LLC may withdraw as attorney for Plaintiff.

    DATED at Denver, Colorado this 26th day of October, 2020.

    /s/ Ian T. Hicks, Esq
Ian T. Hicks, Reg. No., 39332
The Law Office of Ian T. Hicks LLC
Attorney for Plaintiff
6000 East Evans Avenue, Suite 1-360
Denver, Colorado, 80222
Telephone: (720) 216-1511
Facsimile: (303) 648-4169
E-mail: ian@ithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2020, the foregoing was served via CM/ECF on all parties who have entered their appearances in this matter and on the Plaintiff by e-mail.

/s/Ian T. Hicks