IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02381-LTB-MEH

WALTER CHARNOFF,

    Plaintiff,

v.

NANCY LOVING d/b/a ARTSUITE NY,
ARTPORT, LLC,
STUDIO 41, LLC, and
DAVID HINKELMAN,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 27, 2020.**

    Before the Court is Plaintiff's Unopposed Motion to Vacate Evidentiary Hearing [filed October 27, 2020; ECF 167]. Plaintiff requests that the Court vacate the evidentiary hearing set for November 4, 2020 and reset the hearing as non-evidentiary. Mot. at 2. For good cause shown, Plaintiff's Motion is **granted** as follows. The evidentiary hearing set for November 4, 2020 at 10:00 a.m. is **converted** to a motion hearing. All non-briefing deadlines set in this Court's October 20, 2020 (ECF 162) minute order are vacated. The motion hearing will occur in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    The litigants (counsel and parties) and the public may appear at the conference either in person or by telephone. Anyone appearing in person must comply with General Order 2020-14 governing Court Operations During the COVID-19 Pandemic, which may be accessed at www.cod.uscourts.gov. Anyone appearing by telephone shall call the following conference line at the appointed time:

Number:    888-278-0296
Access code:    8212991#

    Please remember that, when you call in, you may be entering a proceeding already in progress for a different case; therefore, as you would if you were present in the courtroom, please ensure silence until your case is called.