# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  14-cv-01251-REB-MJW

**ERIC TAYLOR**,

      Plaintiff,

v.

**WALTER CHARNOFF, an individual,**
**RENTRANGE, LLC, a Colorado limited liability company, and**
**JOHN DOE, an individual,**

      Defendants.

---

## ENTRY OF APPEARANCE OF ELIZABETH H. GETCHES

---

      Elizabeth H. Getches of Moye White LLP enters an appearance as counsel of record for Defendants, Walter Charnoff and Rentrange, LLC, and requests that all pleadings together with notice of all hearings or actions in this case be sent to the following:

      Elizabeth H. Getches, Esq.
      Moye White LLP
      16 Market Square, 6th Floor
      1400 – 16th Street
      Denver, CO 80202-5529
      Email:  liza.getches@moyewhite.com

Dated:  July 3, 2014.

Respectfully submitted,

**MOYE WHITE LLP**

By:/s/ Elizabeth H. Getches
Elizabeth H. Getches
Christopher T. Leach
16 Market Square, 6th Floor
1400 16th Street
Denver Colorado 80202-1486
Telephone:  (303) 292-2900
Facsimile:  (303) 292-4510
Email:liza.getches@moyewhite.com
Email:chris.leach@moyewhite.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following persons at the below addresses:

Liz Brodzinski
Charles Lee Mudd Jr.
Mudd Law Offices
3114 West Irving Park Road, Suite 1W
Chicago, IL 60618
clm@muddlaw.com
lb@muddlaw.com

s/ Deanna S. Colvin