IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   19-cv-2381-LTB-MEH

WALTER CHARNOFF

    Plaintiff,

v.

NANCY LOVING, d/b/a ARTSUITE NY,
ARTPORT LLC,
STUDIO 41, LLC,
ALICIA ST. PIERRE,
MARTIN ST. PIERRE,
ISP HOLDINGS, INC., and
DAVID HINKELMAN

    Defendants.

## NOTICE OF ERRATA: EXHIBITS 3 AND 4 TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY [DOC 171]

On October 29, 2020, Defendants filed their Response in Opposition to Plaintiff's Motion to Disqualify Counsel. [DOC 171]. Two of the exhibits to that Response (Exhibits 3 and 4) were inadvertently not uploaded via the ECF filing system. Those exhibits are attached and submitted here.

Dated: October 30, 2020.

                                              Shoemaker Ghiselli + Schwartz LLC

                                              */s/ Liza Getches*
                                              Elizabeth H. Getches
                                              SHOEMAKER GHISELLI + SCHWARTZ LLC
                                              1811 Pearl Street
                                              Boulder, CO  80302
                                              Telephone:  (303) 530-3452
                                              FAX:  (303) 530-4071

Email: lgetches@sgslitigation.com
*Attorney for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2020 a true and accurate copy of the foregoing **NOTICE OF ERRATA** was filed and served via ECF on all counsel of record.

*s/ Vanya P. Akraboff*