**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  19-cv-02381-LTB-MEH

WALTER CHARNOFF,

    Plaintiff,

v.

NANCY LOVING d/b/a ARTSUITE NY,
ART PORT, LLC,
STUDIO 41, LLC,
ALICIA ST. PIERRE,
MARTIN ST. PIERRE,
ISP HOLDINGS, INC., and
DAVID HINKELMAN,

    Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Motion for Extension of Time to File Motion for Reconsideration (Doc 173 - filed November 2, 2020) is **GRANTED up to and including November 9, 2020**.

    Plaintiff's Unopposed Motion for Extension of Time to File Response to Motion for Attorney Fees (Doc 174 - filed November 2, 2020) is **GRANTED up to and including November 10, 2020**.

Dated:  November 3, 2020
_____