# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   19-cv-2381-LTB-MEH

WALTER CHARNOFF

        Plaintiff,

   v.

NANCY LOVING, d/b/a ARTSUITE NY,
ARTPORT LLC,
STUDIO 41, LLC,
ALICIA ST. PIERRE,
MARTIN ST. PIERRE,
ISP HOLDINGS, INC., and
DAVID HINKELMAN

        Defendants.

## DEFENDANTS' ITEMIZATION OF FEES AND COSTS

Defendants Nancy Loving, d/b/a ArtSuite NY, Artport LLC, Studio 41 LLC, and David Hinkelman ("Defendants"), through counsel, submit the following itemization of reasonable fees and costs totaling $4,747.00 pursuant to the Courts Order [DOC 161]:

(1) Court Reporter Fee, Late Cancellation: $150.00. Attached as Exhibit A.

(2) Attorneys' Fees preparing for Mrs. Charnoff's deposition: $4,597.00. Attached as Exhibit B.

In an effort to be reasonable, the undersigned significantly reduced fees due to other activity billed during the same time entry as time billed to prepare for Brande Charnoff's deposition.  Given the reductions, Defendants submit that further reductions are not warranted nor reasonable:

9/15/2020:  0.3 of 0.5 charged (reduced for including other activity in time entry)
9/16/2020:  0.0 out of 0.1 charged (both Charnoffs notices, no charge)
9/21/2020:  1.4 of 2.40 charged (reduced 60% for Mr. Charnoff's depo prep)
9/23/2020:  1.7 out of 1.7 charged (Vanya) research regarding marital privilege for deposition objections
9/23/2020:  4.0 out of 4.0 charged
9/24/2020:  0.0 out of 2.0 charged (did not include any time because billed to "Charnoffs" deposition preparation, no charge)
9/27/2020:  1.0 out of 2.1 charged (reduced 50% for same reason above)
9/30/2020:  1.0 out of 3.9 charged (Vanya) (reduced 75% for other activity)
9/30/2020:  3.4 charged

Dated: November 6, 2020.

                                                      Shoemaker Ghiselli + Schwartz LLC

                                                      */s/  Liza Getches*
                                                      Elizabeth H. Getches
                                                      SHOEMAKER GHISELLI + SCHWARTZ LLC
                                                      1811 Pearl Street
                                                      Boulder, CO  80302
                                                      Telephone:  (303) 530-3452
                                                      FAX:  (303) 530-4071
                                                      Email:  lgetches@sgslitigation.com
                                                      *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2020 a true and accurate copy of the foregoing **DEFENDANTS' ITEMIZATION OF FEES AND COSTS** was filed and served via CM/ECF on all parties of record in this matter.

*s/ Sarah B. Lee*