# EXHIBIT A

# I N V O I C E

U S Legal Support - Denver
1900 Grant Street
Suite 1025
Denver, CO  80203
Phone:303-832-5966   Fax:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140121876 | 9/30/2020 | 352425 |
| **Job Date** | **Case No.** | |
| 9/30/2020 | 19CV2381MEH | |
| **Case Name** | | |
| Walter Charnoff vs. Nancy Loving, d/b/a ArtSuite NY, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Elizabeth H. Getches
Shoemaker Ghiselli & Schwartz L.L.C.
1811 Pearl Street
Boulder, CO  80302

APPEARANCE FEE/LATE CANCELLATION

    Brande Charnoff*App Fee

| | | | | |
|---|---|---|---|---|
| Late Cancellation | 1.00 | @ | 150.00 | 150.00 |
| RemoteDepo w/InstantExhibit- Videoconferencing | 1.00 | @ | 0.00 | 0.00 |
| **TOTAL DUE  >>>** | | | | **$150.00** |
| AFTER 11/14/2020  PAY | | | | $172.50 |

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

**Tax ID:** 76-0523238

Phone: 303-530-3452    Fax:303-530-4071

*Please detach bottom portion and return with payment.*

---

Elizabeth H. Getches
Shoemaker Ghiselli & Schwartz L.L.C.
1811 Pearl Street
Boulder, CO  80302

| | | |
|---|---|---|
| Invoice No. | : | 140121876 |
| Invoice Date | : | 9/30/2020 |
| **Total Due** | : | **$150.00** |
| AFTER 11/14/2020 PAY | | $172.50 |

Remit To:   **U S Legal Support, Inc.**
             **P.O. Box 4772**
             **Houston, TX  77210-4772**

| | | |
|---|---|---|
| Job No. | : | 352425 |
| BU ID | : | 8-DENVER |
| Case No. | : | 19CV2381MEH |
| Case Name | : | Walter Charnoff vs. Nancy Loving, d/b/a ArtSuite NY, et al. |