IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02381-LTB-MEH

WALTER CHARNOFF,

      Plaintiff,

v.

NANCY LOVING d/b/a ARTSUITE NY,
ARTPORT, LLC,
STUDIO 41, LLC, and
DAVID HINKELMAN,

      Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 19, 2020.**

      At the request of the parties, the Final Pretrial Conference set for November 30, 2020 is **vacated** and **rescheduled** for **December 14, 2020** at **11:15 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      The litigants (counsel and parties) and the public may appear at the conference either in person or by telephone. Anyone appearing in person must comply with General Order 2020-19 governing Court Operations During the COVID-19 Pandemic, which may be accessed at www.cod.uscourts.gov. Anyone appearing by telephone shall call the following conference line at the appointed time:

Number:       888-278-0296
Access code:  8212991#

      Please remember that, when you call in, you may be entering a proceeding already in progress for a different case; therefore, as you would if you were present in the courtroom, please ensure silence until your case is called.

      The parties shall prepare a proposed pretrial order in accordance with the form, which may be downloaded from the Forms section of the Court's website.

      The parties shall file their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than five business days** prior to the pretrial conference.

In addition, a copy of the proposed pretrial order must be submitted to the Magistrate Judge in a useable format (i.e., Word) by email at *hegarty_chambers@cod.uscourts.gov*.

Attorneys and pro se parties not participating in ECF shall file the proposed pretrial order on paper at the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to file the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

All out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the pretrial conference.

The parties are further advised that they shall not assume that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).