IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02381-LTB-MEH

WALTER CHARNOFF,

    Plaintiff,

v.

NANCY LOVING d/b/a ARTSUITE NY,
ARTPORT, LLC,
STUDIO 41, LLC, and
DAVID HINKELMAN,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2020.**

    Before the Court is Plaintiff's Request for Status Conference ("Request") (ECF 194) filed on December 1, 2020. The Court will hold a status conference to discuss the matters raised in the Request on **December 7, 2020**, at **10:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel for the parties may appear at the conference either in person or by telephone. Anyone appearing in person must comply with General Order 2020-19, which may be accessed at www.cod.uscourts.gov. Anyone appearing by telephone shall call the following conference line at the appointed time:

Number:      888-278-0296
Access code:  8212991#

    Please remember that, when you call in, you may be entering a proceeding already in progress for a different case; therefore, as you would if you were present in the courtroom, please ensure silence until your case is called. Any questions regarding this procedure may be directed to my chambers at 303-844-4507 or at hegarty_chambers@cod.uscourts.gov.