**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  19-cv-02381-LTB-MEH

WALTER CHARNOFF,

    Plaintiff,

v.

NANCY LOVING d/b/a ARTSUITE NY,
ART PORT, LLC,
STUDIO 41, LLC, and
DAVID HINKELMAN,

    Defendants.

_____

### MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Court has received the Notice of Settlement (Doc 200 - filed December 9, 2020) regarding Defendants Nancy Loving, d/b/a Art Suite NY, Artport LLC, Studio 41, LLC, and David Hinkelman.  Settlement/dismissal papers are due **on or before January 11, 2021**.

    The trial preparation conference set **January 8, 2021** and the trial set **February 1, 2021 are VACATED**.  All deadlines regarding the pending motions are also **VACATED**.

Dated:   December 10, 2020
_____