IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-CV-2381-LTB-MEH

WALTER CHARNOFF,

Plaintiff,

v.

NANVY LOVING d/b/a
ARTSUITE NY, et al.,

Defendants.

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT AND DISMISSAL DOCUMENTS**

Plaintiff Walter Charnoff ("Plaintiff") by and through his counsel Tueller & Gibbs, LLP submits this Unopposed Motion for Extension of Time to File Settlement and Dismissal Documents ("Motion") pursuant to D.C. COLO. LCivR 6.1 and states as follows:

1. The deadline to file settlement and dismissal documents is February 26, 2021.

2. Counsel for Plaintiff is in the process of coordinating with opposing counsel on the settlement terms.

3. Counsel for Plaintiff and Defendants have communicated by email and it is understood that Defendants do not object to a two-week extension of time to complete the settlement and dismissal agreement.

4. The Parties have made substantial progress in the settlement of this case and anticipate reaching a final resolution by Monday, March 1, 2021. The Parties are requesting a two-week extension in an abundance of caution.

5. Accordingly, Plaintiff request an extension up to and including March 12, 2021 to

file the Settlement and Dismissal Documents.

Respectfully submitted this 26th day of February, 2021.

                                          **TUELLER & GIBBS, LLP**

                                        <u>*s/ Benjamin E. Tracy*</u>
                                        Benjamin E. Tracy
                                        Andrew J. Gibbs
                                        1601 Blake Street, Suite 300
                                        Denver, CO 80202
                                        Ph: (303) 854-9121
                                        btracy@tuellergibbs.com
                                        agibbs@tuellergibbs.com
                                        ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a copy of the foregoing **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT AND DISMISSAL DOCUMENTS** was served via EC.

Dated: February 26, 2021


 *s/ Vanessa S. Maddalena*
Vanessa S. Maddalena
Paralegal