**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   19-cv-2381-LTB-MEH

WALTER CHARNOFF

      Plaintiff,

v.

NANCY LOVING, d/b/a ARTSUITE NY,
ARTPORT LLC,
STUDIO 41, LLC,
ALICIA ST. PIERRE,
MARTIN ST. PIERRE,
ISP HOLDINGS, INC., and
DAVID HINKELMAN

      Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATUS REPORT AND REQUEST FOR STATUS CONFERENCE ON MOTION TO ENFORCE SETTLEMENT**

Defendants, Nancy Loving, David Hinkelman, ArtPort LLC, and Studio 41 ("Defendants") respond as follows to Plaintiff's Status Report to Court and Request for Trial Date and, in doing so, request a Status Conference on enforcement of the settlement agreement:

1. The deadline to file settlement and dismissal papers is, as Plaintiff states, today March 12, 2021.

2. The original Notice of Settlement filed *by Plaintiff* was submitted over three months ago, on December 9, 2020.

3. Plaintiff's Notice of Settlement states that Plaintiff and Defendants "have reached a settlement regarding all remaining issues among Plaintiff and Defendants, and

request that the Court suspend all pending deadlines with respect to Plaintiff and Defendants in order for Plaintiff and defendants to execute appropriate paperwork and dismiss this action." [DOC 200]

4. Since filing his Notice of Settlement, Plaintiff has filed Motions to extend the time to file settlement/dismissal papers. In his first Motion, Plaintiff cites "the press of holidays and the number of persons involved" causing the settlement agreement to take longer than anticipated to finalize. [DOC 206].

5. A Notice of Attorneys Lien [DOC 205] filed by Plaintiff's first attorney also delayed the finalization of settlement due to the unknown impact it may have on distribution of the settlement proceeds. *Id.*

6. Plaintiff filed a second Motion for Extension to File Settlement/Dismissal Papers citing to delays caused by Plaintiff's pre-scheduled trip, Plaintiff's surgery, and Plaintiff's unavailability to review the revisions between counsel for Plaintiff and Defendants counsel. [DOC 209]

7. Plaintiff filed a third Motion for Extension to File Settlement and Dismissal Documents stating that counsel for Plaintiff and Defendants were in the process of coordinating on settlement terms but that an extension was needed due to Plaintiff's "travel schedule" in order to "complete the settlement and dismissal agreement." [DOC 215]

8. Plaintiff filed a fourth Motion for Extension to File Settlement and Dismissal Documents stating that "in an abundance of caution" the parties needed an additional two week extension to "file" the settlement and dismissal papers. [DOC 217]

9. In none of Plaintiff's Motions for Extension did he state that a settlement had not been reached or indicate that terms were in dispute.

10. Plaintiff, now on his third attorney since filing this case in June 2019, reached a settlement with Defendants in December 2020. Since hiring his third attorney, Plaintiff asserts for the first time that there are additional terms he would like to include into the settlement.

11. In an effort to forego litigation, and in the interests of resolving this case, Defendants have worked to negotiate these newly inserted terms, working to agree to many terms, despite their broad an onerous nature and despite that they were not discussed prior to Plaintiff's Notice of Settlement.

12. Defendants assert that the material terms of the settlement were reached at the time of Plaintiff's Notice of Settlement to the Court, as Plaintiff stated in his Notice.

13. Defendants request a Status Conference regarding enforcement of the settlement in an effort to forego future unnecessary attorneys' fees.

Dated: March 12, 2021.

    Shoemaker Ghiselli + Schwartz LLC

*/s/ Liza Getches*
Elizabeth H. Getches
SHOEMAKER GHISELLI + SCHWARTZ LLC
1811 Pearl Street
Boulder, CO  80302
Telephone:  (303) 530-3452
FAX:  (303) 530-4071
Email:  lgetches@sgslitigation.com
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of March, 2021 a true and accurate copy of the foregoing **DEFENDANTS' RESPONSE TO PLAINTIFF'S STATUS REPORT AND REQUEST FOR STATUS CONFERENCE ON MOTION TO ENFORCE SETTLEMENT** was filed and served via ECF on all counsel of record.

                                                    *s/ Sarah Lee*