IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-2381-LTB-MEH | Date: | March 17, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501* |

*Parties:*                                                     *Counsel:*

WALTER CHARNOFF,                         Ben Tracey

    Plaintiff,

v.

NANCY LOVING, et al.,                         Liza Getches

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**      11:30 a.m.

Court calls case.   Appearances of counsel by telephone.

Discussion held regarding the Plaintiff's [ECF 219] *Status Report and Request for Trial Date* pursuant to the parties' failure to resolve the case by the dismissal paperwork deadline of March 12, 2021.   The Court participates in off the record discussions, parties not present, with the Presiding Judge.   The Court directs the Defendant to file a *Motion to Enforce Settlement*.

**ORDERED:**   The Plaintiff's [ECF 219] *Status Report and Request for Trial Date* is **DENIED WITHOUT PREJUDICE**, as stated on the record.

        The Defendant shall file their *Motion to Enforcement Settlement* by **March 31, 2021**.   Plaintiff's response to the *motion* is due by **April 12, 2021,** and the Defendant's reply is due by **April 16, 2021.**

        An Evidentiary Hearing is set for **April 26, 2021 at 10:00 a.m.** before United States Magistrate Judge Michael E. Hegarty in Courtroom A501 of the Alfred A. Arraj Courthouse.   Parties may appear by video teleconference by following the instructions attached to the entry of this Order.

**Court in recess:**     **11:43 a.m.**          Hearing concluded.
Total in-court time:   00:13

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.