IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | |
|---|---|---|
| Civil Action No: 19-cv-2381-LTB-MEH | | Date: April 26, 2021 |
| Courtroom Deputy: Christopher Thompson | | FTR: A 501* |

*Parties:*                                                         *Counsel:*

WALTER CHARNOFF,                                  Andrew Gibbs

    Plaintiff & Counter Defendant,

v.

NANCY LOVING, et al.,                              Elizabeth Getches

    Defendant & Counter Claimant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**EVIDENTIARY HEARING**

**Court in session:**   10:11 a.m.

Court calls case.   Appearances of counsel.

Discussion held regarding the Defendant's [ECF 224] *Motion to Enforce Settlement* and the parties' arguments pertaining to the disagreements concerning the differences between the verbal settlement agreement and the draft settlement agreement.

**ORDERED:** Settlement Conference set for May 11, 2021 at 11:30 a.m. before United States Magistrate Judge Michael E. Hegarty in Courtroom A501 of the Alfred A. Arraj Courthouse.

**Court in recess:**   11:38 a.m.         Hearing concluded.
Total in-court time:   01:27

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.