IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02381-LTB-MEH

WALTER CHARNOFF,

      Plaintiff,

v.

NANCY LOVING d/b/a ARTSUITE NY,
ART PORT, LLC,
STUDIO 41, LLC, and
DAVID HINKELMAN,

      Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 6, 2021.**

      This matter comes before the Court *sua sponte*. The settlement conference set for March 11, 2021 at 11:30 a.m. is **rescheduled** for **11:00 a.m.** (**Time Change Only**). All other aspects of this Court's April 26, 2021 order (ECF 230) remain in effect.