# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: June 29, 2021

RE: *Charnoff v. Loving et al.*, **19-cv-02381-LTB-MEH**

<u> X </u>  A settlement conference was held on May 11, 2021 with settlement discussions having continued to this day, and no settlement has been reached as to any claims in this action.

\_\_\_\_  A settlement conference was held on _____, and the parties have reached a settlement as to

  \_\_\_\_  All claims in this action. The parties shall file a stipulated motion to dismiss on or before _____, 2021.

  \_\_\_\_  Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____ , 2021.

Settlement discussions and preparation time involved: **9.5 hours**.

\_\_\_\_ A record was made          <u> X </u> No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\_\_\_\_  Supplemental settlement negotiations were held in the above-captioned case, including phone calls, emails, and meetings with counsel.

Preparation, negotiation and travel time involved: \_\_ hours \_\_ minutes.