**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 19-cv-02381-LTB-MEH

WALTER CHARNOFF,

    Plaintiff,

v.

NANCY LOVING, d/ba ARTSUITE NY,
ART PORT, LLC,
STUDIO 41, LLC,
DAVID HINKELMAN,
MARTIN ST. PIERRE,
ALICIA ST. PIERRE, and
ISP HOLDING, INC,

    Defendants.

_____

## ORDER
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on April 27, 2021 (Doc 231). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Defendants' Motion to Enforce Settlement (Doc 225) is DENIED.

                                                BY THE COURT:

                                                <u>  s/Lewis T. Babcock  </u>
                                                Lewis T. Babcock, Judge

DATED: July 8, 2021