IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-2381-LTB-KLM

WALTER CHARNOFF,

    Plaintiff,

v.

NANCY LOVING d/b/a ARTSUITE NY;
ART PORT, LLC;
STUDIO 41, LLC; and
DAVID HINKELMAN;

    Defendants.

---

# ORDER

---

IT IS HEREBY ORDERED as follows:

1. In light of developments in this case since the filing of these motions, Defendants' Motion for Summary Judgment [Doc # 158] and Plaintiff's Motions for Summary Judgment [Docs # 159 and 160] are DENIED WITHOUT PREJUDICE.

2. The parties may re-file these motions or revised dispositive motions if appropriate under the current status of the case.

3. Magistrate Judge Mix is directed to hold a scheduling conference to address and set any necessary deadlines.

Dated: July 20, 2021 in Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE